Hon. Scott T. Varholak
United States District Court
District of Colorado
901 19th Street
Denver, CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2024

JEFFREY P. COLWELL
CLERK

Case #: 1:24-CV-01842-STV

Your Honor,

My attorney helped me draft this letter/request as I do not speak English and not write it either, and therefore cannot communicate directly and effectively in English.

On 7/1/24 I filed a pro se civil action in this District Court. On 7/3/24 Judge Scott T. Varholak ordered me to cure some deficiencies within 30 days. He also ordered me to obtain the current court-approved Prisoners Motion and Affidavit for Leave to Proceed Pursuant to 28 USC 1915 form, along with the applicable instructions, available at www.cod.uscourts.gov.

I am not sure if Your Honor is aware, but I am a SAMs inmate. Therefore, I do not have access to a computer or any library where I could search the web to get those instructions. In fact, the pro se civil action that I filed on 7/1/24, I did it and got the papers/documents from my attorney whom I asked for assistance when she came to visit me. However, I did not ask her to file the action for me, as I wanted to do it pro se.

You gave me 30 days (until August 3rd) to cure the deficiencies, but I will need more time as I will most likely won't have another visit with her until after August 3rd,

and I will most likely need her assistance in bringing me the form and in helping me ~~does~~ fill it out as like I said before, I do not speak, work or read English. And it is very likely that I won't get assistance from anyone at USP Florence ADMAX. I requested to my case manager to help me, but so far, nothing. I requested him to give me the form, send someone to help me fill out the form and for a print out of the instructions found on the website.

Could you please give me until the end of August?

Also, is there a way that my attorney can maybe give the Court directly or through me a cashiers check or money order in the amount of $405 for the filing fee? Could she give me the money order or check, so that I can mail it to the Court? Would that be an alternative?

Thanks in advance for your help.

Sincerely,
Joaquín Guzmán L.



Name: [signature]
Reg. No. 87914-058
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

cm-24-89914053-0112-mo-020

Hon Scott T. Varholak
United States district
district of colorado
For the Plaintiff
Denver, Colorado

