7/7/204 onorable Jue[...]

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG - 5 2024
JEFFREY P. COLWELL
CLERK

Oy Resibi por posta de la pieciom Copias
de la mociom de la mociom de las
condiciones Que la Corte me mando
y el dia 8 de este mes Resebi una costa
de posta de la Corte Que me mando
disiendome Que no Recibio de poste de
Guzman la Oja Ozal berde ya Que esa
Oja la pieciom lo proporciona para
Que la Corte pueda Recibir el dinero
senor Juez Quiero Que sepa Que no fue
Culpa mi Que esa Oja no oya llegado
a la Corte ya Que yo la agrege en la
mocion pero lo Que paso Que el senor
Consejero o Quien se encorga de
mandar la Correspondencia la saco
de la mocion Con mala fe o Resibio
orden Que la sacara para Que Guzman
tubiera problemas ya Que an echo
asta lo imposible para seger manteni
manteniendo a Guzman en Condiciones
Crueles inusuras com abuso de poder
sin presedente y una descriminacion
desbordada en las copias de la mocion
Que me entregaron oy no tienen 2 Ojas
Que yo escribi A la Region en la P. 10
seguro las sacaron aqui en la pieciom

le ago llegar otra ves la moción con la efidencia que no me entregaron ya que la sacaron con mala fe mi abogada me visitó el dia 10 y le mostre la copia que me avian entregado el dia 8 y me dijo que avia llegar a la corte en cheque porque aqui en la prisión le abia pedido que mi dieran la oja azul ves de para mandarla a la corte pero abian echo caso omiso por fin oy mi la entregaron y por eso oy 17 de Julio se la estoy mandando y la moción tambien y le agrege las 2 ojas que le faltaban a las copias de la moción que me entregaron oy tambien mi abogada iba a tradusir en ingles un escrito al ingles que yo la estoy mandando Con Respeto a mi esposa que por fabor ustel ordene que le den permiso a que me pueda visitar ya que nunca le an dado permiso a que me visite sin ninguna Justificación ella es amejicana y no tiene ningun problema para que no pueda visitarme todo preso tiene derecho que lo visite su esposa y familia agregada asi me an dado permiso de aser una llamada telefonica ni costa esto es algo de no Creer de antemano le agradesco Joaquin Guzman L.

7/17/2024

Your Honor,

Today I received from the prison copies of the motion about the conditions that the court ordered for me and on the 8th of this month I received a letter sent to me from the court that says they did not receive the blue green sheet from Guzman but the prison provides that page so that the court can receive the money. Your Honor, I want you to know that it wasn't my fault that sheet didn't get delivered to the court since I included it with the motion but what happened was the counselor or whoever is in charge of sending mail removed it from the motion out of ill will or was ordered to remove it so that Guzman would have problems since they've done everything possible to keep Guzman in inhumane, cruel conditions, an unprecedented abuse of power and extreme discrimination. The copies of the motion that were delivered to me today are missing two pages that I already wrote to the region on p. 10. I'm sure they took them out at the prison. I'm sending the motion again with the evidence that they didn't give me since they removed it out of ill will. My lawyer came to see me on the 10th and I showed her the letter they'd given me on the 8th and she told me to send a check to the court because here at the prison she had asked them to give me the blue green sheet to send to the court but they had ignored her. They finally gave it to me today and that's why it is only now on July 17 that I'm sending it and the motion, too, and I also included the 2 pages that were missing from the copies of the motion that they gave me. Also today my lawyer was going to translate into English a brief in English that I'm sending about my wife, asking you to please order them to give her permission to visit me since they have never let her visit me and they've never given any reason for that. She is an American and doesn't have any problems that would make it so she couldn't visit me. All inmates have the right to have their wife and close family visit them. They haven't even allowed me to make a phone call or a letter. It's all so unbelievable. I thank you in advance.
/s/Joaquin Guzman L.

**Court Translation by Cathy Bahr**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. _____

*(To be supplied by the court)*

JUL -1 2024

JEFFREY P. COLWELL
CLERK

_____

Joaquin Guzman Liera _____, Plaintiff

v.

Jury Trial requested:
(please check one)
____ Yes ✓ No

Warden Civili _____,

Colette Peters _____,

Merrick Garland _____,

Canselor Holbrook and ADMAX Medical Dept., Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

_____

(Name, prisoner identification number, and complete mailing address)

_____

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
____    Convicted and sentenced state prisoner
____    Convicted and sentenced federal prisoner
____    Other: (*Please explain*) _____


## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1: _____
                    (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ____ Yes ____ No (*check one*).  Briefly explain:

_____

_____

Defendant 1 is being sued in his/her ____ individual and/or ____ official capacity.

2

Defendant 2: _____

       (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*).  Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____

       (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*).  Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.


## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

____    State/Local Official (42 U.S.C. § 1983)

____    Federal Official

    As to the federal official, are you seeking:

    ___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

    ___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

____    Other: (*please identify*) _____

# D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

      Claim one is asserted against these Defendant(s):

      Supporting facts:

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____


## F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

___ Yes ___ No (*check one*)

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)

(Revised November 2022)

6

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing documents for the underlying

<u>Bivens</u> action was mailed to the following parties on ~~April~~ June ___, 2024:


Colette S. Peters
Director of BOP
320 First Street, NW
Washington, DC 20534

Merrick Garland
U.S. Attorney General
90 Pennsylvania Ave., NW
Washington, DC 20530

Warden Ciolli
USP Florence ADMAX
PO BOX 8500
Florence, CO 81226

Counselor Holbrooks
USP Florence ADMAX
PO BOX 8500
Florence, CO 81226

ADMAX Medical Dept.
USP Florence ADMAX
PO BOX 8500
Florence, CO 81226


Dated: ~~April~~ June ___, 2024

Joaquin Guzman Loera

Clerk of Court
United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294-3589

Your Honor,

I have asked my attorney to simply translate this writing to me from Spanish to English and to type write it in computer so that the Court could better understand it. However, I will be representing myself *Pro Se* in this matter.

I ask this Court to get the filing fees from my inmate trust fund account.

This is an action for injunctive and declaratory relief authorized by *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), to secure rights, privileges and immunities established by the First, Fifth, and Eighth Amendments to the Constitution of the United States.

Jurisdiction is conferred upon this Court via 28 U.S.C. § 1331, which provides for federal question and original jurisdiction for suits authorized by the Federal Constitution; and jurisdiction is further conferred on this Court by 28 U.S.C. §§ 2201 and 2202 relating to declaratory judgments and injunctive relief, and, 5 U.S.C. § 701-706, for violations of, inter alia, the Administrative Procedure Act ("APA").

The Court has personal jurisdiction over the Defendants because the alleged incidents occurred within the confines of this Court.

Venue is proper in the United States District Court, District of Colorado, pursuant to 23 U.S.C. § 1391(b)(2), because it is the judicial district where I am being detained, and where the events and omissions giving rise to the causes of action have occurred.

Venue is also proper in the United States District Court, District of Colorado, pursuant to 23 U.S.C. § 1391(e), because Defendants are officers or employees of an agency of the United States acting in their official capacities and because this judicial district is where Defendants Ciolli, Holbrooks, and ADMAX Medical Department staff perform their official duties, where a substantial part of the events or omissions giving rise to the claim occurred, and where I am being detained and no real property is involved in the action.

## NATURE OF RELIEF

This action seeks an injunction and declaratory judgment, restraining Defendants from arbitrarily and summarily depriving me of meaningful outdoor and recreational activities, educational programming, and mental healthcare. The aforesaid deprivations and sanctions are cruel and unusual under the Eighth Amendment, and thereby violate the Due Process Clause of the Fifth Amendment. *See Wilkinson v. Austin*, 545 U.S. 209, 222 (2005) (recognizing the prisoners "have a protected liberty interest in avoiding particular conditions of confinement"). Moreover, these sanctions are being imposed arbitrarily, as I am being denied access to available

1

administrative grievance mechanisms, in violation of my First Amendment right to petition the government for redress of grievances. *See Cruz v. Beto*, 405 U.S. 319 (1972) (noting that the latitude afforded "in the administration of prison affairs" does not defeat the right of "persons in prison … to petition the government for redress of grievances").

For example, on August 12, 2023 I first presented one of my issues of concern informally to ADMAX prison staff by using an Informal Resolution Form (BP-8) (See Exhibit 1). Then on August 22, 2023 I submitted a Request for Administrative Remedy form (BP-9) and I got it back without a response or resolution (See Exhibit 2). Then, prison staff took a few months to finally give me a Regional Administrative Remedy Appeal form (BP-10), but when I finally got one, I submitted it on November 28th, 2023 (See Exhibit 3). Prison staff marked it as received on December 8th, 2023; however, they did not provide a response or resolution. I re submitted another BP-10 form on January 3rd, 2024 raising the same concern, in hopes that I would get a response back (See Exhibit 4). However, I got the form back without a response or resolution. Then finally, on February 6th, 2024 I submitted a Central Office Administrative Remedy Appeal form (BP-11) (See Exhibit 5) and another one on February 8th, 2024 (See Exhibit 6).

I am being denied access to the administrative grievance mechanisms, because the staff return the forms back to me without responses or resolutions. I don't get an answer. I don't even know if they read them. Nobody comes to explain to me in Spanish what is going on with my forms and why they are being returned without responses.

## **STATEMENT OF CLAIM**

I am a Mexican national and citizen, who was extradited from Mexico to the United States on January, 2017, to face multiple criminal charges – e.g., continuing criminal enterprise, drug manufacturing, importation and distribution, and firearm and money laundering conspiracy offenses.

Following a 3-month trial in the Eastern District of New York, I was found guilty of multiple charges, including continuing a criminal enterprise, narcotics trafficking, and money laundering conspiracy.

On July 17, 2019, I was sentenced to life in prison, and a few days later I was sent to USP Florence ADMAX, where I am currently incarcerated.

While a pretrial detainee, I was placed in solitary confinement in Unit 10 South of the Special Housing Unit ("SHU") at the Metropolitan Correctional Center in New York ("MCC"), in administrative segregation.

I am currently housed at the ADMAX Special Security Unit, also known as Unit H, where I am confined to a cell of approximate seven by 12 foot, in complete isolation, 24 hours a day. My cell only has one small narrow window that is approximately 42 inches tall by four inches wide. I receive all of my meals through a small hole in the door of my cell, and I have no human contact, other than when the guards put on and remove the shackles. I cannot have any verbal contact or any communication with any other inmate.

Since I was extradited from Mexico to the United States more than seven years ago, the American government has kept me in solitary confinement without being able to speak to anyone

and without activities, and under the SAMs rules ("Special Administrative Measurements"). I am not permitted to have any verbal contact or communication with other inmates. I have been held under these conditions, and under the Special Administrative Measures (SAMs), since my arrival to the United States seven years ago. By holding me under these conditions, Defendants necessarily assume a heightened duty of care, and must exhaust all reasonable measures to avoid the onset of acute health problems. This requires more than *de minimis* efforts, and at the very least entitles me to meaningful programmatic activities.

According to USP Florence ADMAX Admission & Orientation Handbook, at p. 43, every inmate has the right to "a regular exercise period." However, my right to a regular exercise period is being repeatedly violated by Defendants and their agents.

Since in or around December of 2019 to the present, I have only been allowed up to three hours a week of outdoor exercise. In fact, some weeks I am not permitted even a single hour of exercise. Repeated requests have been made to BOP staff at ADMAX to address this situation, but nothing has been done to remedy it. I do not have access to any indoor patio, or any other similar area, wherein I could exercise. Therefore, my time outside marks the only opportunity for me to exercise.

In this unit where I am, they take all the prisoners out for recreation for one hour a day so that the sun can hit them a little. But not to me. In the more than seven years that I have been imprisoned in the United States, the sun has never hit me. The prison guards only take me out of my cell to an outside patio one to three days a week. But the sun light does not hit directly on the place where they take me out to. It is a very big discrimination towards me. You know that every being on planet earth gets sick if the sun does not shine on it, whether it is a plant or any being on earth.

For nearly three years, while at the MCC New York, I was deprived of any access to fresh outside air or natural sunlight, and now at ADMAX, I only get one to three hours of access to fresh air, natural light, and exercise a week, if I am lucky. Most weeks I do not get any exercise time at all.

I have adhered to all prison rules and regulations and have behaved in an exemplary fashion in all the years that I have been confined at ADMAX. I have never been disrespectful, disruptive, or violent towards any staff member, and have never received a single write-up. Yet, my detention is far more onerous than that of inmates who are being punished for acts of violence within the prison, and other rule infractions.

I have been under the SAMs rules since my arrival in the United States on January 19, 2017. And the American government has used them as an excuse to torture me. The American government has used the SAMs rules to torture me 24 hours a day without any justification. I am and have always been very respectful with all the staff at USP Florence ADMAX.

This is unprecedented discrimination against me, that they keep me in cruel and inhuman conditions. This is a very large and unprecedented abuse of power. Not even Hitler tortured the prisoners he had during the Second World War, just as they are torturing me here mentally, psychologically, emotionally and physically.

When the officers make their rounds at night, they open the door electronically in the hallway, and when they close it, the door slams so hard that it makes a lot of noise and that causes me to wake up every night and interrupt my sleep. They used to open it manually, and when they would open it manually, the noise was not an issue. But now that they open it electronically or remotely, I can hear the loud sound that constantly wakes me up. Interrupting my sleep like this is torture.

There are times when they put me in another cell and I can't rest much in that cell either, since the toilet and the sink are activated very frequently, every 10 minutes or so, like if somebody was using it. They do this on purpose to torture me. I have reported this many times to the prison staff, but they do nothing. I have spoken to the guards to take care of this problem, since that noise stuns me a lot, but until today, they have ignored my requests. This problem has been occurring for several months now. I have been reporting this problem for months, but they do nothing. They do it on purpose, so that I can't sleep and to torture me and my mental sanity.

According to the ADMAX Admission & Orientation Inmate Handbook, at p.18, a variety of educational programs and opportunities are offered at the facility. Some of these programs are Adult Basic Education, General Equivalency Diploma, and English as a Second Language ("ESL"). English classes are obviously important to inmates who, like myself, do not speak any English. Only by learning English I can avail myself of other programmatic services, and basic education classes.

Almost all education at ADMAX consists of self-directed study in one's cell, by watching pre-recorded videos on the in-cell televisions. There are channels for educational programming, as well as a bulletin board channel, which provides information about the facility, on the closed-circuit television ("CCTV"). However, the channels broadcast in English only, and therefore, I cannot understand anything that is being said, as I only speak Spanish.

Repeated requests have been made to BOP staff at ADMAX to address this situation, but nothing has been done, and therefore, I cannot participate in any of these programs.

According to the ADMAX Admission & Orientation Handbook, at p. 18, ¶ 4, Bureau of Prisons (2008), an inmate has the right to "a wide range of reading materials for educational purposes." I wish to take advantage of some of these educational programs. However, Defendants and their agents are depriving me of my right to participate in these programs by refusing to provide Spanish translations or subtitles.

For example, English as a Second Language ("ESL") is one course offered to inmates at ADMAX. English classes are obviously important for inmates who, like me, don't know and want to learn.

Since my arrival to ADMAX, I have requested personally and through my lawyer to be enrolled in the English as a Second Language ("ESL") course. BOP staff members at ADMAX told my lawyer that this program would be available to me through the in-cell television. However, this was a lie. The Education Department staff at ADMAX has me enrolled as if I were taking English classes in that ESL program, but that is a lie. The only thing I get is papers in English that I don't know what they say.

Periodically I receive papers in English from the Educational Department at ADMAX, but I cannot understand them because the instructions are in English, the very language I am trying to learn. BOP staff at ADMAX has told me that these papers are homework for the ESL program, but this is as far as the explanation goes. These papers are entirely in English, and provide no explanation or Spanish instructions on how to proceed. I have included copy of these papers here (See Exhibit 7). It is therefore impossible for me to learn English by way of these papers. No one comes to translate these documents for me and I am not provided with a translated copy of the same.

I have repeatedly requested to the BOP staff at ADMAX, and through my attorney and through forms written with my attorney's help, for a tutor to help me with my homework. However, the requests have been ignored.

For example, on or about February 19, 2020, with my lawyer's help who helped me write in English, I submitted an Informal Resolution Form to Defendant Holbrooks and to the Education Department at ADMAX, requesting enrollment in education courses, and informed said Defendants that no tutor had ever visited me regarding the ESL course and that the televised sessions for that course did not work (See Exhibit 8). I further requested that I receive the ESL course and other available educational courses via a Spanish-speaking teacher either in person or through the closed-circuit TV. My attorney helped me with this.

On February 26, 2020, Defendant Holbrooks and the Education Department at ADMAX responded to my February 19th request by stating that I had been provided with assignments, which I had not turned in. The response further stated that if I needed tutoring, that I needed to file a "cop-out" with the Educational Department requesting help (See Exhibit 8). I could not have been clearer about that fact (to get me a tutor) in the Informal Resolution Form that I submitted on or about February 19th. That was exactly what I was requesting in that form to begin with.

The response further advised that completion of the homework was necessary to determine what needs were. I obviously cannot turn the homework in, because the instructions are completely in English, with no Spanish translation.

My lawyer had already raised everything claimed here in another document to this Court, but Judge Hegarty dismissed the case because the BOP's internal Administrative Remedy Program had to be exhausted first. However, ADMAX prison staff, including Defendant Holbrooks, have prevented me from adequately exhausting such administrative remedies and we tried to explain that to Judge Hegarty then.

I have filled out BP-8, BP-9 and BP-10 forms, but the prison staff always return the forms to me without an explanation or response. I will explain more below.

As a permanent lockdown facility, ADMAX does not offer any employment opportunities for the inmates in Unit H, where I am currently housed. I have no access to the library. With no educational programming or employment opportunities available to me, no access to the library, and limited to no exercise time, I am left with almost nothing to do as the days go by. I am pretty

much sitting idle in my cell, surrounded by the same four walls, in a grim and dehumanizing environment.

I have suffered tremendously while in solitary confinement. My blood pressure has spiked to critical levels, leading to headaches and anxiety.

With limited communication options at ADMAX, including no email access, no social phone calls, and no visits with anybody from my family members (except for my 12-year-old twin daughters just twice a year), I rely on mail correspondence to communicate with my family.

However, I must wait an unconscionable amount of time for them to receive these letters. To be specific, I mailed my first letters to my sister and twin daughters in October of 2019, and they finally received these letters in August of 2020 - 10 months later. I have mailed other letters to my daughters and sister since, which also took months to receive. The prison staff has never given me the letters that my family has sent me.

I understand that incoming and outgoing mail must go through inspection, and that delays are expected; however, a nearly one-year delay is unconscionable, and frankly, inexplicable.

More recently, I have tried to mail letters to them, but they haven't even received them. The prison staff is holding my mail. My right to "correspond with family members" is being violated by Defendants and their agents.

I have complained, on multiple occasions, about being woken up every single night after midnight by a sudden extreme hot air flow that blows for roughly 15 minutes four to five times a night, causing fast heart palpitations. This air is extremely hot. This air releases some sort of gas and when it goes on, my body starts hurting. This hot air starts usually at approximately 10pm, and lasts 15 minutes. Then they turn it off for two hours, and then on the third hour they put it back on for another 15 minutes. Then they shut it off for two more hours, and on the fifth hour, it starts again for 15 more minutes. This doesn't let me sleep well and the heat raises my blood pressure. I'm about to have a heart attack.

This situation has happened before, but the prison staff had stopped doing it after my lawyer informed this district court about this issue, but six months ago they started doing it again. It is clear that what the prison staff wants to do is to cause my death.

I have raised this issue with BOP staff at ADMAX, but nothing has been done about it. It is unclear why this is happening, but regardless, it amounts to both physical and mental torture.

I am suffering from severe sleep deprivation as a result of being woken up repeatedly throughout the night, every night. This is concerning because I have been treated for high blood pressure, a well-known symptom of sleep deprivation. This ailment, in turn, could also increase the risk of a heart attack or a stroke. And beyond these physical effects, I have been experiencing depression and memory loss, which are also symptoms of severe sleep deprivation.

The device they have installed to torture me releases a gas, and it heats up so much that it makes me sweat and makes my skin itch so much that it ends up hurting from all the scratching I do. As a result of this gas, I always get a headache and my blood pressure goes up too much.

I have been suffering too much harassment since I was extradited to the United States. Prison staff are entering the hallway of my unit every 10 minutes and stand at the cell door to look at me and make gestures with their heads while looking inside my cell. There are cameras in my room that have night vision. They are also watching everything I do on the camera 24 hours a day, such as if I am lying down, if I drink something, if I use the bathroom, etcetera. This constant surveillance is a way of psychologically torturing me, because I feel like I don't have privacy even to use the bathroom. I feel harassed, and there is no real justification for them to act like this. It is a very great torture that I suffer 24 hours a day. I understand that they must do their job and do their rounds, but what is not right is to harass me.

Upon information and belief, ADMAX offers limited individual therapy. I have had to wait up to five weeks to speak to someone from the Mental Health Department at ADMAX. I have no access to group therapy. Therefore, I have no one to help me cope with the effects and trauma of solitary confinement. BOP staff at ADMAX have ignored all of my requests for regular visits from a mental health professional.

All the prisoners are visited by someone from the psychology department, except me. I haven't seen a psychologist or a mental health professional in more than a year and the times that someone from the mental health department has come to see me, the visit doesn't last more than five minutes.

According to the ADMAX Admission & Orientation Handbook, at p.18, the psychology department offers a variety of programs through the closed-circuit TV, such as stress management. Nevertheless, because these programs are in English, with no Spanish translation or subtitles, I cannot participate in them.

I'm supposed to have the right to have two calls a month with my lawyer, but they don't always give me that. Many times, months go by without having a call with her. She emails to schedule calls, but she is ignored most of the times.

According to the ADMAX Admission & Orientation Handbook, inmates have the right to have five (5) visits a month with their lawyer, but the Defendants almost never give me the five visits. Most months I get three to four visits.

The water I drink is from the sink and has a very bad taste, since the pipe through which it comes out is moldy, because it is more than thirty (30) years old. I have requested multiple times to sell me purified or bottled water, but to this day they have ignored my request.

The food they give me at ADMAX is of poor quality and it taste terribly. I eat just to survive, but I eat without any desire whatsoever.

When the other prisoners go to the visiting room with their families or their lawyers, they wear a khaki uniform, but the Defendants always put me in a very large and dirty yellow overall suit. My lawyer is a witness to this, since they always put that huge yellow overall suit on me when she visits me. It is three or four times my size. I realize that the prison officials are laughing at me, since they dress me like a clown. What they do with me is degrading.

When they take the other prisoners to their visits, they take them with only the handcuffs in their hands and when they arrive for their visit, they remove the handcuffs and when they are going to return them to their cell, they put them back on. The handcuffs they put on them are ordinary handcuffs that do not hurt the hands. However, when the prison staff take me to my visits, they put handcuffs on my feet and they put a chain around my waist and they put the handcuffs on my hands that are attached to the chain, close to my stomach without being able to move my hands, not even to scratch myself. The handcuffs that they put on me are handcuffs that hurt my hands.

They put these handcuffs on me not only for my social visits, but also for my legal visits with my lawyer and when my lawyer brings me a document to sign, it is very difficult for me because of the handcuffs. There is no justification for them to do that.

The medical service is terrible. When I get sick and ask the doctor to see me, weeks go by before the doctor finally comes to see me. By the time they finally treat me, a lot of time has already passed and I am suffering and in pain. There are times where I have gotten sick and the doctor never comes to treat me and I end up recovering alone. Since I arrived in the United States, I have been receiving cruel and inhuman treatment 24 hours a day.

According to the ADMAX Admission & Orientation Handbook, at p. 30, "While in custody of the Federal Bureau of Prisons, you have the right to receive health care in a manner that recognizes your basic human rights, …" I have asked multiple times to be seen by an ENT (ear, nose and throat specialist) to treat an allergy that I have had for years and it won't go away and my ears, nose and face are constantly hurting. The medical department has given me medicine for it, but nothing seems to work. I have purchased over the counter medicine at the commissary but it doesn't work either. At this point, I need a specialist to see me. I have even told the prison staff that if they cannot get one to see me, that my attorney or family can pay for one to come and see me. However, the requests have landed on deaf ears. It is critical that I see an ENT. I need someone that specializes in the ears, nose and throat to evaluate me as soon as possible, as this thing that I have is affecting my quality of life tremendously, and it has only gotten worse. My face and ears are constantly hurting. I sleep with small pieces of toilet paper inside of my ears to try to alleviate the pain, but it doesn't really work.

I have tried repeatedly to use the Administrative Remedy Program, which is the grievance process that allows inmates to seek formal review of issues related to their confinement, but the BOP staff at ADMAX has made it irrational for me to pursue this path.

For example, regarding this issue with my allergy and the fact that my face, ears and nose are constantly hurting, I started the grievance process for this issue. In February 8th, of 2024 I finally submitted a Central Office Remedy Appeal (BP-11) form, but I have yet to receive a response (See Exhibit 6). Quite frankly, I don't think I will get a response either, as I never got responses to the BP-8, BP-9 and BP-10 forms regarding this issue. I would have attached the BP-8, BP-9 and BP-10 forms that I submitted regarding this issue here, but those were never even returned to me.

As previously indicated, I do not speak English. The BOP prison staff members working on my unit do not or will not speak Spanish to me. Therefore, I often find myself struggling so that they can understand me, and I cannot alone make use of the Administrative Remedies Program. This has frustrated my First Amendment right to petition the Government for redress of grievances.

As a result, around the end of February of 2020, my attorney flew to Florence, CO from New York, to visit me at ADMAX. During this visit, my attorney helped me to fill out an Informal Resolution Form (BP-8), addressing some of these issues raised herein, in accordance with the grievance program.

My attorney flew again from New York to visit me at the beginning of March of 2020. During that visit, my attorney helped me prepare BP-9 forms addressing some of the concerns raised in the Informal Resolution Form (BP-8).

Shortly after, ADMAX closed its doors to visitors, including attorneys, due to the COVID-19 pandemic. As a result, my attorney was not able to fly back to help me follow up with the grievance process, in accordance with the Administrative Remedies Program.

I told my attorney over the phone that I had received the BP-9 forms back with the responses in English, but that no one came to translate them to me in Spanish. No translated form was provided to me either. I received some of these forms back on March 14th of 2020, and some others at some later time. I submitted a few, because I was raising multiple concerns. However, because they were in English without any Spanish translation, I could not understand what the responses said and it was impossible for my attorney to help me over the phone, without knowing what the responses to the forms said. My attorney later learned that the responses were rejection notices.

Because of the pandemic, and the fact that ADMAX was closed to visitors, my attorney was not able to visit me and continue with the process, and as a result, the deadlines to file BP-10 forms and to amend the BP-9 forms passed. Thus, I was not able to complete the grievance process.

My attorney spoke to my unit counselor, Defendant Holbrooks, both via email and telephone on a few occasions about this matter, and asked Defendant Holbrooks to either email the returned BP-8 and BP-9 forms that were given to me, so that she could translate them for me over the phone, or to have someone from the BOP staff at ADMAX translate them for me. My attorney sent an email to Defendant Holbrooks to follow up and get a response, and two emails to Ian Guy, ADMAX's counsel at that time, but these emails were never replied to.

Specifically, on October 15, 2020, my attorney sent an email to Ian Guy from the Legal Department telling him that I had not received outdoor exercise since October 2, 2020 and also, telling him that I had submitted Administrative Remedy Request (BP-9) forms, and that they had been returned to me with the responses in English and I could not understand them. Ian Guy did not respond to this email.

On October 21, 2020, my lawyer' sent another email to Ian Guy, telling him that she had not received a response to her October 15th email. She also told him that I was having difficulty communicating with prison staff due to the fact that I only speak Spanish. No response was received either.

On October 21, 2020, my lawyer sent an email to Defendant Holbrooks following up on a phone call that she had with Defendant Holbrooks on October 16th, regarding the responses to the BP-8 and BP-9 forms submitted, and regarding the fact that I was not getting my weekly outdoors

exercise time. Defendant Holbrooks did not reply to this email. Instead, a few days later, on October 23rd, 2020, my lawyer spoke to Defendant Holbrooks over the phone and Defendant Holbrooks told her that he was not going to be able to email the requested material (responses to the forms) to her, and that she could obtain them by either filing a FOIA request or by having me mail them directly to her, and that the latter option would be faster.

My lawyer spoke to me about mailing the forms, which I did shortly thereafter. She finally received the forms by mail on November 30th, 2020, a month after I had mailed them.

In fact, on November 22nd of 2020, the prison staff informed my lawyer that the envelope had been improperly placed in the social mail, even though I labeled it as "legal," resulting in the delay. Once again, I was prejudiced as a result of the actions of the BOP staff, intentional or otherwise.

Once my lawyer had received the forms, she was finally able to read to me the responses to the BP-8 and BP-9 forms, and told me that my requests had been denied. Importantly, my lawyer was able to confirm that the forms were in English; a language that the BOP staff at ADMAX knows I do not speak or understand.

All of the Request for Administrative Remedy forms that I filed were prepared with my lawyer's help. Without her help I would have been unable to comply with the Administrative Remedy Program. There are deadlines for answering and filing these forms, and to move on to filing BP-10 and BP-11 forms. However, I failed to satisfy these deadlines, because the BOP staff at ADMAX knowingly provided me with responsive documentation in a language they knew I do not read, write, or understand. I independently, was not able to do the process alone because of the language issue.

Indeed, I faced a similar situation while I was incarcerated at MCC New York and the Honorable Brian Cogan from the EDNY held that I could not independently have been able to seek any remedies using the Administrative Remedies Program, and therefore, allowed me to instead bring my issues directly to attention of the Court.[1] For example, Judge Cogan wrote:

"As to the specific conditions imposed on defendant that create additional burdens that he has characterized as atypical or arbitrary, for example, inter alia, the bar on purchasing bottled water, the lack of Spanish-language commissary list, and the removal of items from his cell, defendant has been appropriately making use of the BOP's Administrative Remedy Program though his filing of Requests for Administrative Remedies (known as "BOP-9s"). Nevertheless, defendant's description of the bureaucratic hoop-jumping associated with his use of the BOP-9 process raises concerns about the practical availability of remedies to Guzman. Were it not for his able counsel and their continued follow-up with BOP, it does not appear that defendant could independently have been able to seek any remedies at all. If defendant encounters similar problems in the future, he may bring those issues to the attention of the Court."

---

[1] See US v. Guzman Loera, 09-cr-0466, 2019 WL 2869081, (Filing No. 71, at ECF pp.7-8).

Later on, on August 12, 2023 I tried to do the whole process again as this Court instructed and presented one of my issues of concern informally to ADMAX prison staff by using an informal resolution form (BP-8) (See Exhibit 1). Then on August 22, 2023 I submitted a Request for Administrative Remedy form (BP-9) and I got it back without a response or resolution (See Exhibit 2). Then, prison staff took a few months to finally give me a Regional Administrative Remedy Appeal form (BP-10), but when I finally got one, I submitted it on November 28th, 2023 (See Exhibit 3). Prison staff marked it as received on December 8th, 2023; however, they did not provide a response or resolution. I re submitted another BP-10 form on January 3rd, 2024 raising the same concern, in hopes that I would get a response back (See Exhibit 4). However, I got the form back without a response or resolution. Then finally, on February 6th, 2024 I submitted a Central Office Administrative Remedy Appeal form (BP-11) (See Exhibit 5). On February 8th, 2024 I submitted another Central Office Remedy Appeal form (BP-11), but I got that form back without a response or resolution (See Exhibit 6).

However, on April 2nd, 2024, I got a rejection notice from the Central Office Appeal from that BP-11 form that I had submitted on February 6th, saying that my Central Office Appeal was being denied because (1) they concurred with the rationale of the regional office and/or institution for rejection, and (2) because I did not submit a complete set of four carbonized sheets of the BP-11 form (See Exhibit 9).

On this Central Office Appeal form that I submitted on February 6th, which has two sheets, I was raising the following issues: (1) the fact that I have not gotten my two social calls a month with my daughters nor my sister since May of 2023; (2) the fact that I want to learn English since prison staff won't speak to me in Spanish and therefore it is necessary that I learn English to be able to communicate with the prison staff and to be able to read and understand the documents that they give me, as every piece of paper they give me is in English, and also because I want to learn the language to have something to do/ some activity; (3) the fact that I believe that what the Defendants are doing is discriminatory against me; (4) the fact that my family doesn't receive my letters, and when they do, it has taken 10 months for them to receive the letters, and finally, (5) I write about the fact that the Defendants and the government have something personal against me and are doing this to me because they are mad about all of the writings that I have submitted to the courts (this Court, the EDNY and the Second Circuit Court of Appeals) exposing them, their lies and the unconstitutional and inhumane way in which they have been treating me, since I was extradited to the United States (See Exhibit 5).

I am being denied access to the administrative grievance mechanisms, because the staff return the forms back to me without responses or resolutions. I don't get an answer. I don't even know if they read them. Nobody comes to explain to me in Spanish what is going on with my forms and why they are being returned without responses.

Exhausting these administrative remedies takes several steps, for example, requiring inmates to (1) raise the issue of concern informally with BOP staff, (2) wait for a response from staff, (3) obtain and submit a request form for remedy, (4) wait for the prison's response to the request, (5) obtain and file a regional appeal form, (6) wait for the response from the BOP Regional Office, and (7) obtain and file a appeal from the Central Office. ADMAX officials often return without response any submission that does not comply with extensive regulations regarding form and timing. Here I submitted copies of the forms that have been returned to me without a response.

My attorney cannot file these requests on my behalf and I do not speak English. This makes it almost impossible for me to successfully complete the Administrative Remedy Program for each and every issue I need to raise, even though I have tried on multiple occasions for some of the issues.

I face an imminent and substantial risk of serious, lasting mental deterioration and negative psychological impact if I remain living in these conditions. My confinement in unreasonable and unjustified.

Preventing me from exercising and denying me access to natural light and fresh air is not legally justifiable. Likewise, constantly ignoring my requests for programming opportunities and activities, as well as medical and psychological treatment, is capricious and arbitrary.

I have no adequate remedy at law and Defendants will continue to cause and threaten to cause irreparable injury to my health, unless this Court intervenes.

The causes of action for the violations of my Eighth Amendment rights and First Amendment rights are brought pursuant to *Bivens*.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION:
### DEFENDANTS, AND EACH OF THEM, ARE VIOLATING MY EIGHTH AMENDMENT RIGHTS TO HUMANE CONDITIONS BY DENYING ME ACCESS TO EXERCISE AND EDUCATIONAL OPPORTUNITIES

The Eighth Amendment to the United States Constitution forbids cruel and unusual punishment. It also protects an inmate's right to safe and humane conditions while incarcerated in prison. U.S. Const. amend. VIII.

Severely restricting and/or entirely prohibiting my exercise time constitutes cruel and unusual punishment, and it is excessive in relation to any legitimate governmental purpose. Less harsh measures exist to satisfy any government interest related to safety. This is impermissible punishment.

Prison Officials violate the Eighth Amendment when they act with deliberate indifference to a prison condition that deprives a prisoner of a basic human need, such as medical care, food, exercise, sanitation and hygiene. *See Farmer v. Brennan*, 511 U.S. 825 (1994) ("Prison officials have a duty under the Eighth Amendment to provide humane conditions of confinement. They must ensure that inmates receive adequate food, clothing, shelter, and medical care, ..."). The government acts with deliberate indifference when it knowingly exposes an individual in its custody to a substantial risk of serious harm. *See Id* ("A prison official may be held liable under the Eighth Amendment for acting with "deliberate indifference" to inmate health or safety only if he knows that inmates face a substantial risk of serious harm and disregards that risk by failing to take reasonable measure to abate it.")

Each of the Defendants here have subjected me to conditions of confinement that create a substantial risk of serious damage to my mental and physical health and well- being. Defendants,

and each of them, at all times knew about the negative impacts that prolonged solitary confinement, with almost no opportunity to exercise, significant deprivation of access to natural light and fresh air, and no activity opportunities for mental stimulus, have on inmates. Defendants, and each of them therefore knowingly subjected me, and continue to subject me to an unreasonable risk of serious mental and physical harm, in violation of my constitutional rights. Defendants, and each of them, repeatedly and consistently acted with deliberate indifference to my health and safety. My ongoing deprivation of natural sunlight and fresh air, severe reduction of exercise time, and lack of any activities or educational programming opportunities for mental stimulus, lack a reasonable relationship to any legitimate governmental purpose.

The lack of contact with the outside world, continued exposure to unnatural light, and deprivation of outdoor exercise, and no educational programming opportunities or activities for mental stimulation, constitutes a totality of conditions that result in cruel and unusual punishment by Defendants and their agents.

I ask that this Court orders the Defendants to allow me to access some other area where the sun can hit me or shines on me. This is not an unreasonable request. Everybody knows the negative effects of seasonal affective disorder or "winter depression" that people face. Well, imagine suffering from those negative effects all year long for over seven years now. This is what I live. Lack of sunlight leads to lower levels of serotonin, which in turn makes one feel depressed. And as discussed above, ADMAX Mental Health Department won't even come to see me periodically, so I have no way to cope with or manage or talk to someone about how I feel.

Everybody also knows the negative effects that the lack of vitamin D can have on a human being, such as a weakened immune system and weaker bones, and this, combined with the fact that ADMAX Medical Department is mediocre and ignore your requests often (like it has happened to me where I have had to wait weeks before someone from the department comes to see me), it is very probable that I will (if not already have) develop some condition.

The Defendants are violating my Eighth Amendment rights to humane conditions and this amounts to cruel and unusual punishment.

## SECOND CAUSE OF ACTION:
### DEFENDANTS, AND EACH OF THEM, ARE VIOLATING MY EIGHTH AMENDMENT RIGHTS TO HUMANE AND SAFE CONDITIONS BY CAUSING ME TO SUFFER SLEEP DEPRAVATION AND ACTING WITH DELIBERATE INDIFFERENCE TO MY HEALTH

The Eighth Amendment to the United States Constitution forbids cruel and unusual punishment. It also protects an inmate's right to safe and humane conditions while incarcerated in prison. U.S. Const. amend. VIII.

The government acts with deliberate indifference when it knowingly exposes an individual in its custody to a substantial risk of serious harm. *See Id* ("A prison official may be held liable under the Eighth Amendment for acting with "deliberate indifference" to inmate health or safety only if he knows that inmates face a substantial risk of serious harm and disregards that risk by failing to take reasonable measure to abate it.")

Defendants, and each of them, by refusing to cease having hot air blown into my cell at all hours of the night, causing me to be constantly awakened from my sleep, covered in sweat, with strong and fast heart palpitations, and to be sleep deprived, is impermissible punishment and are acting with deliberate indifference to my health. They know that I face a substantial risk or serious harm, but they have failed to take measures to remedy the situation. I have been treated for high blood pressure, a well-known symptom of sleep deprivation. This ailment, in turn, could also increase the risk of a heart attack or a stroke.

Defendants, and each of them, by their actions violate my Eighth Amendment rights. Defendants, and each of them, were at all times aware of the aforementioned conditions imposed upon me, which are open and obvious, and of which they had been put on notice to remedy on multiple occasions by me personally and by my lawyer.

Defendants, and each of them, were and are deliberately indifferent towards my requests to alleviate my suffering and injuries and refused to eliminate or at least mitigate my injuries and suffering, and by continuing to impose undue punishment upon me and subjecting me to a grave and serious risk of further serious physical and mental harm, serious illness and permanent injury.

I have complained, on multiple occasions, about being woken up every single night after midnight by a sudden extreme hot air flow that blows for roughly 15 minutes four to five times a night, causing fast heart palpitations. This air is extremely hot. This air releases some sort of gas and when it goes on, my body starts hurting. This hot air starts usually at approximately 10pm, and lasts 15 minutes. Then they turn it off for two hours, and then on the third hour they put it back on for another 15 minutes. Then they shut it off for two more hours, and on the fifth hour, it starts again for 15 more minutes. This doesn't let me sleep well and the heat raises my blood pressure. It feels like I am about to have a heart attack soon.

I am suffering from severe sleep deprivation as a result of being woken up repeatedly throughout the night, every night by this hot air. This is concerning because I have been treated for high blood pressure, a well-known symptom of sleep deprivation. This ailment, in turn, could also increase the risk of a heart attack or a stroke. And beyond these physical effects, I have been experiencing depression and memory loss, which are also symptoms of severe sleep deprivation.

The Defendants are violating my Eighth Amendment rights to safe and humane conditions, and they are subjecting me to cruel and unusual punishment.

### THIRD CAUSE OF ACTION:
### THE SAMs AND DEFENDANTS, AND EACH OF THEM, ARE VIOLATING
### MY FIRST AMENDMENT RIGHT TO SEND AND RECEIVE LETTERS

The First Amendment to the United States Constitution protects an inmate's right to freedom of speech, which includes an inmate's right to communicate with persons outside the prison. *See U.S. Const. amend I*; *see also Gee v. Pacheco*, 627 F. 3d 1178, 1185 (10th Cir. 2010). Therefore, the First Amendment protects an inmate's right to mail and receive letters.

In this case, the ADMAX Admission & Orientation Handbook states that inmates have the right to correspond with family members. Defendants, and each of them, have been and are

violating this right by interfering with my mail, specifically by holding my mail for a period of up to 10 months. Such interference violates my right, which is clearly set forth in the inmate handbook.

Defendants, and each of them, by holding my outgoing social mail for a period of 10 months, are effectively preventing communication with my pre-cleared family members, and this violates my First Amendment right.

By holding my mail for an unconscionable 10-month period, Defendants have effectively prohibited me from communicating with my family. Communication cannot happen, unless my family receive my letters and unless I, in turn, receive their responses.

The SAMs and Defendants violate my First Amendment right to freedom of speech and to send and receive letters, and therefore I request that they be vacated.

**FOURTH CLAUSE:**
**SPECIAL ADMINISTRATIVE MEASURES ("SAMs") IMPOSED ON ME**
**VIOLATE MY CONSTITUTIONAL RIGHTS UNDER THE FIRST AND EIGHTS**
**AMENDMENTS**

The then Attorney General of the United States in 2017 requested the imposition of the SAMs on me and said that this was necessary to restrict my access to the media, mail, telephone, visitors (essentially to restrict my access to the world). The government claimed and alleged that there was a substantial risk that my contact with other people could result in death or serious bodily injury to others, or that I could continue conspiring to commit additional criminal activity.[2]

The SAMs restrict my access to mail, telephone, media, visitors, and limit my recreation ad exercise time.

I very respectfully request that you please vacate or modify the SAMs rules, before my psychological health continues to be further affected. The imposition of the SAMs rules has been an excuse to violate my rights and to torture me psychologically. There is no justification for such drastic measures. It is clear that they have used them to abuse their power.

The harsh conditions imposed on SAMs prisoners like me violate the fundamental rights guaranteed in the United States Constitution and international law. The prolonged isolation and sensory deprivation experienced by prisoners held under SAMs constitutes cruel and unusual punishment, and may rise to the level of torture under the Eighth Amendment and international human rights law. And SAMs restrict fundamental human rights and civil liberties, such as the rights to freedom of expression and association, and equal treatment.

The SAMs rules violate prisoners' rights to associate with the community. The SAMs violate my right to family integrity by severely restricting my ability to maintain relationships with my family, and the right to family integrity is a right that is recognized in the United States

---

[2] See *US v. Guzman Loera*, 09-cr-0466, 2019 WL 2869081, (Filing No. 52, at ECF p.4).

Constitution and protected by international human rights law. The government's imposition of the SAMs ignores the dangers that solitary confinement poses to a person's sanity.

The government maintains that the SAMs are reasonably necessary to prevent me from committing additional crimes and that are "the least restrictive means that can be tolerated" to avoid the "substantial risk that my communications or contacts with persons could result in death or serious bodily injury to persons." (See my SAMs).

However, the government has not tailored the SAMs to me specifically. The SAMs must be "prisoner-specific in that each prisoner upon whom SAMs are imposed has a set of SAMs issued for that particular prisoner, based on the circumstances of that prisoner's case." *See United States v. Reid*, 214 F. Supp.2d 84, 87 (D. Mass. 2002). However, the SAMs imposed on me are not specific to me. Instead, they are substantially similar to those imposed upon other defendants whose circumstances and cases are different from mine. In fact, many of the measures imposed on me by the government seem designed for a defendant charged with terrorism-related offenses.

The rationale for the restriction on me speaking to the media seems to be predicated on a belief that I may communicate or order others, through the media, to commit criminal acts. These restrictions clearly seem to be aimed at those facing terrorism charges—people who have become radicalized through viewing incendiary material and may use the media to call on their followers to commit radical acts of terror. No such allegations have ever been made against me.

The government's allegations in the SAMs, perpetuate the myths and legends that have surrounded me for years. But the government has never offered any concrete examples of violence toward witnesses or continued criminal activity while in custody. They also have not offered any proof that I have tried to escape since I have been in the U.S.

I have behaved in an exemplary manner in the more than seven years that I have been incarcerated in the United States. I have never had a single write up or complaint. The government has not provided sufficient justification to public safety to continue subjecting me to these conditions of confinement.

From the beginning of my detention in 2017, I was immediately subjected to the SAMs rules and was placed in solitary confinement. I have been in these conditions continuously since my extradition to the United States in 2017. The SAMs isolate me as much as a person could be isolated inside a prison and severely limit my communication with the world. The measures have devastated my relationship with my family in every way.

For example, since 2017 I have not been able to speak with my wife, neither by call, by letter, nor by visit and the two 15-minute phone calls a month I used to get with my daughters were not enough to maintain a healthy relationship with them. And I say "used to get" because I no longer get these calls. As of May of 2023, I do not even get these calls anymore neither with my daughters or with my sister, whom I used to be able to talk to over the phone on these two 15-minute calls as well. The Government capriciously decided to stop these calls alleging that my ex paralegal was violating the SAMs. However, her case is still pending and there is no proof of this happening and she has not been found guilty.

I spoke to one FBI agent in charge over the phone in April of 2024 and he pretty much told me that there was nothing that could be done. I disagree. There must be something that can be done or another adult that they can vet so that I can continue talking to my 12-year-old daughters twice a month. My mother, one of my sisters and my 12-year-old twin daughters were the only family members I could talk to, and now they have taken that away from me. The only human I can pretty much talk to is my lawyer, Mariel Colon Miro.

My mother died in December of 2023, and because I am incarcerated here, the U.S. Government denied my mother's multiple visa requests to come to the U.S. to see me, and then they cut my communication with her and with my sister in May of 2023, I was not able to even say goodbye to my mother. I wasn't even completely aware of her condition.

I can still get social visits from my 12-year-old twin daughters; however, they live in Mexico, and cannot come to visit me with their mother, my wife. They cannot travel alone either. The only person that can take them to visit me is my lawyer, and she can only bring them to me when they are on a school break and can travel to the U.S., and that means twice a year. Therefore, since I can no longer talk to them over the phone, I only get to talk to them and know of them twice a year.

Solitary confinement is disorienting and dehumanizing, and the government and the Defendants know this, but they still use it calculatedly and intentionally. There is a lot of scientific data and also anecdotes from prisoners that confirm that long-term solitary confinement causes serious physical and psychological damage. But with the SAMs it is much worse, since the SAMs create even more extreme isolation than standard solitary confinement, and therefore the risks of permanent damage increase significantly.

I have tried to exhaust my ability to challenge my conditions of confinement through the Administrative Remedy Program, but Defendants have made it impossible for me.

I all of these requests through the Administrative Remedy Program I have attempted to pursue modifications to my confinement conditions, but I have not been successful.

I may not communicate with other inmates, family members and non-family visitors. I only retain the ability to meet with and talk to my attorney and two of my daughters (twice a year).

To be clear, since the imposition of the SAMs in 2017, Defendants do not let me talk to my wife, none of my sisters, brothers, the rest of my kids, or friends. The SAMs are punitive.

The SAMs violate my Eighth Amendment right to be free from cruel and unusual punishment and, my First Amendment right to freedom of speech and therefore I request that they be vacated.

## FIFTH CAUSE OF ACTION:
## DEFENDANTS, AND EACH OF THEM, VIOLATED
## MY EIGHTH AMENDMENT RIGHT TO MEDICAL
## CARE

Defendants, and each of them, refusing to protect me from the negative impacts and dangers of solitary confinement, by not providing me with adequate mental health care, and by not providing me with an ENT specialist or allow me to get one privately, constitutes deliberate indifference in violation of the Eighth Amendment to the U.S. Constitution.

Prison Officials violate the Eighth Amendment when they act with deliberate indifference to a prison condition that deprives a prisoner of a basic human need, such as medical care, food, exercise, sanitation and hygiene. *See Farmer 511 U.S. 825.* Defendants have intentionally and deliberately failed to respond to my medical needs and have deliberately ignored my requests.

Defendants, and each of them, by refusing to provide medical care to treat my nose, ears and allergies, as well as their refusal to provide me with more regular visits from the Spanish speaking mental health professional, has resulted in mental, physical and emotional harm to me.

Defendants, and each of them, by ignoring my requests for an ENT specialist to see me, are subjecting me to conditions of confinement that create a substantial risk of getting something more serious, which could be life threatening if not treated on time. Also, by denying my requests for a mental healthcare professional to visit me more regularly, Defendants, and each of them, are subjecting me to conditions of confinement that create a substantial risk of resulting in negative psychological effects, such as anxiety, depression, suicidal thoughts, psychosis, paranoia, hallucinations, and others.

Defendants, and each of them, have and are therefore knowingly subjecting me to continued pain and suffering, and to an unreasonable risk of serious harm, in violation of my constitutional rights.

## CONCLUSION

I tried to exhaust the administrative remedies to challenge my conditions of confinement, but Defendants have made it impossible.

The SAMs are punitive and I am getting sick, so therefore, I ask that you please remove the SAMs before I get a heart attack or before they make me crazy, because in the conditions that I am currently in, which are so cruel and inhumane, that is what is going to happen. I have a lot of family and I hope to hear from them again someday. I wouldn't want to get mentally ill as a result of the conditions I am under.

I request that the SAMs be vacated. If this Court were to deny this request, then I request, in the alternative, that this Court modifies various sections and provisions of the SAMs and/ my conditions of confinement.

I ask this Court to please intercede. I only ask that the Defendants give me a humane treatment. I suffer constant torture. I ask you to order them to stop this torture that has been going

on since I arrived at USP Florence ADMAX. I have no activities, I can't leave my cell, I can't talk on the phone with my family, not even with my 12-year-old daughters.

I also ask that this Court orders Defendants to assign me a tutor to be able to successfully participate in the ESL course. If this Court is not inclined to grant that relief, I then ask that in the alternative, this Court orders them to give me the ESL homework with Spanish instructions or Spanish translation of the instructions.

I also ask that this Court orders Defendants to either have an ENT specialist come and visit me to treat my issue, which is getting worse every week that goes by. If this Court is not inclined to grant this relief, I then ask that in the alternative, this Court orders them to allow my lawyer to hire one privately and order Defendants to allow him to come in at ADMAX to treat me.

I also ask that this Court orders Defendants to have a mental health specialist come see me more regularly and that this person either speak Spanish or can come with a translator. If this Court is not inclined to grant this relief, I then ask that in the alternative, this Court orders them to allow my lawyer to hire one privately and order Defendants to allow him to come in at ADMAX to see me.

I also ask that this Court orders Defendants to give me seven times a week of outdoor exercise like the rest of the inmates. Furthermore, I ask that this Court order the Defendants to get me out when the sun hits the most or to allow me to go to another area of the prison where the sun can actually hit me.

I also ask that this Court orders Defendants to cease with blowing hot air into my cell at all hours of the night.

I am including the commissary list here as well (Exhibit 10), so that you can see what they sell to us in commissary for food and medicine. The food they serve at USP Florence ADMAX is of terrible quality. I eat to survive only. Also, the portions are small and most times I stay hungry. The evidence of this is that even prison staff bring their own food. They don't even eat the food from the USP Florence ADMAX kitchen because of how bad it is. If the food was decent at least, they wouldn't spend money buy food and would eat from the prison's cafeteria.

Unit H's commissary list is too restricted. Inmates house in other units do not have this problem, since their commissary lists are longer and have more alternatives for purchase. I ask you to please order defendants to give the same commissary list to the inmates at Unit H that they give to the inmates at general population. Providing us with a different commissary list constitutes a form of discrimination against us.

All of this is unprecedented discrimination against me. The prosecutor who is in charge of the SAMs has taken everything very personally against me and this has been because in the motions that I have presented both in this Court and in the Eastern District of New York, I have dared to denounce the injustices that the government has committed against me during my trial. And the U.S. Government have a personal vendetta against me to the point that what they have done is violate my constitutional rights and my human rights.

Therefore, I seek for declaratory and injunctive relief. I ask you to please resolve this matter impartially. The law is supposed to be uniform and equal for all the people in this country regardless of color, race, nationality or religious ideology. I also request that this Court issues any such order and further relief that it deems just.


Sincerely,


Joaquín Guzmán Loera

# EXHIBIT 1

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

*Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Joaquin Guzman Jr    Reg. No.: 89914053
Unit: H    Date: 8/12/2023

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1. State your complaint (single complaint or a reasonable number of closely related issues):

   De la manera mas atenta le solicito se aplique el reglamento de la prision a mi persona ya que todo Preso tiene ese derecho ya que es la Ley del Preso en la Prision

   (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: Espero que se mi aplique el Reglamento ya que asta el dia de oy no se a aplicado sigo como el dia que llege sin actividades quiero estudiar

Inmate's Signature: Joaquin Guzman Jr    Date: 8/12/2023

Counselor's Signature: _____    Date: _____

Department Involved: _____    Date Assigned: _____    Due Date: _____

Department's Response regarding Complaint: _____
_____
_____

Department Head Signature: _____    Date: _____
Unit Manager's Review: _____    Date: _____
Informally Resolved: _____    Date: _____

Date    6/20/23
TIME
COUNSELOR

FLX 1330.18E    Administrative Remedy Program    Attachment 1

EXHIBIT 2

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Joaquin Guzman J.    89914053    H    max
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

de la manera mas atento me dirijo a usted para manifestarle que favor y me aplique el Reglamento ya que asta el dia de oy no tengo actividades lo unico que estoy Recibiendo son tres dias a la semana que me sacan a Rec. pero a donde me sacan no da el sol ya que las paredes estan muy altas y el lugar muy Reducido mide al Rededor de 7 pies de ancho por Aproximadamente 8 o 9 pies de largo a todos los presos de esta enviad H donde me encuentro los sacan a Rec. todos los dias y a donde los sacan les da el sol y el lugar mide al Rededor de 10 pies de ancho por el Rededor de 18 pies de largo y tienen llamada con su abogado cada semana y a mi pasan meses y no me autorisan llamada por favor aplique el Reglamento

8/29/2023
DATE

Joaquin Guzman J.
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE    CASE NUMBER: _____

**Part C– RECEIPT**    CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.

# EXHIBIT 3

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Joaquin Guzman L.          89914053          H          Max
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.        UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** de la manera mas atenta medirijo a usted para manifestarle la siguiente tengo en este lugar al rededor de 53 meses y asta el dia de oy no se a aplicado el Reglamento de la preción a mi persona asta el dia de oy la unica actividad que estoy resibiendo tres dias a la semana me sacan a Rec con duracion de 2 horas pero a donde me sacan no pega el sol porque las paredes estan muy altas y aparte pusieron rejas que si pegara el sol a donde me sacan tampoco pegaria el sol bien yo que las rejillas lo empiden tengo mas de 7 años que llege

DATE 1/28/2023                SIGNATURE OF REQUESTER Joaquin Guzman L.

**Part B - RESPONSE**

_____
DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

REGIONAL DIRECTOR

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 1183606-R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT:_____

_____          _____
DATE                      SIGNATURE, RECIPIENT OF REGIONAL APPEAL

1/9/2023

Extraditado a Estados unidos y asta el dia de oy no me a dado el sol a todos los presos que se encuentran en este lugar todos los dias de la semana los sacan a donde da el sol y ami nada mas tres dias a la semana me sacan y a donde me sacan no da el sol usted sabe que a todo ser de la tierra si no le da el sol se enferma sea una planta o cualquier ser de la tierra es una descriminacion sin limite a mi persona al no dorme ninguna actividad no se ingles y los oficiales que ablan Español no me ablan en Español y yo no se ingles una tortura muy grande las 24 horas sicologicamente Emocionalmente mentalmente y fisica ya que cuando me sacan a visita me ponen unas Esposas que son duros no tienen cadena como las Esposas que son Comunes y las Esposas que me ponen me lastiman las manos cuando tengo que firmar algun documento a mi abogada es un problema a Rais de las Esposas que me lastiman las manos y cuando tengo que Rebisar documentos de mi situacion Juridica es un problema a Rais de las Esposas que me ponen todos los presos que se encuentran en la Umidad donde yo me encuentro cuando llegan a tener visita Cuando llegan al Cubiculo de visita les quitan las Esposas de las manos y cuando los Regresan a su selda ya se las buelben a poner al Regreso y las Esposas que les ponen a los demas presos no lastiman las manos ya que son Esposas Comunes todo esto es a Rais de la fiscal que esta al frente de las Reglas sams ya que ella lo a tomado demaciado sonal a mi persona ya que ella inicio mi proceso en las mociones que e Echo llegar a la corte de 2 York exifido a los fiscales que llebaron a cabo

mi proceso que ubo muchas anomalias, de parte de ellos en mi contra y a raiz de eso la fiscal que esta al frente de las Reglas sams. a tomado Represalias en mi contra intentando apollandose de los medios de comunicacion para Justificar las condiciones inumanas en las que me encuentro desde que llege a los Estados unidos ase mas de 7 años desde mi llegada a los Estados unidos. en este lugar tengo mas de 5 años y me an mantenido en condiciones inumanas una desciminacion sin presedente una tortura muy grande de todo tipo una cosa es que mi caso es demaciado Politico a raiz de la muerte del Cardenal Juan Jesus posadas ocampo que el gobierno de mexico asecino en 1993 culpando a Guzman de su muerte asiendole una Campaña a trabes de los medios de Comunicacion asta Combertirlo en un villano asiendolo ver ante el mundo entero el ombre mas malo del mundo y el Narcotraficante mas grande del mundo luego segio el Gobierno de Estados unidos Con el mesmo Cuento usando los medios de comunicacion Exista la Vuidencia que a si a sido el testimonio del testigo numero uno el Gobierno vicente zambada el dijo eso en el Juicio que los gobiernos de mexico y el de Estados unidos, le isieron una Campaña a Guzman para aserlo grande y asi poder detenerlo tambien caigo politico mi caso le pido de favor que se base en el Comportamiento de Guzman no lo que aplen los medios a sido Respetoso con todo el personal de la ficion no ay una Justificacion para que me mantengan en estas condiciones Crueles inumanas le pido de favor que apleque el Reglamento a mi persona de antemano le agradesco

# EXHIBIT 4

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Joaquin Guzman L.    89914-053    H    max
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

de la manera mas atenta me dirijo a usted para manifestarle lo siguiente tengo en este lugar al rededor de 54 meses y asta el dia de oy no se a aplicado el Reglamento de la ficion a mi persona esta el dia de oy la unica actiuidad que estoy Resibiendo tres dias a la semana me sacan a Rec con turacion de 2 horas pero a donde me sacan no pega el sol porque las paredes estan muy altas y aparte pusieron Rejas que si pegara el sol a donde me sacan tampoco pegaria el Sol bien ya que las Rejillas lo impiderian tengo mas de 7 anos que llege

1/3/2024
DATE

Joaquin Guzman L.
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
DATE

_____
REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
SUBJECT: _____ LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

_____
DATE

_____
SIGNATURE, RECIPIENT OF REGIONAL APPEAL

1/18/2023

Extraditado a Estados unidos y asta el dia de oy no me
a dado el sol a todos los presos que se encuentran en este
lugar todos los dias de la semana los sacan a donde da
el sol y ami nada mas tres dias a la semana me sacan y
a donde me sacan no da el sol usted sabe que a todo ser de la
tierra si no le da el sol se enferma sea una planta o
cualquier ser de la tierra es una descriminacion sin limite a
mi persona al no dorme ninguna actividad no se ingles
y los oficiales que ablan Español no me ablan en Español
y yo no se ingles una tortura muy grande las 24 horas
sicologicamente Emocionalmente mentalmente y fisica
ya que cuando me sacan a visita me ponen unas Esposas
que son duras no tienen cadena como las Esposas que son
comunes y las Esposas que me ponen me lastiman las manos
cuando tengo que firmar algun documento a mi abogada
es un problema a rais de las Esposas que me lastiman las
manos y cuando tengo que revisar documentos de mi
situacion Juridica es un problema a Rais de las Esposas
que me ponen todos los presos que se encuentran en la
unidad donde yo me encuentro cuando llegan a tener
visita cuando llegan al cubiculo de visita les quitan las
Esposas de las manos y cuando los Regresan a su selda ya se
las Juelben a poner al Regreso y las Esposas que les ponen a
los demas presos no lastiman las manos ya que son Esposas
comunes todo esto es a Rais de la fiscal que esta al frente
de las Reglas sams ya que ella lo a tomado demaciado
sonal a mi persona ya que ella inicio mi proceso
en las maciones que e echo llegar a la corte de
2 york exibido a los fiscales que llebaron a cabo

mi proceso que ubo muchas anomalias de parte de
ellos en mi contra y a Rais de eso la fiscal que esta al
frente de las Reglas sams a tomado Repesalias en mi
contra en ventando apollandose de los medios de
comunicacion para Justificar las condiciones
inuemanas en las que me encuentro desde que llege a
los Estados unidos ase mas de 7 años desde mi llegada
a los Estados unidos en Este lugar tengo mas de 4 años
y me an mantenido en condiciones inuemanas una
descriminacion sin presedente una tortura muy grande
de todo tipo una cosa es que mi caso es demaciado
politico a Rais de la muerte del Cardenal Juan Jesus posadas
ocampo que el gobierno de mexico asecino en 1993 culpando
a Guzman de su muerte asiendole una campaña a trabes
de los medios de Comunicacion asta Combertirlo en un
villano asiendolo ver ante el mundo entero el ombre mas
malo del mundo y el norcotraficante mas grande del
mundo luego segio el gobierno de Estados unidos con el
mesmo Cuento usando los medios de Comunicacion existe la
videncia que a si a sido el testimonio del testigo nuemero uno
el gobierno visente zambada el dijo eso en el Juicio que los gobiernos de
mexico y el de Estados unidos le isieron una Campaña
a Guzman para aserlo grande y asi poder detenerlo
demaciado politico mi caso le pido de favor que se base en
el Comportamiento de Guzman no lo que apleen los medios
e sido Respetoso con todo el personal de la piecion no ay
una Justificacion para que me mantengan en estas
condiciones Crueles inuemanas le pido de favor que aplique
el Reglamento a mi persona de antemano le agradesco

# EXHIBIT 5

# Central Office Administrative Remedy Appeal

U.S. Department of Justice

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Joaquin Guzman L.   89914053   H   Oman
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

de la manera mas atenta le solicito por favor que intervenga en mi situacion que me encuentro desde que llege a este luego me encuentro en condiciones quebes inoumanas sin actividades nada mas en la selda pasan meses para tener una llamada con mi abogada borque no autorisan llamada con mis 2 niñas y mi hermana el juez autoriso 2 llamadas al mes una cada 15 dias en mayo se cumple un año que no me dan llamada con mi hermana ya que ella esta autorisada por el juez de Resibir la llamada y ponerme las niñas en diciembre me dieron una llamada con las niñas pero que a saber de mi abogada y asta el dia de oy no me an autorisado llamada con mis niñas le pido el gran favor que aplique el Regamiento a mi

2/6/2024
DATE

Joaquin Guzman L.
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
MAR 3 0 2024
Administrative Remedies
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 1183606

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

PRINTED ON RECYCLED PAPER

BP-231(13)
JUNE 2002

persona para poder tener actividades quiero estudiar para aprender ingles ya que los oficiales no me ablan en español los que saben español y yo no se ingles es una tortura muy grande las 24 horas de todo tipo no saber ingles no se lo que disen los oficiales y bey que los que ablan español no me ablan en español si yo les ablo ellos me contestan en ingles a sedo demaciado dificil para mi asta el dia de oy el idioma si me dan algun escrito me lo dan en ingles no se que dira y nunca viene una persona de la estitucion a leermelo para yo saber que dise es una descriminacion sin precedente yo miro segido en la telivicion en telemundo o en univicion que son los canales que me pusieron en español los demas canales que me pusieron estan en ingles y como no se ingles miro nada mas esos 2 canales y segido veo al señor precidente Baiden que abla en esos 2 canales Refiriendose a la descriminacion al Rasismo que esta encontra de la descriminacion y del Rasismo estoy seguro que usted piensa igual que el señor precidente Baiden una persona umana eso me queda claro sino el señor precidente no la tubiera en su gabinete y le sido de gran fabor que me an ayude a como indica el Reglamento que lo aplique a mi persona para que mi familia pueda

Resibir costa cuandomenor cada mes y mi familia abogada mis 3 hermanas mis hermanos mis hijos le e escrito a mis 2 niñas de escasos 12 años y a mi hermana que son las unicas que me dieron permiso de escribir duran asta 10 meses en resibir costa lo mas rapido que an llegado a resibir son 5 meses la fiscal que esta al frente de las reglas a tomado muy personal todo en mi contra y todo por la Rason que los escritos que e echo llegar a la corte e exibido las anomalias que llevaron a cabo en mi contra los fiscales de mi caso y ella fue la que inicio el proceso me a mantenido en condiciones crueles inhemanas asta el dia de oy intentando apollandose en los medios de comunicacion para no autorisar ni siquiera llamada telefonica con mi abogada todos los presos que estan en la coridad donde yo me incuentro estan bajo las reglas sams igual que yo y tienen llamada con su abogado y con su familia una llamada telefonica cada semana el unico soy yo nada mas que no me autorisan llamada demaciado personal no ay justificacion yo soy respetoso con todo el personal le pido el gran fabor que aplique el reglamento de antemano le gradesco

Joaquin Guzman L.

# EXHIBIT 6

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Joaquin Guzman Jr.      8991-4053      H      C max
　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** de la manera mas atenta me dirijo a usted para
manifestarle lo siguiente inisie en agosto con la P 8 luego Escribi
la P9 aqui en la istitucion y a principios Octubre Escribi a la Region
en Kanzas City la P10 ya pasaron 4 meses y no tengo Respuesta
se trata que desde que llege a Estados unidos ase mas de 7 años
me pego alergia en la nares y me Comensaron a doler los oidos
c Raiz del Ruido que producen los aparatos del aire y el Ruido del ducto
por donde sale el aire en la selda para los oidos compro
taponos para los oidos en la comesaria

2/8/2024                          Joaquin Guzman J.
DATE                           SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____ DATE                    GENERAL COUNSEL

FIRST COPY: WASHINGTON FILE COPY          CASE NUMBER: _____

**Part C - RECEIPT**
                                CASE NUMBER: _____

Return to: _____
　　　　LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____ DATE            SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                        BP-231(13)

y en la noche me pongo los tapones en los oidos para poder dormir y para la alergia de la naris compro medicamento en la comisaria pero no me ase probecho no me quita la alergia aqui en la istitucion me an dado medicamento pero no me ase probecho no me quita la alergia y como ya tengo mas de 7 años con la alergia ya me duele asta la frente parte de la cara mi naris siempre me esta doliendo desde que llege a la pricion ya ase mas de 4 años e ablado tanto personal como por Escrito con los Jefes de la pricion que an Estado en la pricion y el Jefe actual tambien que por fabor me autorisen del Esterior un Espacialista para que me venga a Rebisar mis oidos y mi naris que los gastos del Especialista mi abogada los paga pero asta el dia de oy no me an autorisado un Especialista en oidos y naris del Esterior por esa Razon en agosto Escribi la P8 y la P9 aqui en la istitucion como no tube Respuesta Escribi la P10 a la Region a princepio de Obtubre ase ya 4 meses y como no e tenido Respuesta de la Region por esa Razon me beo abligado a Escribir la P11 a Maschington y disculpe que lo moleste pero no me queda otra otra occion ya que Estoy muy mal

de mi nariz y mis oidos le pido el gran
favor que me autorise un Especialista en nariz
y oidos del Esterior para que me Rebise y el
Especialista ya dira que medicamento ay que
Comprar por lo que Cuesta la medicina y al
Especialista no ay problema mi abogada pagora
los gastos usted puede checar en la estitucion
y se dara Cuenta que cada semana Estoy comprando
medicamento para la alergia y aqui en la
estitucion tambien me an dado medicamento
para la alergia de la nariz y como ya tengo mucho
tiempo con la alergia ya se me iso Cronica

    de antemano le agradesco
    Joaquin Guzman L.

no le ago llegar Copias ni original de la P 8
ni de la P 9 ni de la P 10 ni Copias por la Razon que no
me an entregado de la Region de Regreso ni Copias ni
original le pido el gran favor que me autorise el
Especialista ya que me encuentro bastante mal
de salud a Rair de la alergia y mis oidos
          gracias

# EXHIBIT 7



**1.** Look at **page 19** in your dictionary. Compare June to December 2001. Which month…?

   **a.** has more days _____

   **b.** begins on a weekday _____

**2.** Read Eva's e-mail. Then complete her calendar for April.

> Subj: your visit
> Date: 4-10-99 12:07:11 EST
> From: EvaL@uol.com
>
> Hi Dania! It's Saturday night. I just returned to Miami yesterday. There were no classes for a week so I flew to Chicago last Saturday to visit my parents. Classes begin again on Monday. It's a busy semester. I have English three times a week (Mondays, Wednesdays, and Fridays). I usually have language lab every Thursday, too. Next week, however, there's no language lab—I go to computer lab instead. In addition to English, I'm studying science. Science meets twice a week on the days that I don't have English. And there's science lab on Tuesdays.
>
> Last Sunday, daylight saving time began. Do you have that in Canada? I like it a lot. The days seem much longer.
>
> I'm glad it's the weekend. Tomorrow I'm seeing Tom. (I told you about him in my last letter.) I've got to go now. On Saturdays I go to the gym to work out. We can go together when you come! I'm really looking forward to your visit. Just two weeks from today!
>
> Eva
> P.S. Bring your appetite! On Sunday there's a cake sale at the school cafeteria.

| 1999 | | | April | | | 1999 |
|---|---|---|---|---|---|---|
| **S** | **M** | **T** | **W** | **T** | **F** | **S** |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 Return to Miami | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

**3.** What about you? Write a letter to a friend. Describe your weekly schedule. Use your own paper.

**4.** Look in your dictionary. Write the season.

**a.** Tim's birthday _____spring_____   **c.** the man and woman's anniversary _____

**b.** Easter _____   **d.** the man's vacation _____

**5.** Read the information. Write the season next to each holiday.

### Legal Holidays—U.S. 2006

| | | | |
|---|---|---|---|
| **a.** _____winter_____ | Christmas | 12/25 | |
| **b.** _____ | Columbus Day | 10/9 | *(2nd Mon. of the month)* |
| **c.** _____ | Independence Day | 7/4 | |
| **d.** _____ | Labor Day | 9/4 | *(1st Mon. of the month)* |
| **e.** _____ | Martin Luther King Jr.'s Birthday | 1/16 | *(3rd Mon. of the month)* |
| **f.** _____ | Memorial Day | 5/29 | *(last Mon. of the month)* |
| **g.** _____ | New Year's Day | 1/1 | |
| **h.** _____ | Thanksgiving Day | 11/23 | *(4th Thurs. of the month)* |
| **i.** _____ | Veterans Day | 11/11 | |
| **j.** _____ | President's Day | 2/20 | *(3rd Mon. of the month)* |

**6.** Look at the chart in Exercise 5. Put the holidays in the correct time order in the columns below. Write the seasons and the months in words.

_____Winter_____

| Date | Holiday |
|---|---|
| _January 1_ | _New Year's Day_ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| Date | Holiday |
|---|---|
| _____ | _____ |
| _____ | _____ |

| Date | Holiday |
|---|---|
| _____ | _____ |

| Date | Holiday |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**7.** Look at the chart in Exercise 5. Which months do not have any legal holidays?

_____March_____, _____, _____, _____

_____ **Challenge** Look at the chart on **page 182** in this book. Follow the instructions.

SEND: 12-11-23 ESL OX INT

19



# Tools and Building Supplies    Guzman Loe        H509

1. Look in your dictionary. Cross out the word that doesn't belong. Then write the section of the hardware store.

   a. ___hardware___    nail        bolt        ~~outlet~~    screw
   b. _____    ax          plunger     pipe          fittings
   c. _____    circular saw hammer     router        electric drill
   d. _____    brush       roller      spray gun     chisel
   e. _____    wire stripper drill bit wire          extension cord
   f. _____    hacksaw     flashlight  wrench        mallet

2. Complete the conversations with the correct words from the box.



yardstick    masking tape    flashlight    ~~extension cord~~
plunger    vise    level    tape measure
electrical tape    roller

   a. **Ty:**    I want to plug in this electric drill, but it doesn't reach the outlet.
      **Jade:**  No problem. Use this ___extension cord___ .

   b. **Ian:**   I've been painting for hours and I still have three more walls to do.
      **Tina:**  Why don't you use this _____? It's faster than a paintbrush.

   c. **Lily:**  Oh, no. The toilet is stopped up again.
      **Dan:**   Here. Use this _____ . It always works.

   d. **Kim:**   Do you know how long the shelf in the dining room is?
      **Lian:**  No. Use the _____ or _____ to find out.

   e. **Eva:**   Help! I could use a third hand here!
      **Jana:**  Use the _____ to hold the wood in place.

   f. **Jules:** Don't get paint on the glass.
      **Lyle:**  I won't. I put _____ around the panes before I started.

   g. **Nico:**  That wire doesn't look very safe.
      **Iris:**  Don't worry. I'll put some of this _____ on before using it.

   h. **Olga:**  Does this shelf look straight?
      **Boris:** Hmm. I'm not sure. Let's use the _____ . Then we'll know for certain.

   i. **Enzo:**  It's so dark behind here. I can't see what I'm doing!
      **Pia:**   Give me the _____ . I'll hold it for you.

SEND:6-12-23 ESL OX INT

# EXHIBIT 8

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

*Notice to Inmate:  Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: _Joaquin Guzman Loera_  Reg. No.: _89914-053_

Unit: _H_  Date: _2-14-20_

NOTICE TO INMATE:  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor.  Please follow the steps listed below:

1.  State your complaint (single complaint or a reasonable number of closely related issues):
    I NEED ESL AND ANY OTHER AVAILABLE ACTIVITIES OR CLASSES FOR INMATES IN MY UNIT. THE TUTOR HAS NEVER COME TO TEACH ME ENGLISH AND THE CHANNEL ON THE TV THAT IS SUPPOSEDLY FOR THIS COURSE, DESN'T WORK.
    (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2.  State what resolution you expect: TO GET ESL CLASSES FROM A TEACHER EITHER IN PERSON OR THROUGH TV AND ANY OTHER AVAILABLE CLASS IN SPANISH.

✳Inmate's Signature: _Joaquin Guzman L._ Date: _2-14-20_

Counselor's Signature: _____ Date: _2/20/2020_

Department Involved: _Education_  Date Assigned: _____ Due Date: _____

Department's Response regarding Complaint: _Attached is a response from Education._

Department Head Signature: _____  Date: _2.26.20_

Unit Manager's Review: _____  Date: _____

Informally Resolved: _____  Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 2-5-2020 | 2/20/2020 | 2/26/2020 | | |
| TIME | | | | | |
| COUNSELOR | J | J | JB | | |

FCC 1330.18C          Administrative Remedy Program          Attachment 1

This inmate is enrolled in ESL classes. He has been receiving course material on a weekly basis with no assignments turned in. I have been sending him supplemental work through the Oxford Picture Dictionary that translates English to Spanish with still no work turned in. If inmate Guzman needs tutoring, he needs to submit a cop-out to the education department requesting help. There is nothing the TV can do to help this inmate. He needs to make an attempt at the English/Spanish work I have been sending him so I can get a true understanding of what this inmate needs help with. I have told Guzman as well as SIS Turner, when he completes homework assignments they need to be returned to the Education department through the mail or have SIS bring it down. Thank You and I hope this helps.

# EXHIBIT 9

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 18, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOAQUIN ARCHIVAL GUZMAN LOERA, 89914-053
      FLORENCE ADMAX USP   UNT: H   QTR: H05-509L
      PO BOX 8500
      FLORENCE,  CO 81226

APR 02 2024
ADX AW Office

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1183606-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED  : MARCH 8, 2024
SUBJECT 1      : RECREATION, LEISURE ACTIVITIES
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: YOU DID NOT SUBMIT A COMPLETE SET (4 CARBONIZED
                 SHEETS) OF THE REQUEST (BP-9) OR APPEAL
                 (BP-10 OR BP-11) FORM.  (CIRCLE ONE)

# EXHIBIT 10

DO NOT
PHOTOCOPY

52325

CITY

STATE

Zip Code

Address2 (Optional)

Address 1



52325

Sensitive - When Completed
Privacy Act

# United States Department of Justice
## Federal Bureau of Prisons

**Request for Withdrawal of Inmate's Personal Funds**

**DO NOT PHOTOCOPY**

BP - 199.045 - Dec 2002

52325

**Must use pen to shade circles like this:**
Not like this: **X** or this: ✓

Please charge to my account the sum of

and authorize the same to be paid to:

**ATTENTION:**
1) Both sides of this form must be completed.
2) All fields, except First Name and Address 2, are mandatory.

**Monthly Repeating Withdrawal**

Begin Date (MM/YYYY) 7/04/2024

End Date (MM/YYYY) 7/17/2024

Print Inmate Name: Joaquin Guzman Loera

Inmate Signature: Joaquin Guzman L.

**Purpose:** Fee to fix Bias Action

**Approving Official**

**Official Use Only**

| Dollars | | | Cents | |
|---|---|---|---|---|
| 4 | 0 | 5 | 0 | 0 |

Note: Must put in leading zeros. For example, 00100.00 = $100.00

**Inmate Reg. No.**

| 8 | 9 | 9 | 1 | 1 | 4 | 0 | 5 | 3 |
|---|---|---|---|---|---|---|---|---|

**Last Name or Company Name**

| G | u | z | m | a | n | L | o | e | r | a | | | | | | | | | |

**First Name**

| J | o | a | q | u | i | n | | | | | | |

The inmate's personal account has been charged in the amount indicated above.

Voucher No. _____

Financial Mgt. _____

Office Code _____

Paid by Cash on _____

Payee Signature _____

Institution MAX

**Sensitive - When Completed**
**Privacy Act**

52325

**UNITED STATES PENITENTIARY - ADMINISTRATIVE MAXIMUM, FLORENCE, CO** ** COMMISSARY LIST **
**ALL UNITS MAXIMUM SPENDING LIMIT - $310.00 PER MONTH**

## POSTAGE STAMPS (POSSESSION LIMIT $36.00)

| | | |
|---|---|---|
| $0.01 | _____ | (SINGLE) |
| $0.24 | _____ | (SINGLE) |
| $0.63 | _____ | (SINGLE) |
| $12.60 | _____ | (**BOOK** of 20 $0.63 STAMPS) |
| $1.00 | _____ | (SINGLE) |

## TOILET PAPER –   LIMIT  3

$0.70 _____ EARTH FIRST SINGLE ROLL TOILET PAPER

## TOILETRY ITEMS (LIMIT 2 on all items, except ones noted below)

| | |
|---|---|
| $1.15 | ANTIBACTERIAL BAR SOAP |
| $3.65 | 2/PK IRISH SPRING BAR SOAP |
| $3.00 | AMBI COMPLEXION BAR SOAP |
| $2.40 | DOVE BAR SOAP |
| $2.60 | WHITE RAIN 3IN1 BODYWASH |
| $0.70 | SOAP DISH |
| $1.80 | BODY GUARD DEODORANT |
| $1.70 | DIAL ROLL-ON DEODORANT |
| $2.05 | BABY POWDER (RC) |
| $4.25 | SULFUR 8 SHAMPOO |
| $4.00 | SULFER 8 CONDITIONER |
| $5.10 | DANDRUFF SHAMPOO |
| $2.60 | WHITE RAIN SHAMPOO |
| $2.70 | COLGATE GEL |
| $3.50 | CREST TOOTHPASTE |
| $0.40 | DENTURE BATH |
| $7.45 | COLGATE SENSITIVE TOOTHPASTE |
| $2.10 | MOUTHWASH |
| $1.60 | TOOTH BRUSH |
| $0.40 | STIM-U-DENT TOOTH PICKS |
| $3.05 | DENTAL FLOSS LOOPS 30PK |
| $4.15 | FIXODENT CREAM |
| $3.50 | DENTURE CLEANING PASTE |
| $2.05 | DENTAL BATH (denture tray) |
| $0.55 | FRESHSCENT BODY LOTION |
| $3.85 | SUAVE COCOA BUTTER LOTION |
| $4.70 | LUBRIDERM LOTION |
| $5.60 | PALMERS LOTION |
| $1.35 | STYLING GEL |
| $2.20 | CHAPSTICK |
| $2.65 | BLISTEX |
| $1.70 | COTTON SWABS |
| $4.05 | SUNSCREEN |
| $5.00 | SHOWER SHOES (Put Size) _____ |
| $22.10 | DR. SCHOLL'S GEL INSOLES (limit 1) |
| $2.25 | COCOA BUTTER STICK |
| $0.15 | SHOWER CAP |
| $2.50 | ROYAL CROWN |
| $7.15 | AFRICAN PRIDE MAGICAL GRO (limit 1) |
| $3.10 | MURRAYS POMADE |
| $4.15 | SHAVE CREAM |
| $1.25 | SHAVE GEL |
| $1.85 | AJAX DISH SOAP (limit 1) |

## COOKIES  CANDY  LIMIT  12

| | |
|---|---|
| $1.75 | CHOCOLATE CHIP COOKIE   (limit 2) |
| $0.40 | GRANOLA BAR (limit 6) |
| $1.30 | SNICKERS (limit 6) |
| $1.30 | KITKAT (limit 6) |
| $3.55 | HERSHEY CHOCOLAT BARS (limit 6) |
| $2.20 | STARLIGHT MINTS  sugar free (limit 6) |
| $2.20 | GRACEY'S HARD CANDY  sugar free (limit 6) |
| $2.20 | ROOT BEER BARRELS  sugar free (limit 6) |
| $3.75 | JOLLEY RANCHERS  sugar free (limit 6) |

## CHIPS   LIMIT   6

| | |
|---|---|
| $1.85 | DORITOS |
| $1.45 | PEPES PORK RINDS |
| $1.35 | **POPCORN COY VAL** |
| $2.60 | CHEETOS JALA |
| $2.70 | TORTILLA CHIPS |
| $1.50 | MOON LODGE CHIPS |

## DRINKS   LIMIT   8

| | |
|---|---|
| $2.10 | TEA BAGS (RC) |
| $3.90 | DECAFFEINATED COFFEE (RC) |
| $11.15 | TASTER'S CHOICE COFFEE (RC) |
| $8.90 | FOLGER'S COFFEE |
| $3.75 | KEEFE COFFEE |
| $1.40 | POLAR BLAST sugar free (**Limit 2**) |
| $1.50 | GREEN TROPICAL sugar free (**Limit 2**) |

## SOUPS    LIMIT    14

| | |
|---|---|
| $0.50 | RAMEN CHICKEN SOUP |
| $0.50 | RAMEN SPICY VEGETABLE |
| $0.50 | RAMEN LOW SODIUM CHILI SOUP |
| $0.40 | TEXAS BEEF |

Submit SPO form to Unit Team (prices vary per item) (limit 7)
Cheese Tortellini (**RC**)
Vegetarian Stew (**RC**)
Florentine Lasagna (**RC**)
Pasta w/Garden Vegetables (**RC**)

## RICE     LIMIT   6

| | |
|---|---|
| $0.80 | SPANISH RICE (RC) |
| $1.10 | WHITE RICE (halal) |
| $1.70 | CHEESE RICE (RC) |

## CRACKERS, TORTILLAS & CEREALS    LIMIT   7

| | |
|---|---|
| $5.10 | RAISIN BRAN (RC) (LIMIT 1) |
| $3.55 | Honey Nut Scooters |
| $4.55 | CORN FLAKES |
| $3.05 | SNACK CRACKERS (RC) (LIMIT 2) |
| $3.95 | CHEESE CRACKERS |
| $2.15 | SALTINES (RC) (LIMIT 2) |
| $2.65 | PESOS FLOUR TORTILLAS, 12PK (LIMIT 2) (RC) |
| $2.95 | ROLLED OATS (RC) |

## SEASONS, SPREADS & SAUCES    LIMIT   8

| | |
|---|---|
| $3.70 | HONEY sugar free (RC) |
| $1.40 | SWEETMATE BLUE (**LIMIT 1**) (RC) |
| $3.00 | PEANUT BUTTER, CRUNCHY (**LIMIT 2**) (RC) |
| $3.00 | PEANUT BUTTER, CREAMY (**LIMIT 2**) (RC) |
| $3.60 | MAYONNAISE (RC) |
| $3.70 | SQUEEZE CHEESE 14OZ BOTTLE (**LIMIT 1**) |
| $1.25 | SOY SAUCE (RC) |
| $1.50 | VEGETABLE FLAKES (RC) |
| $1.30 | ADOBO SEASONING (RC) |
| $2.20 | GARLIC POWDER (RC) |
| $1.80 | SALT & PEPPER |
| $1.90 | SAZON W/ GOYA |

## PACKETS     LIMIT   12

| | |
|---|---|
| $0.50 | RANCH PACKETS |
| $0.60 | MUSTARD 12 PK STRIP |
| $1.05 | PICANTE SAUCE 10/PK STRIP (**LIMIT 1**) |

## MEAT & CHEESE ITEMS    LIMIT   10

| | |
|---|---|
| $1.25 | SMOKED SWISS |
| $1.60 | PROVOLONE CHEESE BAR |
| $2.35 | BEEF SPICY SAUSAGE |
| $2.90 | HALAL SAUSAGE |
| $1.85 | TUNA (halal) |
| $2.55 | PEPPERONI SLICES |
| $1.40 | MACKEREL (RC) |
| $3.50 | SALMON (RC) |
| $1.25 | SARDINES (RC) |
| $5.20 | BARBACOA |
| $1.95 | BRUSHY CREEK CHILI WITH BEANS |
| $7.00 | SWEET SUE CHICKEN BREAST |
| $1.50 | TURKEY N' SWISS STICK PACK |
| $1.55 | SPAM SINGLES |

## BEANS & HUMMUS    LIMIT   6

| | |
|---|---|
| $1.95 | JALAPENO REFRIED BEANS (RC) |
| $3.75 | HUMMUS (RC) |

## FRUITS & NUTS    LIMIT   6

| | |
|---|---|
| $1.80 | OLIVES |
| $3.50 | DATES |
| $0.90 | KOSHER PICKLE (RC) |
| $3.15 | PEANUTS (RC) |
| $0.65 | SUNFLOWER SEEDS 2.5OZ |
| $3.90 | KARS MIXED NUTS 8 OZ. |

## WRITING & READING MATERIALS

| | | |
|---|---|---|
| $1.25 | _____ | ADDRESS BOOK (LIMIT 1) |
| $0.45 | _____ | FLEX PENS (LIMIT 2) |
| $0.25 | _____ | ENVELOPE 10" x 13" (LIMIT 20) |
| $1.60 | _____ | NOTEBOOK 8.5" X 11" (LIMIT 2) |
| $1.65 | _____ | LEGAL FOLDER VELCRO (LIMIT 2) |
| $1.70 | _____ | ENVELOPES 50CT (LIMIT 2) |
| $1.10 | _____ | NOTEPAD 8.5"x 11" (LIMIT 2) |

## PERSONAL ACCESSORIES (POSSESSION LIMIT 1 EACH)

| | | |
|---|---|---|
| $1.15 | _____ | AIR FRESHENER (LIMIT 2) |
| $1.95 | _____ | KLEENEX/8 PK |
| $0.80 | _____ | BAND AIDS 10 PK |
| $11.25 | _____ | BREATHE RIGHT STRIPS |
| $2.45 | _____ | COFFEE MUG 22OZ |
| $2.60 | _____ | PHOTO ALBUM |
| $0.40 | _____ | EAR PLUGS |
| $0.50 | _____ | PALM BRUSH |
| $1.30 | _____ | HEADPHONE ADAPTER |
| $0.90 | _____ | HANDKERCHIEF |
| $7.80 | _____ | EYE GLASSES STRAP |
| $3.40 | _____ | BICYCLE PLAYING CARDS |
| $0.50 | _____ | GREETING CARDS (LIMIT 6) |
| $3.10 | _____ | HEADPHONE EXT CORD |
| $3.60 | _____ | CLUB HAIR BRUSH |
| $2.55 | _____ | BOWL (3 CUPS/750ML) (LIMIT 1) |

## ELECTRONICS

| | | |
|---|---|---|
| $3.25 | _____ | VELCRO WATCHBAND |
| $2.60 | _____ | CASIO WATCH BATTERY |
| $2.60 | _____ | GRT CLEAR WATCH BATTERY |
| $33.35 | _____ | KOSS CL-20 HEADPHONES (LIMIT 1) |
| $4.10 | _____ | EAR-BUD (wireless headphones) |
| $18.50 | _____ | SKULLCANDY EARBUDS |
| 10.40 | _____ | CLEAR WATCH |

## OILS

| | | |
|---|---|---|
| $4.95 | _____ | FRAGRANCE OIL (LIMIT 1) |

## CLOTHING (POSSESSION LIMITS: SWEATS - 2 SETS; SOCKS - 6 PAIR; GYM SHORTS - 2 PAIR; T-SHIRTS - 3)

| | | |
|---|---|---|
| $17.55 | _____ | SWEAT SHIRT: L, XL, 2XL |
| $23.40 | _____ | SWEAT SHIRT: 3XL, 4XL, 5XL, 6XL, 7XL, 8XL |
| $20.80 | _____ | SWEAT PANT: L, XL, 2XL, 3XL, 4XL |
| $26.00 | _____ | SWEAT PANT: 5XL, 6XL, 7XL, 8XL |
| $11.50 | _____ | SHORTS   L, XL, 2XL, 3XL |
| $17.50 | _____ | SHORTS   4XL, 5XL |
| $10.15 | _____ | THERMAL TOP - L or XL |
| $11.45 | _____ | THERMAL TOP - 2XL, 3XL, 4XL |
| $12.75 | _____ | THERMAL TOP 5XL, 6XL, 7XL |
| $13.00 | _____ | THERMAL BOTTOM - L or XL |
| $13.00 | _____ | THERMAL BOTTOM - 2XL, 3XL, 4 XL, |
| $14.30 | _____ | THERMAL BOTTOM  5XL, 6XL |
| $1.95 | _____ | TUBE SOCKS (WHITE) |
| $11.75 | _____ | CREW SOCKS 6 PAIR. |
| $6.50 | _____ | ATHL. SUPPORTER----------- M |
| $6.50 | _____ | ATHL. SUPPORTER----------- L |
| $6.50 | _____ | ATHL. SUPPORTER----------- XL |
| $5.85 | _____ | T-SHIRT (1 PK): L  or  XL |
| $7.05 | _____ | T-SHIRT (1PK): 2XL, 3XL |
| $8.95 | _____ | T-SHIRT (1PK): 4XL, 5XL |
| $14.30 | _____ | T-SHIRT (1PK) 7XL |
| $11.90 | _____ | A-SHIRTS (3 PK): L, XL |
| $14.30 | _____ | A-SHIRTS (3 PK): 2XL |
| $15.60 | _____ | A-SHIRTS (3PK)  3XL |
| $1.15 | _____ | COTTON GLOVES |
| $2.95 | _____ | BASEBALL CAP (WHITE) |
| $6.50 | _____ | GRAY BEANIE |
| $8.45 | _____ | LIFTING GLOVES-------- M |
| $14.25 | _____ | LIFTING GLOVES  L , XL, 2XL |
| $1.45 | _____ | SWEAT BAND (WHITE ONLY) |

## RELIGIOUS ITEMS – LIMIT 1

You can only purchase religious items that are in your religion per Religious Services

| | | |
|---|---|---|
| $14.74 | _____ | PRAYER RUG |
| $1.92 | _____ | BANDANA AZTEC RED |
| $6.95 | _____ | KUFI (WHITE) OR (BLACK) |
| $7.95 | _____ | JUMBO KUFI (WHITE) or (BLACK) |
| $1.45 | _____ | MISWAK STICKS |
| $3.95 | _____ | MUSLIM DHIKR PRAYER BEADS |
| $12.96 | _____ | ROSEWOOD CROSS |
| $11.95 | _____ | RASTA BEANIE |

## J/K UNIT ONLY – LIMIT 1

| | | |
|---|---|---|
| $88.40 | _____ | MP3 PLAYER |
| $3.60 | _____ | MP3 PLAYER COVER |
| $3.45 | _____ | HEAVENLY TRAIL MIX |

## OTC MEDICATIONS   LIMIT 1

| | | |
|---|---|---|
| $4.50 | _____ | ADVANCED ULTREX PLUS |
| $4.40 | _____ | CALCIUM |
| $3.35 | _____ | VITAMIN C |
| $4.30 | _____ | VITAMIN D |
| $3.65 | _____ | VITAMIN E (400 MG) |
| $2.30 | _____ | ACETAMINOPHEN |
| $3.10 | _____ | PINK BISMUTH |
| $1.80 | _____ | MUSCLE RUB |
| $1.45 | _____ | ANESTHETIC ORAL GEL |
| $2.50 | _____ | TUMS |
| $2.10 | _____ | ARTIFICIAL TEARS EYE DROPS |
| $1.50 | _____ | ASPIRIN 325MG |
| $3.80 | _____ | HEMORRHOIDAL OINTMENT |
| $1.80 | _____ | HYDROCORTISONE CREAM |
| $2.80 | _____ | IBUPROFEN TABLETS 200MG |
| $2.60 | _____ | MILK OF MAGNESIA |
| $1.95 | _____ | LORATADINE ALLERGY TABLETS |
| $1.40 | _____ | ALLERGY RELIEF (yellow pills) |
| $6.00 | _____ | FIBER CARE PILLS |
| $1.90 | _____ | SALINE NASAL SPRAY |
| $1.15 | _____ | COUGH DROPS (LIMIT 2) |
| $2.65 | _____ | FOOT POWDER (MEDICATED) |
| $3.90 | _____ | NAPROXEN (LIKE ALEVE) |
| $2.35 | _____ | TRIPLE ANTIBIOTIC OINTMENT |
| $3.45 | _____ | ANTACID LIQUID |
| $9.95 | _____ | OMEPRAZOLE 20MG |
| $1.40 | _____ | CLEAR ZIT (ACNE TREATMENT) |
| $1.50 | _____ | CLOTRIMAZOLE CREAM 1% |
| $4.95 | _____ | HEARTBURN RELIEF (FAMOTIDINE) |
| $18.25 | _____ | NASACORT |
| $2.75 | _____ | STOOL SOFTENER |
| $2.80 | _____ | COUGH SYRUP |
| $2.60 | _____ | CORN PADS |

## HOBBY CRAFT ITEMS

| | | |
|---|---|---|
| $9.75 | _____ | TAG BOARD (limit 1) |
| $0.70 | _____ | ART GUM ERASER (limit 1) |
| $7.05 | _____ | DRAWING BOARD 20"x30" (limit 1) |
| $7.10 | _____ | COLORED PENCILS 24pk (limit 1) |
| $8.45 | _____ | ART PORTFOLIO (limit 2) |
| $0.80 | _____ | EBONY PENCIL (limit 2) |
| $4.25 | _____ | CROCHET HOOK 6 Pack (limit 1) |
| $13.65 | _____ | Strathmore Bristol 11"x14" drawing pad |

## DRAWING PAPER

| | | |
|---|---|---|
| $3.50 | _____ | White (limit 3) |
| $3.50 | _____ | Blue (limit 3) |
| $3.50 | _____ | Cream (limit 3) |

## YARN (limit 4) prices vary $12.65-$14.05

| | |
|---|---|
| _____ | Kelly Green (light green) |
| _____ | Dark Pink |
| _____ | Country Rose |
| _____ | Forest Green |
| _____ | Rose |
| _____ | Cream |
| _____ | Lavender |
| _____ | Persimmon (orange) |
| _____ | Sunflower (yellow) |
| _____ | Espresso (brown) |
| _____ | White |

## PHOTO  TICKET  (limit 10)

1.00  Amount: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*INMATES ARE RESPONSIBLE FOR NOT EXCEEDING POSSESSION LIMITS OF ITEMS SOLD THROUGH THE COMMISSARY.*

*ALL PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE. NO SUBSTITUTIONS WILL BE MADE UNLESS REQUESTED ON SLIP!*

*ALL SALES ARE CONSIDERED FINAL ONCE AN INMATE HAS SIGNED THE SALES RECEIPT AND THE STAFF MEMBER HAS DEPARTED THE CELL FRONT. NO EXCHANGES ARE ALLOWED. ALL PRODUCT WARRANTIES ARE THAT OF THE MANUFACTURER AND ARE NOT OFFERED THROUGH THE COMMISSARY.*

*INMATES MUST HAVE AVAILABLE FUNDS ON THEIR ACCOUNT PRIOR TO PLACING THEIR ORDER. IF FUNDS ARE NOT AVAILABLE ON SELLING DAY, THEN THE COMMISSARY LIST CANNOT BE FILLED.*

*ALL ITEMS WILL COUNT AGAINST YOUR MONTHLY SPENDING LIMITATION WITH THE EXCEPTION OF STAMPS, VITAMINS, AND OVER-THE-COUNTER MEDICATIONS.*

*YOU MAY SUBMIT A REQUEST TO A STAFF MEMBER (COP-OUT) ADDRESSED TO THE COMMISSARY COMMITTEE TO MAKE SUGGESTIONS OR REQUEST CHANGES IN THE COMMISSARY.*

*(RC) - ITEMS MARKED WITH (RC) HAVE A RELIGIOUS CERTIFICATION.  PLEASE REVIEW ALL INGREDIENTS TO ENSURE THAT THEY COMPLY WITH YOUR RELIGIOUS DIETARY REQUIREMENTS.*

*WATCH THE CLOSED CIRCUIT NETWORK TV FOR INFORMATION ON NEW ITEMS, PRICE CHANGES AND OUT OF STOCK ITEMS.*

*THE COMMISSARY WILL ORDINARILY BE CLOSED FOR INVENTORY DURING THE LAST ACCOUNTING WEEK OF EACH QUARTER.*

**A. CIOLLI, COMPLEX WARDEN**
March 22, 2023



Joaquin Guzman L.
89914053
U.S. Penitentiary Max
P.O. Box 8500
Florence, CO 81226 8500
CM-24-89914053-0112-mo-053

Clerk of Court
United States District Court
District of Colorado
901 19th Street Room A105
Denver, CO 80294-3589

