Hon. Scott Varholak
U.S. District Court
District of Colorado

901 19th Street Room A105
Denver, CO 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 12 2024

JEFFREY P. COLWELL
CLERK

July 30, 2024

Case #: 1:24-CV-01842-STV

Dear Judge,

I am writing this document with the help of my attorney. She writes while I dictate. This is because I do not speak or write English. My attorney, Mariel Colón Miró, sent a check in the amount of $405, to the Court to pay the filing fees on my case. Please, accept that check. I am still representing myself pro se on this matter this time.

Also, with your permission, I would like to submit the emails ~~of my attorney pay~~ of my attorney requesting legal calls and legal visits to the ADMAX staff (Holbrooks) and his responses. This is to prove that I do not get five visits a month on most months. I would also like to submit/send emails were she has requested ADMAX to allow me to be seen by an ENT and the responses or lack of responses from ADMAX.

Sincerely,

Joaquín Guzmán L.

Name Joaquin Guzman L.
Reg. No. 89914053
U.S. Penitentiary Max.
P.O. Box 8500
cm   Florence, CO 81226-8500
24-89914053-0801-mo-024



office the clerk
united states district court
alfred A. arroj courthouse
901-19th. st. Room·A105
denver CO 80294 3599

DENVER CO 802
8 AUG 2024 PM 5 L