Original
Just

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 03 2024

JEFFREY P. COLWELL
CLERK

Civil Action No. _____1:24-cv-01842-STV_____
(To be supplied by the court)

_____Joaquin Guzman Loera_____, Plaintiff

v.

Jury Trial requested:
(please check one)
_____ Yes __✓__ No

_Warden Ciolli USP Florence ADMAX._ ,

_Canselor Holbrooks, counselor at USP Florence ADMAX_

_Colette Peters - Director of BOP_ ,

_Merrick Garland - Attorney General of the US._ , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.     PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Joaquin Guzman Loera 89914-053 PO Box 8500 Florence, CO 81226
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____  Pretrial detainee
____  Civilly committed detainee
____  Immigration detainee
____  Convicted and sentenced state prisoner
✓     Convicted and sentenced federal prisoner
____  Other: (*Please explain*) _____


## B.     DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  Warden Golli; Warden at USP Florence ADMAX
(Name, job title, and complete mailing address)

PO Box 8500 Florence, CO 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ✓ Yes ____ No (*check one*).  Briefly explain:

At the time of the claims, he was the Warden at USP Florence ADMAX, where I am incarcerated.

Defendant 1 is being sued in his/her ____ individual and/or ✓ official capacity.

2

Defendant 2: Counselor Holbrooks; counselor at USP Florence ADMAX
(Name, job title, and complete mailing address)

PO BOX 8500 Florence, CO 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✔ Yes ___ No (*check one*). Briefly explain:

At the time of the claims, he was and continues being my counselor at Florence ADMAX

Defendant 2 is being sued in his/her ___ individual and/or ✔ official capacity.

Defendant 3: Colette Peters; Director of the Bureau of Prisons
(Name, job title, and complete mailing address)

320 First St NW Washington, DC 20534

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✔ Yes ___ No (*check one*). Briefly explain:

Defendant 3 is being sued in his/her ___ individual and/or ✔ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ State/Local Official (42 U.S.C. § 1983)

✔ Federal Official
As to the federal official, are you seeking:
✔ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
✔ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

✔ Other: (*please identify*) Any other remedy available that this court deems just.

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Special Administrative Measures (SAMs) imposed on me violate my constitutional rights</u>

Claim one is asserted against these Defendant(s):
Warden Gollij Counselor Holbrooks; Merrick Garland; Colette Peters

Supporting facts:

I am a Mexican national, who was extradited from Mexico to the US on January 2017, to face multiple criminal charges. Following a 3 month trial in the EDNY, I was found guilty and on July 17, 2019, I was sentenced to life in prison. I was then transferred to USP Florence ADMAX, where I am currently incarcerated.

Since my extradition, I have been and continue to be under the SAMs (Special Administrative Measures). Since I was extradited more than seven years ago, the American government has kept me in solitary confinement without being able to speak to anyone and under SAMs. I am not permitted to have any verbal contact or communication with other inmates.

The then Attorney General of the U.S. (back in 2017) requested the imposition of the SAMs on me and said that it was necessary to restrict my access to the media, mail, telephone, visitors (essentially to restrict my access to the world). The government claimed that there was a risk that my contact with other people could result in death or injury to others, or that I could continue conspiring to commit additional criminal activity.

The SAMs restrict my access to mail, telephone, media, visitors, and limit my recreation and exercise time. The SAMs violate my right to associate with the community. The defendants, by imposing the SAMs on me, are violating my right to family integrity by severely restricting my ability to maintain relationships with my family, and the right to family integrity is a right that is recognized in the U.S Constitution and protected by International human rights law.

(look at the additional papers attached)

## E.  PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? __✓__ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Warden B. True ; Holbrooks ; Merrick Garland ; Michael Carvajal

Docket number and court: Case No. 21-2794

Claims raised: Same as this new action

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Dismissed without prejudice

Reasons for dismissal, if dismissed: not sure

Result on appeal, if appealed: Not appealed


## F.  ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

__✓__ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

__✓__ Yes ___ No (*check one*)

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1) I am requesting that the Court vacates or modify the SAMs imposed on me.

2) I am requesting that the Court orders Defendants to allow an ENT to come treat me.

3) I am requesting that the Court orders Defendants to have a mental Health professional come see me more regularly (at least once a week). And for that person to speak spanish.

4) I am requesting that the Court orders Defendants to stop blowing hot air into my cell at all days of the night.

5) I also ask that this Court orders Defendants to assign me a tutor to be able to successfully participate in the ESL program or to give me the homework with spanish instructions.

6) I also ask that this Court orders ~~Defendants~~ to allow me to bypass the Administrative Remedy Program. 7) ~~that this Court orders Defendants to allow me~~

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Joaquin Guzman L._
(Plaintiff's signature)

_9/9/24_
(Date)

(Revised November 2022)

6

# B. Defendant(s) Information

Defendant 4: Merrick Garland; Attorney General of the U.S.

Address: U.S. Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Defendant #4 is being sued in his official capacity.

# D: Statement of Claims

## CLAIM ONE: continue

Supporting facts:

Since my extradition, ~~Place~~ the defendants have not allowed me to speak to my wife, and say it is because of the SAMs. I have not been able to speak to her through phone, visits or by a letter

The defendant's imposition of the SAMs ignore the dangers that solitary confinement poses to a person's dignity and sanity.

The defendants have not ~~tailored~~ the SAMs to me specifically. They must be prisoner specific in that each prisoner upon whom SAMs are imposed has a set of SAMs issued for a particular prisoner, based on the circumstances of that prisoner's case. However, the SAMs imposed on me are not specific to me. In fact, many of the measures imposed on me by the government seem ~~designed~~ for a defendant charged with terrorism related offenses.

The ~~government's~~ defendant's allegations in the SAMs, perpetuate the myths and legends that have surrounded me for years. But the government has never offered any concrete examples of violence toward witnesses or continued criminal activity while in custody.

I have behaved in an exemplary manner in the years that I have been incarcerated in the U.S. The defendants have not provided sufficient justification to public safety to continue subjecting me to these conditions of confinement.

The SAMs isolate me as much as a person could be isolated inside a prison and severely limit my communication with the world. The measures have devastated my relationship with my family in every way.

I have not been able to speak to my wife since 2017. I am no longer allowed to speak to my sister. I ~~have~~ not ~~been~~ allowed to speak to my other sister, Armidas, since 2017. I am not allowed to receive letters from them either. I only get two 15-minute phone calls a month with 2 of my daughters (my twin daughters). And I can only see them when they can come visit me with my attorney. And even then, I cannot even hug them. The visits with my daughters are through a glass. And I cannot hug them. And the entire visit I have shackles.

Most weeks I do not get any exercise time at all. Defendants have decided this.

Also, According to ADMAX Admission and Orientation Handbook, at p.18, a variety of educational programs and opportunities are offered at the facility. Some of these programs are Adult Basic Education, General Equivalency Diploma, and English as a Second Language. English classes are important to me, because I want to learn it. Only by learning English I can avail myself of other programmatic services, and basic education classes.

Almost all education at ADMAX consists of self-directed study in one's cell, by watching pre-recorded videos on the in-cell tv. There are channels for educational programming, However, the channels broadcast in English only, and therefore, I cannot understand anything that is being said.

I have made repeated requests to Defendant Colli, Defendant Holbrooks and BOP staff at ADMAX to address this situation, but nothing has been done and therefore, I cannot participate in any of these programs.

According to the ADMAX Admission and Orientation Handbook, at p.18, "an inmate has the right to a "wide range of reading materials for educational purposes". I wish to take advantage of some of these programs. However, Defendants and their agents are depriving me of my right to participate in these programs by refusing to provide Spanish translations or subtitles.

For example, English as a Second Language is one course offerred to inmates at ADMAX. Since my arrival to ADMAX, I have requested personally and through my lawyer to be enrolled in ESL course. BOP staff members and Defendant Holbrooks told my lawyer that this program would be available to me through the in-cell tv. However, this is a lie. The Educational Dept at ADMAX has me enrolled as if I were taking English classes, but that is a lie. The only thing I get is papers in English that I do not know what they say.

Periodically, I receive papers in English with English instructions from the Educational Dept and they say that those papers are Homework for the ESL program, but I do not understand them as the instructions are in English; the very language I am trying to learn. The papers provide no Spanish explanation and no one comes to explain them to me. I have included copies of these papers here. It is therefore, impossible for me to learn English by way of these papers.

# CLAIM THREE: Defendants violated my Eight Amendment right to Medical Care and to humane and safe conditions

Supporting facts:

I have asked multiple times to Defendant Ciolli, Defendant Holbrooks and BOP staff at ADMAX to be seen by an ENT (ear, nose and throat specialist) to treat an allergy that I have had for over 3 years now and it won't go away and my ears, nose and throat are constantly hurting. The medical department has given me medicine for it, but it doesn't work. I have purchased over the counter medicine at the commissary, but it doesn't work either. At this point, I need a specialist to see me. I have told these Defendants through cop outs and through my attorney about this issue, and we have requested for a specialist to see me, but Defendants have ignored my requests. I even have filed BP forms addressing this issue. I have even told the prison staff that if they cannot get one, that my attorney or family could pay for one to come see me and treat me. However, this issue has landed on deaf ears.

It is critical that I see an ENT specialist, as this is affecting my quality of life tremendously, and it only gets worse. My face and ears are constantly hurting. I sleep with small pieces of toilet paper inside of my ears to try to alleviate the pain, but it doesn't work much.

I have tried to use the Administrative Remedy Program regarding this issue, but Defendants and BOP staff at ADMAX have made it impossible for me to pursue this path.

For example, I started a grievance process for this issue. On February 8th of 2024, I finally submitted a Central Office Remedy Appeal (BP-11) form, but I have yet to receive a response (I attached this BP-11 form as proof). Quite frankly, I don't think I will get a response either, as I never got responses for the BP-9 or BP-10 either.

I am suffering from severe sleep deprivation as a result of being woken up repeatedly throughout the night, every night by this hot air. This is concerning because I have been treated for high blood pressure, a well-known symptom of sleep deprivation. This ailment, in turn, could also increase the risk of a heart attack or a stroke. And beyond these physical effects, I have been experiencing depression and memory loss, which are also symptoms of severe sleep deprivation.

Defendants are violating my Eight Amendments Rights to safe and humane conditions and are subjecting me to cruel and unusual punishment. The government acts with deliberate indifference when it knowingly exposes an individual in its custody to a substantial risk of serious harm. The Defendants here know of the risks of serious harm that they are subjecting me but are disregarding those risks by failing to take reasonable measures to abate it.

## CLAIM FIVE: Defendants are violating my Eight Amendment Rights to medical Care and safe and humane conditions by Refusing for me to get treated by a mental Health professional

Supporting facts:

Defendants have made me wait up to five weeks to speak to someone from the mental health department at ADMAX. I have no access to group therapy. Therefore, I have no one to help me cope with the effects and trauma of solitary confinement. Defendant Colli and Defendant Holbrooks and BOP staff at ADMAX have ignored all of my requests for regular visits from a mental Health professional.

All the prisoners at ADMAX are visited regularly by someone from the psychology department, except me. I have not seen a mental health professional in over a year, and the few times that someone from the mental health department has come to see me, the visit doesn't last more than five minutes.

# CLAIM SIX: Defendants are violating my Constitutional Rights by Making it impossible for me to finish or successfully complete the Administrative Remedy Program

Supporting facts:

I have tried repeatedly to use the Administrative Remedy Program, but the Defendants Holbrooks, Defendant Ciolli and BOP staff at ADMAX have made it irrational for me to pursue this path.

I have started grievance processes for all the issues raised here, but I have not gotten responses for some BP-8 or BP-9 or BP-10.

As previously indicated, I do not speak English. The BOP prison staff members working on my unit do not or will not speak Spanish to me. Therefore, I often find myself struggling so that they can understand me, and I alone cannot make use of the Administrative Remedy Program. This has frustrated my first Amendment right to petition the government for redress of grievances.

My attorney does and has helped me in the past with some of these, however she does not come every week and by the time she comes again, so that she can translate the responses to me, the deadline has passed for me to timely file another form or continue the next step in the process. I need to wait for her because the Defendants purposely reply to my BP-8 and BP-9 forms in English and I do not understand, so I must wait for her to come to translate, and by then, it is too late.

I have asked for translations of these to Defendants, but they always ignore my requests.





**1.** Look at **page 19** in your dictionary. Compare June to December 2001. Which month…?

    **a.** has more days _____     **b.** begins on a weekday _____

**2.** Read Eva's e-mail. Then complete her calendar for April.

Subj: your visit
Date: 4-10-99 12:07:11 EST
From: EvaL@uol.com

Hi Dania! It's Saturday night. I just returned to Miami yesterday. There were no classes for a week so I flew to Chicago last Saturday to visit my parents. Classes begin again on Monday. It's a busy semester. I have English three times a week (Mondays, Wednesdays, and Fridays). I usually have language lab every Thursday, too. Next week, however, there's no language lab—I go to computer lab instead. In addition to English, I'm studying science. Science meets twice a week on the days that I don't have English. And there's science lab on Tuesdays.

Last Sunday, daylight saving time began. Do you have that in Canada? I like it a lot. The days seem much longer.

I'm glad it's the weekend. Tomorrow I'm seeing Tom. (I told you about him in my last letter.) I've got to go now. On Saturdays I go to the gym to work out. We can go together when you come! I'm really looking forward to your visit. Just two weeks from today!

Eva
P.S. Bring your appetite! On Sunday there's a cake sale at the school cafeteria.

| 1999 | | April | | | | 1999 |
|---|---|---|---|---|---|---|
| **S** | **M** | **T** | **W** | **T** | **F** | **S** |
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 *Return to Miami* | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |  |

**3.** What about you? Write a letter to a friend. Describe your weekly schedule. Use your own paper.

SEND: 12-11-23 ESL OX INT

**4.** Look in your dictionary. Write the season.

    **a.** Tim's birthday _____spring_____     **c.** the man and woman's anniversary _____

    **b.** Easter _____     **d.** the man's vacation _____

**5.** Read the information. Write the season next to each holiday.

### Legal Holidays—U.S. 2006

| | | | |
|---|---|---|---|
| **a.** _____winter_____ | Christmas | 12/25 | |
| **b.** _____ | Columbus Day | 10/9 | *(2nd Mon. of the month)* |
| **c.** _____ | Independence Day | 7/4 | |
| **d.** _____ | Labor Day | 9/4 | *(1st Mon. of the month)* |
| **e.** _____ | Martin Luther King Jr.'s Birthday | 1/16 | *(3rd Mon. of the month)* |
| **f.** _____ | Memorial Day | 5/29 | *(last Mon. of the month)* |
| **g.** _____ | New Year's Day | 1/1 | |
| **h.** _____ | Thanksgiving Day | 11/23 | *(4th Thurs. of the month)* |
| **i.** _____ | Veterans Day | 11/11 | |
| **j.** _____ | President's Day | 2/20 | *(3rd Mon. of the month)* |

**6.** Look at the chart in Exercise 5. Put the holidays in the correct time order in the columns below. Write the seasons and the months in words.

_____Winter_____

| Date | Holiday |
|---|---|
| January 1 | New Year's Day |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| _____ | |
|---|---|
| Date | Holiday |
| _____ | _____ |
| _____ | _____ |

| Date | Holiday |
|---|---|
| _____ | _____ |

| Date | Holiday |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**7.** Look at the chart in Exercise 5. Which months do not have any legal holidays?

_____March_____, _____, _____, _____

**Challenge** Look at the chart on **page 182** in this book. Follow the instructions.

SEND: 12-11-23 ESL OX INT

# Tools and Building Supplies <span>GUZMAN LOE</span> <span>H509</span>

**1.** Look in your dictionary. Cross out the word that doesn't belong. Then write the section of the hardware store.

| | | | | |
|---|---|---|---|---|
| a. __hardware__ | nail | bolt | ~~outlet~~ | screw |
| b. _____ | ax | plunger | pipe | fittings |
| c. _____ | circular saw | hammer | router | electric drill |
| d. _____ | brush | roller | spray gun | chisel |
| e. _____ | wire stripper | drill bit | wire | extension cord |
| f. _____ | hacksaw | flashlight | wrench | mallet |

**2.** Complete the conversations with the correct words from the box.



yardstick　masking tape　flashlight　~~extension cord~~　plunger　vise　level　electrical tape　roller　tape measure

**a. Ty:** I want to plug in this electric drill, but it doesn't reach the outlet.
**Jade:** No problem. Use this __extension cord__ .

**b. Ian:** I've been painting for hours and I still have three more walls to do.
**Tina:** Why don't you use this _____? It's faster than a paintbrush.

**c. Lily:** Oh, no. The toilet is stopped up again.
**Dan:** Here. Use this _____. It always works.

**d. Kim:** Do you know how long the shelf in the dining room is?
**Lian:** No. Use the _____ or _____ to find out.

**e. Eva:** Help! I could use a third hand here!
**Jana:** Use the _____ to hold the wood in place.

**f. Jules:** Don't get paint on the glass.
**Lyle:** I won't. I put _____ around the panes before I started.

**g. Nico:** That wire doesn't look very safe.
**Iris:** Don't worry. I'll put some of this _____ on before using it.

**h. Olga:** Does this shelf look straight?
**Boris:** Hmm. I'm not sure. Let's use the _____. Then we'll know for certain.

**i. Enzo:** It's so dark behind here. I can't see what I'm doing!
Give me the _____. I'll hold it for you.

SEND:6-12-23 ESL OX INT

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

*Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Joaquin Guzman Jr    Reg. No.: 89914053

Unit: H    Date: 8/12/2023

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.  State your complaint (single complaint or a reasonable number of closely related issues):

    de la manera mas atenta le solicito se aplique el Reglamento de la pricion a mi persona ya que todo preso tiene ese derecho ya que esta gea del preso en la picion

    (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2.  State what resolution you expect: Espero que se me aplique el Reglamento ya que asta el dia de oy no se a aplicado sigo como el dia que llege sin actividades quiero estudiar

Inmate's Signature: Joaquin Guzman Jr    Date: 8/12/2023

Counselor's Signature: _____    Date: _____

Department Involved: _____    Date Assigned: _____ Due Date: _____

Department's Response regarding Complaint: _____
_____
_____

Department Head Signature: _____    Date: _____
Unit Manager's Review: _____    Date: _____
Informally Resolved: _____    Date: _____

| DATE | 6/20/23 | |
| TIME | ✓ | |
| COUNSELOR | ✓ | |

FLX 1330.18E    Administrative Remedy Program    Attachment 1

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Joaquin Guzman Jr.    89914053    H    max
   LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

de la manera mas atenta me dirijo a usted para manifestarle que el dia de oy no tengo labor y que aplique el Reglamento ya que asta ase dias a la semana que me sacan actividades lo unico que estoy recibiendo son tres dias a la semana que me sacan a Rec pero a donde me sacan no da el sol ya que las paredes estan muy altas y el lugar muy Reducido mide al Rededor de 7 pies de ancho por aproximadamente 8 o 9 pies de largo a todos los presos de esta unidad H donde me encuentro los sacan a Rec todos los dias y a donde los sacan les da el sol y el lugar mide al Rededor de 10 pies de ancho por al Rededor de 18 pies de largo y tienen llamada con su abogado cada semana y a mi pasan meses y no me autorisan llamada por favor aplique el Reglamento

8/22/2023
   DATE

Joaquin Guzman Jr.
   SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____    _____
   DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**    CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
   LAST NAME, FIRST, MIDDLE INITIAL

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Joaquin Guzman Lo     89914053     H     max
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

## Part A - REASON FOR APPEAL

de la manera mas atenta me dirijo a usted para manifestarle la siguiente tengo en este lugar alrededor de 53 meses y asta el dia de oy no se a aplicado el reglamento de la precion a mi persona asta el dia de oy la unica actevidad que estoy resibiendo tres dias a la semana me sacan a Rec con duracion de 2 horas pero a donde me sacan no pega el sol porque las paredes estan muy altas y aparte pusieron rejas que si pegara el sol a donde me sacan tampoco pegaria el sol vien ya que las rejillas lo impiden tengo mas de 7 años que llege

11/28/2023
DATE

*Joaquin Guzman L.*
SIGNATURE OF REQUESTER

## Part B - RESPONSE

DEC 06 2023

---

DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

REGIONAL DIRECTOR

CASE NUMBER: **1183606-R1**

## Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE                SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN          PRINTED ON RECYCLED PAPER         BP-230(13)

1/28/2023

Extraditado a Estados unidos y asta el día de oy no me
a dado el sol a todos los presos que se encuentran en este
lugar todos los dias de la semana los sacan a donde da
el sol y a mi nada mas tres dias a la semana me sacan y
y donde me sacan no da el sol usted sabe que todo ser de la
tierra si no le da el sol se Enferma sea una planta o
cualquier ser de la tierra es una descriminacion sin lemete a
mi persona al no darme ninguna actividad no se ingles
y los oficiales que ablan Español no me ablan en Español
y yo no se ingles una tortura muy grande las 24 horas
secologicamente Emocionalmente mentalmente y fisica
ya que cuando me sacan a visita me ponen unas Esposas
que son duras no tienen cadena como las Esposas que son
Comunes y las Esposas que me ponen me lastiman las mano
cuando tengo que firmar algun documento a mi abogada
es un problema a Rais de las Esposas que me lastiman las
manos y cuando tengo que Rebisar documentos de mi
situacion juridica es un problema a Rais de las Esposas
que me ponen todos los presos que se encuentran en la
unidad donde yo me encuentro cuando llegan a tener
visita cuando llegan al cubiculo de visita les quitan las
Esposas de las manos y cuando los Regresan a su selda ya se
las Vuelben a poner al Regreso y las Esposas que les ponen a
los demas presos no lastiman las manos ya que son Esposas
Comunes y todo esto es a Rais de la fiscal que esta al frente
de las Reglas soy ya que ella lo a tomado demaciado
personal a mi persona ya que ella inicio mi proceso
y yo en las mociones que e echo llegar a la corte de
niufla york e exibido a los fiscales que lleboron acabo

mi proceso que ubo muchas anomalias de parte de ellos en mi contra y a rais de eso la fisca que esta al frente de las reglas sams a tomado represalias en mi contra inbentando apollandose de los medios de comunicacion para justificar las condiciones inumanas en las que me encuentro desde que llege a los estados unidos ase mas de 7 años desde mi llegada a los estados unidos en este lugar tengo mas de 4 año y me an mantenido en condiciones inumanas una descriminacion sin presedente una tortura muy grande de todo tipo una cosa es que mi caso es demaciado politico a rais de la muerte del cordenal Juan Jesus posada ocampo que el gobierno de mexico acecino en 1993 culpando a guzman de su muerte asiendole una campaña a traber de los medios de comunicacion asta combertirlo en un Titano asiendola ver ante el mundo entero el ombre mas malo del mundo y el narcotraficante mas grande del mundo luego sigio el gobierno de estados unidos con el mismo cuento usando los medios de comunicacion existe la ebidencia que asi a sido del testigo numero uno del gobierno Vicente Zambada el dijo eso en el Juicio que los gobiernos de mexico y el de estados unido le isieron una campaña a guzman para aselo grande y asi poder detenerlo demaciado politico mi caso le pido de fabor que se base en el comportamiento de guzman no lo que ablen los medios yo e sido respetoso con todo el personal de la prision no ay una justificacion para que me mantengan en estas condiciones crueles inumanas le pido de fabor que aplique el reglamento a mi persona de antemano le agradesco

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Joaquin Guzman L.   89914053   4   max
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL**

de la manera mas atenta me dirijo a usted para manifestarle lo siguiente tengo en este lugar al rededor de 54 meses y asta el dia de oy no se a aplicado el Reglamento de la Pricion a ni persona asta el dia de oy la unica actividad que estoy recibiendo tres dias a la semana me sacan a rec con duracion de 3 horas pero a donde me sacan no pega el sol por que las paredes estan muy altas y aparte pusieron rejas que impiden al sol a donde me sacan tampoco pegaria el Sol bien ya que las rejillas lo impiderian tengo mas de 7 años que llege

1/3/2024
DATE

Joaquin Guzman L.
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
DATE

_____
REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____
DATE

_____
SIGNATURE, RECIPIENT OF REGIONAL APPEAL

persona para poder tener actividades quiero estudiar para aprender ingles ya que los oficiales no me ablan en Español los que saben Español y yo no se ingles es una tontera muy grande las 24 horas de todo tipo no saber ingles no se lo que disen los oficiales y bey que los que ablan Español no me ablan en Español si yo les ablo ellos me contestan en ingles a sido demaciado dificil para mi asta el dia de oy el idioma si me dan algun Escrito me lo dan en ingles no se que diga y nunca viene una persona de la estitucion a leermelo para yo saber que dise es una descriminacion sin precedente yo miro segido en la television en telemundo o en univicion que son los canales que me pusieron en Español los demas canales que me pusieron estan en ingles y como no se ingles miro nada mas esos 2 canales y segido veo al señor precidente Baiden que abla en esos 2 canales Refiriendose a la descriminacion al Rasismo que Esta encontra de la descriminacion y del Rasismo estoy seguro que usted piensa igual que el señor precidente Baiden una persona umana eso me queda claro sino el señor precidente no la tubiera en su gabinete y le pido el gran fabor que me ayude a como indica el Reglamento que lo aplique a mi persona para que mi familia pueda

Resibir corta cuandomenos cada mes y mi familia abogada mis 2 hermanas mis hermanos mis hijos le e escrito a mis 2 niñas de escasos 12 años y a mi hermana que son las unicas que me dieron permiso de escribir duran asta 10 meses en Resibir corta lo mas Rapido que an llegado a Resibir son 5 meses la fiscal que esta al frente de las Reglas a tomado muy personal todo en mi contra y todo por la Rason que los escritos que e echo llegar a la corte e exibido las anomalias que llebaron a cabo en mi contra los fiscales de mi caso y ella fue la que inicio el proceso me a mantenido en condiciones queles incuemanas asta el dia de oy intentando apollandose en los medios de Cumunicación para no autorisar ni siquiera llamada telefonica con mi abogada todos los presos que estan en la enidad donde yo me incuentro estan Bajo las Reglas sams igual que yo y tienen llamada con su abogado y con su familia una llamada telefonica cada semana el unico soy yo nada mas que no me autorisan llamada demaciado personal no oy justificacion yo soy Respetoso con todo el personal le pido el gran fabor que aplique el Reglamento de antemano le agradesco

Joaquin Guzman L.

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Joaquin Guzman L.  89914053  H  max

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

de la manera mas atenta me dirijo a usted para manifestarle lo seguiente, inisie en agosto con la P 8 luego Escribi la P9 aqui en la istitucion y a principios Octubre Escribi a la Region en Kanzas Ciry la P10 ya pasaron 6 meses y no tengo Respuesta se trata que desde que llege a Estados unidos ase mas de 7 años me pego alergia en la Nores y me Comensaron a doler los oidos a Raiz del Ruido que producen aparatos del aire y el Ruido del ducto por donde sale el aire en la sulida para los oidos compro taponer para los oidos en la comisoria

2/8/2024

DATE

Joaquin Guzman L.

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
DATE

GENERAL COUNSEL

FIRST COPY: WASHINGTON FILE COPY

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

_____
DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

USP LVN

y en la noche me pongo los tapones en los oidos para poder dormir y para la alegia de la nariz compro medicamento en la comisaria pero no me ase probecho no me quita la alegia aqui en la istitucion me an dado medicamento pero no me ase probecho no me Quita la alegia y como ya tengo mas de 7 años con la alegia ya me duele asta la Frente parte de la cara mi nariz siempre me esta doliendo desde que llege a la Pricion ya ase mas de 4 años e ablado tanto personal como por Escrito con los Jefes de la Pricion que an Estado en la Pricion y el Jefe actual tambien que por fabor me autorisen del Esterior un Especialista para Que me Venga a Rebisar mis oidos y mi nariz que los gastos del Especialista mi abogada los paga pero asta el dia de oy no me an autorisado un Especialista en oidos y nariz del Esterior por esa Razon en agosto Escribi la P8 y la P9 aqui en la istitucion como no tube Respuesta Escribi la P10 a la Region a principios de Octubre ase ya 4 meses y como no e tenido Respuesta de la Region por esa Razon me Veo abligado a Escribir la P11 a Waschington disculpe que lo moleste pero no me queda otra otra Occion ya que Estoy muy mal

de mi naris y mis oidos le pido el gran
fabor que me autorise un Especialista en naris
y oidos del Esterior para que me Rebise y el
Especialista ya diga que medicamento ay que
Comprar por lo que Cuesta la medicina y el
Especialista no ay problema mi abogada pagora
los gastos usted puede checar en la istitucion
y se dara cuenta que cada semana Estoy comprando
medicamento para la alergia y aqui en la
istitucion tambien me an dado medicamento
para la alergia de la naris y como ya tengo mucho
tiempo con la alergia ya se me iso Cronica

       de antemano le agradesco
       Joaquin Guzman L.

no le ago llegar Copias ni original de la P 8
ni de la P 9 ni de la P 10 ni Copias por la Razon que no
me an entregado de la Region de Regreso ni Copias ni
original le pido el gran fabor que me autorise el
Especialista ya que me encuentro bastante mal
de salud a Rais de la alergia y mis oidos
       Gracias

Name: Joaquin Guzman L.

Reg No: 89914053

U.S. Penitentiary MAX

P.O. Box 8500

Florence, CO. 81226-8500

cm 24-8914053-0926-mo-047

Correo Especial office of the clerk
united states district court
alfred A. Orray courthouse
901·19th st. Room A105
denver C.O. 80294·3589