FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 20 2024

JEFFREY P. COLWELL
CLERK

in the amount of $12.6 billion. On January 25, 2022, the United States Court of Appeals for the Second Circuit upheld the conviction and denied your request for a new trial. Because of your proclivity for violence, the Attorney General found that there was a substantial risk your communications or contacts with persons could result in death or serious bodily injury to persons, or substantial damage to property which would entail the risk of serious bodily injury to persons, and placed you under SAM, originally effective February 3, 2017, and were most recently extended in February 2023. You are housed with the Federal Bureau of Prisons (BOP) at the U.S. Penitentiary, Administrative Maximum Facility (ADX) in Florence, Colorado.

## FACTUAL BACKGROUND

### A.   Guzman's  Criminal Conduct

The USA/EDNY reports your involvement in drug trafficking, corruption, and violence is vast and extensive. By your own admission, you started at the age of fifteen cultivating marijuana and growing poppies for heroin production, which you sold for a living. Over the next forty years, you devoted your efforts to growing your drug trafficking organization and increasing and enhancing the power of the Sinaloa Cartel, often through torture and murder. As the leader of the Sinaloa Cartel, you operated with impunity at the highest level of the Mexican drug trafficking world, while being assured of your continued success and safety from arrest through your payment of bribes to government officials and law enforcement officers. Your stewardship of the Sinaloa Cartel is directly responsible for a large portion of the cocaine, heroin, methamphetamine, and marijuana sold in the United States that has resulted in thousands of deaths each year.

In addition to the cocaine you purchased from Colombian suppliers, you manufactured heroin, methamphetamine, and marijuana for distribution in the United States. You also oversaw a vast transportation infrastructure in Central America, where cocaine is received from Colombian sources of supply, and in Mexico, where multi-ton shipments of cocaine, heroin, methamphetamine, and marijuana are transported to the Mexico-U.S. border. As you grew in power, you established your own network in Colombia to eliminate the need for a Colombian middleman, giving you and your cartel a direct line to the source of the cocaine. You controlled corrupt government officials and law enforcement officers at all levels of the Mexican government, who protected the drug shipments and your workers as the drugs were transported across Mexico. You controlled border crossing sites into the United States, and used various means of smuggling drugs into the United States, including the construction of tunnels. You maintained drug distribution networks throughout the United States, and during your reign of power, maintained an arsenal of military-grade weapons for protection. Your heavily-armed private security forces were used not only as personal bodyguards, but also as protection for your drug shipments as they were transported throughout Mexico. You also maintained a stable of "sicarios" (hitmen), who carried out gruesome assassinations aimed at maintaining discipline within the Cartel, protecting against challenges from

rivals, and silencing those who cooperated with law enforcement against your interests. According to the USA/EDNY, the nature and circumstances of the charged offenses establish that you are a danger to the community, not only because of the virulent nature of your drug trafficking activity, but also because of your unrestrained use of violence.

During your three periods of incarceration in Mexico, you were able to continue managing your drug trafficking operations. You also successfully plotted escapes from jail, first in 2001 and again in 2015, using various methods of subterfuge, to include allegedly using your Mexican lawyers and family members to pass messages in and out of prison to individuals associated with the Sinaloa Cartel. In addition, your Mexican lawyers and family members were allegedly integrally involved in engineering your elaborate escape plan. Further, several employees at the prison were arrested and are being investigated by the Mexican Government for potential corruption associated with your escape in 2015. Once free, you continued to oversee the Cartel and its drug trafficking activities.

While incarcerated from 1993 to 2001, you continued to build your violent, multi-national and multi-billion dollar drug trafficking empire and continued to export thousands of kilograms of cocaine, heroin, methamphetamine, and marijuana into the United States. You escaped from prison in 2001, purportedly while hiding in a laundry cart. After your second arrest in February 2014, you continued to oversee and operate the Sinaloa Cartel, despite being incarcerated at the maximum security Altiplano Prison in Mexico. You engineered your escape from the prison through a mile-long tunnel in part by passing messages to family members and lawyers, and with the aid of the corrupt prison workers. The USA/EDNY believes, based on your prior history, unless you are incarcerated under strict security arrangements, the risk of your continued criminal activity is certain.

In addition, you have a proven history of murdering individuals who you perceive as having provided information to law enforcement or acting against your interests. Therefore, witnesses for the government and their families, many of whom still reside outside of the U.S. and have no protection, would be in grave danger of physical harm, or even death, as reprisal for their cooperation with the government. The USA/EDNY believes you will continue to be a danger if you are allowed to have access to other inmates and to communicate with others in the Sinaloa Cartel.

B.   **Updates to SAM Provisions Restricting the Inmate's Legally Privileged Communications**

Pursuant to 28 C.F.R. § 501.3, Section 2 of the SAM provides for privileged attorney-client communications, but also establishes restrictions on such communications, including the use of attorney staff. A law enforcement investigation revelated you, members of your family, and co-conspirators intentionally circumvented SAM monitoring requirements by covertly transmitting messages from you through an

**"Sensitive But Unclassified"**

attorney staff member to family/co-conspirators, and those communications were intended to facilitate the activities of your criminal organization. In July 2023, to prevent you from circumventing the SAM's monitoring requirements regarding non-privileged communications, Section 2 of your SAM was modified to require the presence of your attorney at meetings between you and a paralegal. This requirement is incorporated into the SAM provisions below. Additionally, as a paralegal now cannot meet with you without an attorney present, the provision requiring an attorney or paralegal to be present during visits between you and your minor children has been revised to allow only an attorney to accompany the minor children.

### C. Updates to SAM Provisions Restricting the Inmate's Non-privileged Communications

Pursuant to 28 C.F.R. § 501.3, Section 3 of the SAM specifies restrictions on your non-legally privileged communications, to include telephone, in-person, and mail communications with immediate family and other approved individuals (See SAM Section 4, FN 7). The prior SAM contained restrictions on your ability to communicate with your wife, Emma Coronel Aispuro, based on her own criminal activities in furtherance of the Sinaloa Cartel's operations, for which she was convicted in a United States court. That prohibition is continued in the SAM provisions below. As described above, recent investigation of you and members of your family revealed you and several family members conspired to evade the communication monitoring requirements in the SAM in order to facilitate criminal action on behalf of you and the Sinaloa Cartel. Speifically, the below-listed individuals sent and/or received illicit communications from you containing threats from you against cooperators, and also directed a range of criminal acts, including, but not limited to, facilitating the smuggling of undocumented workers into the United Sates, payments to cartel members, and using real estate transactions to launder money. As a result, Section 3 of the SAM, in addition to the prohibition on contacts with Emma Coronel Aispuro, now also prohibits contacts with the following individuals: Bernarda Guzman Loera (sister); Armida Guzman Loera (sister); Ivan Archivaldo Guzman Salazar (son); Jesus Alfredo Guzman Salazar (son); Ovidio Guzman Lopez (son); Joaquin Guzman Lopez (son); Rosa Alitzel Guzman-Paez (daughter); Maria Alejandrina Salazar-Hernandez (first wife); and Griselda Lopez-Perez (second wife). Additionally, your four sons listed above have been indicted on federal charges in the United States for their involvement in narcotics trafficking, violence, and other criminal offenses.

### D. Continued Need for SAM

According to the USA/EDNY, there is ample evidence you are an extremely violent individual who, as one of the leaders of the Sinaloa Cartel, have unparalleled connections to its worldwide members. Given your leadership status, your demonstrated violent tendencies towards any threat to you or your organization, and your history of escapes from maximum security prisons, the USA/EDNY believes, absent SAM, your unrestricted

communications or contacts with other persons would pose a substantial risk of death or serious injury to the community.

## CONCLUSION

Based upon information provided regarding your proclivity for violence, it was found there is substantial risk your communications or contacts with persons could result in death or serious bodily injury to persons, or substantial damage to property which would entail the risk of serious bodily injury to persons. Therefore, pursuant to 28 C.F.R. § 501.3, we will continue to implement SAM to restrict your access to the mail, the media, the telephone, visitors, and other inmates.

1) **General Provisions**

a) **Adherence to Usual United States Marshals Service (USMS), BOP, and Detention Facility (DF) Policy Requirements** – In addition to the below-listed SAM, you must comply with all usual USMS, BOP, and non-BOP DF policies regarding restrictions, activities, privileges, communications, etc. If there is a conflict between USMS/BOP/DF policies and the SAM, as set forth herein, where the SAM are more restrictive than usual USMS/BOP/DF policies, then the SAM shall control. If usual USMS/BOP/DF policies are more restrictive than the SAM, then USMS/BOP/DF policies shall control.

b) **Interim SAM Modification Authority** – During the term of this directive, the Director, Office of Enforcement Operations (OEO), Criminal Division, may modify your SAM as long as any SAM modification authorized by the OEO:

   i) Does not create a more restrictive SAM;

   ii) Is not in conflict with the request of the USA/EDNY, DEA/HSI/FBI, USMS/BOP/DF, or applicable regulations; and

   iii) Is not objected to by the USA/EDNY, DEA/HSI/FBI, or USMS/BOP/DF.

c) **Inmate Communication Prohibitions** – You are limited, within the USMS/BOP/DF's reasonable efforts and existing confinement conditions, from having contact (including passing or receiving any oral, written, or recorded communications) with any other inmate, visitor, attorney, or anyone else, except as outlined and allowed by this document, that could reasonably foreseeably result in you communicating (sending or receiving) information that could circumvent the SAM's intent of significantly limiting your ability to communicate (send or receive) threatening information.

The USMS/BOP/DF may permit you to communicate with other SAM inmates orally only during certain predesignated times, the place and duration to be set by the USMS/BOP/DF. You shall not have any physical contact with other inmates during this predesignated time and all such predesignated sessions may be monitored and/or recorded. Upon request of the DEA/HSI/FBI, a copy of the recordings will be provided by the USMS/BOP/DF to the DEA/HSI/FBI to be analyzed for indications that you are attempting to pass messages soliciting or encouraging acts of terrorism, violence, or other crimes.

d) **Use of Interpreters/Translators by the USMS/BOP/DF** – Interpreter/ translator approval requirement:

i) The USMS/BOP/DF may use Department of Justice (DOJ) approved interpreters/translators as necessary for the purpose of facilitating communication with you.

ii) No person shall act as an interpreter/translator without prior written clearance/approval from the USMS/BOP/DF, which shall only be granted after consultation with the USA/EDNY and DEA/HSI/FBI.

iii) Interpreters/translators utilized by the USMS/BOP/DF shall not be allowed to engage in, or overhear, unmonitored conversations with you. Interpreters/translators shall not be alone with you, either in a room or on a telephone or other communications medium.

2) **Attorney-Client Provisions**

a) **Attorney[1] Affirmation of Receipt of the SAM Restrictions Document** – Your attorney (or counsel) – individually by each if more than one – must sign an affirmation acknowledging receipt of the SAM restrictions document. By signing the affirmation, the attorney acknowledges his or her awareness and understanding of the SAM provisions and his or her agreement to abide by these provisions, particularly those related to contact between you and your attorney and the attorney's staff. The signing of the affirmation does not serve as an endorsement of the SAM or the conditions of confinement, and does not serve to attest to any of the factors set forth in the conclusions supporting the

---

[1] The term "attorney" refers to the inmate's attorney of record, who has entered an appearance in this criminal case, who has been verified and documented by the USA/EDNY, and who has received and acknowledged receipt of the SAM restrictions document. As used in this document, "attorney" also refers to more than one attorney where the inmate is represented by two or more attorneys, and the provisions of this document shall be fully applicable to each such attorney in his or her individual capacity.

**"Sensitive But Unclassified"**

SAM. However, in signing the affirmation, your attorney and precleared staff[2] acknowledge the restriction, they will not forward third-party messages to or from you.

i) The USA/EDNY shall present, or forward, the attorney affirmation of receipt of the SAM restrictions document to your attorney.

ii) After initiation of the SAM and prior to your attorney being permitted to have attorney-client privileged contact with you, your attorney shall execute a document affirming receipt of the SAM restrictions document and return the original to the USA/EDNY.

iii) The USA/EDNY shall maintain the original of the SAM acknowledgment document and forward a copy of the signed document to OEO in Washington, D.C., and the USMS/BOP/DF.

b) **Attorney Use of Interpreters/Translators –**

i) **Necessity Requirement** – No interpreter/translator shall be utilized unless absolutely necessary where you do not speak a common language with the attorney. Any interpreter/translator shall be precleared.[3]

ii) **Attorney Immediate Presence Requirement** – Any use of an interpreter/translator by the attorney shall be in the physical and immediate presence of the attorney – i.e., in the same room. The attorney shall not patch through telephone calls, or any other communications, to or from you.

---

[2] "Precleared" when used with regard to an attorney's staff, or "precleared staff member," refers to a co-counsel, paralegal, or investigator who is actively assisting the inmate's attorney with the inmate's post-sentencing proceedings, who has submitted to a background check by the DEA/HSI/FBI and USA/EDNY, who has successfully been cleared by the DEA/HSI/FBI and USA/EDNY, and who has received a copy of the inmate's SAM and has agreed – as evidenced by his or her signature – to adhere to the SAM restrictions and requirements. As used in this document, "staff member" also refers to more than one staff member, and the provisions of this document shall be fully applicable to each such staff member in his or her individual capacity. A "paralegal" will also be governed by any additional DF rules and regulations concerning paralegals.

[3] "Precleared," when used with regard to an interpreter/translator, refers to an interpreter/translator who is actively assisting the inmate's attorney with the inmate's sentencing or post-conviction proceedings, who has submitted to a background check by the HSI and USA/EDNY, who has successfully been cleared by the HSI and USA/EDNY, and who has received a copy of the inmate's SAM and has agreed – as evidenced by his or her signature – to adhere to the SAM restrictions and requirements.

iii) **Translation of Inmate's Correspondence** – An attorney of record may only allow a precleared interpreter/translator to translate your correspondence as necessary for attorney-client privileged communication.

c) **Attorney-Client Privileged Visits** – Attorney-client privileged visits may be contact or non-contact, at the discretion of the USMS/BOP/DF.

d) **Attorney May Disseminate Inmate Conversations** – Your attorney may disseminate the contents of your communication to third parties for the sole purpose of preparing your post-sentencing proceedings – and not for any other reason – on the understanding that any such dissemination shall be made solely by your attorney, and not by the attorney's staff.

e) **Limitations On Precleared Paralegal(s) Meeting with Client** – Your attorney's precleared paralegal(s) may meet with you only if your attorney is present. These meetings may be contact or non-contact, at the discretion of the USMS/BOP/DF.

f) **Simultaneous Multiple Legal Visitors** –You may have multiple legal visitors provided that at least one of the multiple legal visitors is your attorney or precleared paralegal. These meetings may be contact or non-contact, at the discretion of the USMS/BOP/DF. An investigator or interpreter/translator may not meet alone with you.

g) **Legally Privileged Telephone Calls** – The following rules refer to all legally privileged telephone calls or communications:

i) **Inmate's Attorney's Precleared Staff May Participate in Inmate Telephone Calls** – Your attorney's precleared staff are permitted to communicate directly with you by telephone, provided that your attorney is physically present and participating in the legal call, as well.

ii) **Inmate's Initiation of Legally Privileged Telephone Calls** – Your initiated telephone communications with your attorney or precleared staff are to be placed by a USMS/BOP/DF staff member and the telephone handed over to you only after the USMS/BOP/DF staff member confirms that the person on the other end of the line is your attorney. This privilege is contingent upon the following additional restrictions:

(1) Your attorney will not allow any non-precleared person to communicate with you, or to take part in and/or listen to or overhear any communications with you.

**"Sensitive But Unclassified"**

(2) Your attorney must instruct his or her staff that:

    (a) Your attorney and precleared staff are the only persons allowed to engage in communications with you.

    (b) Your attorney's staff (including the attorney) are not to patch through, forward, transmit, or send your calls, or any other communications, to third parties.

(3) No telephone call/communication, or portion thereof, except as specifically authorized by this document:

    (a) Is to be overheard by a third party.[4]

    (b) Will be patched through, or in any manner forwarded or transmitted, to a third party.

    (c) Shall be divulged in any manner to a third party, except as otherwise provided in Section 2.d. above.

    (d) Shall be in any manner recorded or preserved.[5] Your attorney may make written notes of attorney-client privileged communications.

(4) If the USMS/BOP/DF, DEA/HSI/FBI, or USA/EDNY determines that you have used or are using the opportunity to make a legal call to speak with another inmate or for any other non-legal reason that would circumvent the intent of the SAM, your ability to contact your attorney by telephone may be suspended or eliminated.

h) **Documents Provided by Attorney to Inmate** – During a visit, your attorney may provide you with, or review with you, documents related to your post-sentencing proceedings, and/or material prepared by your attorney relating to such proceedings, so long as any of the foregoing documents are translated, if translation is necessary, by a precleared interpreter/translator. Any documents not related to your post-sentencing proceedings must be sent to you via general correspondence and will be subject to the mail provisions of subparagraphs 2.i. and 3.g. Documents previously reviewed and cleared for

---

[4] For purposes of the SAM, "third party" does not include officials of the USMS/BOP/DF, DEA/HSI/FBI, DOJ, or other duly authorized federal authorities when acting in connection with their official duties. This section does not allow monitoring of attorney-client privileged communications.
[5] Except by the USMS/BOP/DF, DEA/HSI/FBI, DOJ, or other duly authorized federal authorities. This section does not allow monitoring of attorney-client privileged communications.

receipt by you, and already in your possession at the outset of the visit, may be discussed or reviewed by you and your attorney during the visit.

i) None of the materials provided may include inflammatory materials, materials inciting violence, military training materials, or materials that may be used to pass messages from inmate to inmate, unless such materials have been precleared by the USA/EDNY and DEA/HSI/FBI.

ii) The USA/EDNY may authorize additional documents to be presented to you. If any document not listed or described above needs to be transmitted to you, consent for the transmission of the document may be obtained from the USA/EDNY without the need to formally seek approval for an amendment to the SAM.

i) **Legal Mail[6]** – Your attorney may not send, communicate, distribute, or divulge your mail (legal or otherwise), or any portion of its contents, to third parties, except when disclosure of the contents is necessary for the sole purpose of providing necessary legal services related to your post-sentencing proceedings – and not for any other reason.

In signing the SAM acknowledgment document, your attorney and precleared staff will acknowledge the restriction that only your case-related documents will be presented to you, and that your attorney and his or her staff are strictly prohibited from forwarding third-party mail to or from you.

3) **Inmate's Non-legal Contacts**

a) **Non-legally Privileged Telephone Contacts –**

i) You are only authorized to have non-legally privileged telephone calls with your immediate family members.[7] However, you shall not be permitted to have telephone contact with the individuals listed in the attachment to the SAM ("Attachment A- Prohibited Family Contacts"). All references to "immediate family members" in the proceeding telephone provisions shall be read as referencing communications with immediate family members who are not listed in Attachment A.

---

[6] "Legal Mail" is defined as properly marked correspondence (marked "Legal Mail") addressed to or from the inmate's attorney. All other mail, including that otherwise defined by the USMS/ BOP/DF as Special Mail, shall be processed as "non-legal mail."

[7] The inmate's "immediate family members" are defined as the inmate's (USMS/BOP/DF- or DEA/HSI/FBI-verifiable) spouse, children, parents, and siblings. Requests for additional non-legal contacts may be submitted and will be considered on a case-by-case basis.

**"Sensitive But Unclassified"**

ii) The quantity and duration of your non-legally privileged telephone calls with your immediate family members, shall be set by the USMS/BOP/DF, with a minimum of one call per month.

b) **Rules for Telephone Calls** – For all non-legally privileged telephone calls or communications, no telephone call/communication, or portion thereof:

i) Is to be overheard by a third party.

ii) Is to be patched through, or in any manner forwarded or transmitted, to a third party.

iii) Shall be divulged in any manner to a third party.

iv) Shall be in any manner recorded or preserved.[8]

All telephone calls shall be in English unless a fluent USMS/BOP/DF- or DEA/HSI/FBI-approved interpreter/translator is available to contemporaneously monitor the telephone call. Arranging for an interpreter/translator may require at least fourteen (14) days advance notice.

c) **Telephone SAM Restriction Notifications** – For all non-legally privileged telephone calls to your immediate family member(s):

i) The USMS/BOP/DF shall inform you of the telephone SAM restrictions prior to each telephone call.

ii) The USMS/BOP/DF shall verbally inform your immediate family member(s) on the opposite end of your telephone communication of the SAM restrictions. The USMS/BOP/DF is only required to notify your communication recipient in English.

iii) The USMS/BOP/DF shall document each such telephone notification.

d) **Family Call Monitoring** – All calls with your immediate family member(s) may be:

i) Contemporaneously monitored by the DEA/HSI/FBI.

ii) Contemporaneously recorded (as directed by the DEA/HSI/FBI) in a manner that allows such telephone calls to be analyzed for indications the

---

[8] Except by the USMS/BOP/DF, DEA/HSI/FBI, DOJ, or other duly authorized federal authorities.

**"Sensitive But Unclassified"**

call is being used to pass messages soliciting or encouraging acts of violence or other crimes, or to otherwise attempt to circumvent the SAM.

iii)  A copy of each telephone call recording involving an inmate/immediate family member shall be provided to the DEA/HSI/FBI by the USMS/BOP/ DF. These recordings shall be forwarded on a call-by-call basis as soon as practicable.

e)  **Improper Communications** – If telephone call monitoring or analysis reveals that any call or portion of a call involving you contains any indication of a discussion of illegal activity, the soliciting of or encouraging of acts of violence or other crimes, or actual or attempted circumvention of the SAM, you shall not be permitted any further calls to your immediate family for a period of time to be determined by the USMS/BOP/DF. If contemporaneous monitoring reveals such inappropriate activity, the telephone call may be immediately terminated.

f)  **Non-legal Visits** –

i)  **Limited Visitors** – You shall be permitted to visit only with your immediate family members. However, you shall not be permitted to have in-person visits with the individuals listed in Attachment A-Prohibited Family Contacts. The visitor's identity and family member relationship to you will be confirmed by the USMS/BOP/DF and DEA/HSI/ FBI in advance.

ii)  **English Requirement** – All communications during non-legal inmate visits will be in English unless a fluent USMS/BOP/DF- or DEA/HSI/FBI-approved interpreter/translator is readily available to contemporaneously monitor the communication/visit. Arranging for an interpreter/translator may require at least fourteen (14) days advance notice.

iii)  **Visit Criteria** – All non-legal visits shall be:

(1)  Contemporaneously monitored by the USMS/BOP/DF and/or DEA/ HSI/FBI, in a manner that allows such visits to be analyzed for indications the visit is being used to pass messages soliciting or encouraging acts of violence or other crimes, or to otherwise attempt to circumvent the SAM.

(2)  Permitted only with a minimum of fourteen (14) calendar days advance written notice to the USMS/BOP/DF facility where you are housed.

**"Sensitive But Unclassified"**

(3)    Without any physical contact.  All such meetings shall be non-contact to protect against harm to visitors or staff.

(4)    Limited to one adult visitor at a time.  However, your DEA/HSI/FBI-verified children may visit with a pre-approved adult visitor.  Because the mother of your minor children is not authorized to visit with you, your attorney is authorized to accompany your children during visits with you, if the attorney satisfies the requirements for each as defined in Section2 ("Attorney-Client Provisions") of this document, including, but not limited to reviewing and signing an affirmation.

g)    **Non-legal Mail** – Non-legal mail is any mail not clearly and properly addressed to/from your attorney and marked "Legal Mail" (incoming or outgoing).  In addition to non-legal mail from your attorney, as discussed in subparagraph 2.h., non-legal mail is only authorized with your immediate family, excluding the individuals listed in Attachment A—Prohibited Family Contacts. Non-legal mail is also authorized with U.S. courts, federal judges, U.S. Attorneys' Offices, members of U.S. Congress, the BOP, or other federal law enforcement entities.

i)    **General correspondence with limitations** – Correspondence is only authorized with immediate family members, excluding the individuals listed in Attachment A—Prohibited Family Contacts. The volume and frequency of outgoing general correspondence with immediate family members may be limited to three pieces of paper (not larger than 8 ½" by 11"), double-sided, once per calendar week to a single recipient, at the discretion of the USMS/BOP/DF.  The identity and family member relationship to you will be confirmed by the USMS/BOP/DF and DEA/HSI/FBI.

ii)    **General correspondence without limitations** – There is no volume or frequency limitation on correspondence to U.S. courts, federal judges, U.S. Attorneys' Offices, members of U.S. Congress, the BOP, and other federal law enforcement entities, unless there is evidence of abuse of these privileges, threatening correspondence is detected, circumvention of the SAM is detected, or the quantity to be processed becomes unreasonable to the extent that efficient processing to protect the security, good order, or discipline of the institution, the public, or national security may be jeopardized.

iii)    All non-legal mail shall be –

(1)    **Copied** – Shall be copied (including the surface of the envelope) by the warden, or his or her designee, of the facility in which you are housed.

**"Sensitive But Unclassified"**

(2) **Forwarded** – Shall be forwarded, in copy form, to the location designated by the DEA/HSI/FBI.

(3) **Analyzed** – After government analysis and approval, if appropriate, your incoming/outgoing non-legal mail shall be forwarded to the USMS/BOP/DF for delivery to you (incoming), or directly to the addressee (outgoing).

iv) The federal government shall forward your non-legal mail to the USMS/BOP/DF for delivery to you or directly to the addressee after a review and analysis period of:

(1) A reasonable time not to exceed fourteen (14) business days for mail that is written entirely in the English language.

(2) A reasonable time not to exceed sixty (60) business days for any mail that includes writing in any language other than English, to allow for translation.

(3) A reasonable time not to exceed sixty (60) business days for any mail where the federal government has reasonable suspicion to believe that a code was used, to allow for decoding.

v) **Mail Seizure** – If outgoing/incoming mail is determined by the USMS/BOP/DF or DEA/HSI/FBI to contain overt or covert discussions of or requests for illegal activities, the soliciting or encouraging of acts of violence or other crimes, or actual or attempted circumvention of the SAM, the mail shall not be delivered/forwarded to the intended recipient but referred to the DEA, HSI, FBI for appropriate action. You shall be notified in writing of the seizure of any mail.

4) **Communication with News Media**

You shall not be permitted to speak, meet, correspond, or otherwise communicate with any member or representative of the news media in person; by telephone; by furnishing a recorded message; through the mail, your attorney, or a third party; or otherwise.

5) **Religious Visitation**

a) If a USMS/BOP/DF- and/or DEA/HSI/FBI-approved religious representative is to be present for prayer with you, the prayer shall be conducted as part of a contact or non-contact visit, at the discretion of the USMS/BOP/DF.

**"Sensitive But Unclassified"**

6) **No Communal Cells and No Communication Between Cells**

    a)    You shall not be allowed to share a cell with another inmate.

    b)    You shall be limited within the USMS/BOP/DF's reasonable efforts and existing confinement conditions, from communicating with any other inmate by making statements audible to other inmates or by sending notes to other inmates.

7) **Cellblock Procedures**

    a)    You shall be kept separated from other inmates as much as possible while in the cellblock area.

    b)    You shall be limited, within the USMS/BOP/DF's reasonable efforts and existing confinement conditions, from communicating with any other inmate while in the cellblock area.

8) **Access to Mass Communications**

To prevent you from receiving and acting upon critically timed information or information coded in a potentially undetectable manner, your access to materials of mass communication is restricted as follows:

    a)    **Publications/Newspapers –**

        i)    You may have access to publications determined not to facilitate criminal activity or be detrimental to national security; the security, good order, or discipline of the institution; or the protection of the public. This determination is to be made by the USMS/BOP/DF, in consultation with the USA/EDNY. You may correspond with the publishing company regarding technical aspects of the publication, i.e., availability of particular volumes, billing questions, etc. The review of this correspondence will be in accordance with section 8(a)(iii), below.

        ii)    Sections of any publication/newspaper that offer a forum for information to be passed by unknown and/or unverified individuals, including but not limited to classified advertisements and letters to the editor, should be removed from the publications/newspapers prior to distribution to you.

        iii)    If restricted by the USMS/BOP/DF rules, access to a publication will be denied. If acceptable, upon delivery, the USMS/BOP/DF will review the publication and make the initial determination. If the DEA's, HSI's, or FBI's expertise is required, the publication will be forwarded to the DEA, HSI, or FBI for review. The USMS/BOP/DF will also forward the

**"Sensitive But Unclassified"**

publication to the DEA, HSI, or FBI if translations are needed to make that determination. (In these cases, the DEA, HSI, or FBI shall respond to the USMS/BOP/DF within fourteen (14) business days.) You shall then have access to the remaining portions of the publications/newspapers deemed acceptable, in accordance with USMS/BOP/DF policy.

iv) In order to avoid passing messages/information from inmate to inmate, you shall be allowed to share institutionally purchased publications/ newspapers with other SAM inmates only after each publication/ newspaper is physically screened by staff to ensure that messages cannot be passed between the SAM inmates.
Publications/newspapers purchased by you may not be shared with any other inmate.

b) **Television and Radio** – You are authorized to have television and radio viewing and listening privileges, in accordance with standard and applicable USMS/BOP/DF policies and procedures.

c) **Termination or Limitation** – If the USMS/BOP/DF determines that mass communications are being used as a vehicle to send messages to you relating to the furtherance of violent or criminal activities, your access may be limited or terminated for a period of time to be determined by the USMS/BOP/DF.

9) **Access to Books**

a) You may have access to all books that do not facilitate criminal activity or present a substantial threat to national security, discipline, or good order of the institution. This initial determination is to be made by the USMS/BOP/DF and, if the USMS/BOP/DF determines that the DEA's, HSI's, or FBI's expertise is required, the book(s) will be forwarded to the DEA/HSI/FBI for review. In conducting its analysis, the DEA/HSI/FBI will determine whether the book advocates or promotes acts of violence or other crimes and/or whether access to the book by you would pose a substantial threat to national security.

b) In order to avoid passing messages/information from inmate to inmate, you shall be allowed to share institutionally purchased books with other SAM inmates only after each book is physically screened to ensure that messages cannot be passed between the SAM inmates. Books individually purchased by you may not be shared with any other inmate.

**"Sensitive But Unclassified"**

10) **Transfer of Custody**

In the event that you are transferred to or from the custody of the USMS, BOP, or any other DF, the SAM provisions authorized for you shall continue in effect, without need for any additional DOJ authorization.

11) **Inmate's Consular Contacts**

You, who are a citizen of a foreign country, shall be allowed Consular communications and visits, consistent with USMS/BOP/DF policy. The Consular contacts shall comply with the U.S. Department of State (DOS) Consular notification and access requirements. Prior to permitting any Consular contact, the FBI/DEA/HIS will verify the Consular representative's credentials with the DOS.[9] Any Consular visit with this inmate shall be monitored and recorded and any incoming or outgoing Consular mail to or from this inmate may be reviewed, at the discretion of FBI/DEA/HIS. DOS has concurred with the proposed monitoring and review by FBI/DEA/HIS.

**CONCLUSION**

The SAM set forth herein, especially as they relate to attorney-client privileged communications and family contact, are reasonably necessary to prevent you from committing, soliciting, or conspiring to commit additional criminal activity. Moreover, these measures are the least restrictive that can be tolerated in light of your ability to aid, knowingly or inadvertently, in plans that create a substantial risk that your communications or contacts with persons could result in death or serious bodily injury to persons.

With respect to telephone privileges, the SAM are reasonably necessary because of the high probability of calls to others to arrange, inspire, or incite terrorist or criminal activities.

With respect to mail privileges, the SAM are necessary to prevent you from receiving or passing along critically timed messages. Accordingly, your interest in the timely receipt and/or submission of mail, with the possible danger the contents of the mail may pose to others has been weighed. It has been determined that delaying mail delivery to allow authorized personnel to examine a copy of the mail is the least

---

[9] *See* U.S. Dep't of State, Consular Notification and Access: Instructions for Federal, State, and Local Law Enforcement and Other Officials Regarding Foreign Nationals in the United States and the Rights of Consular Officials to Assist Them (2018), https://travel.state.gov.CNA

For more information, please contact the Bureau of Consular Affairs in writing at: Consular Notification & Access, U.S. Department of State, CA/P, SA-17 12th Floor, Washington, D.C. 20522-1712; via telephone at (202) 485-7703 or by email at consnot@state.gov

**"Sensitive But Unclassified"**

restrictive means available to ensure that the mail is not being used to deliver requests for, or to assist in, violent threats, and/or criminal acts against government witnesses or others.

The SAM's prohibition of contact with the media is reasonably necessary. Communication with the media could pose a substantial risk to public safety if you advocate terrorist, criminal and/or violent offenses, or if you make statements designed to incite such acts. Based upon your past behavior, it would be unwise to wait until after you solicit or attempt to arrange a violent or terrorist act to justify such media restrictions.

The SAM's limitations on access to mass communications are reasonably necessary to prevent you from receiving and acting upon critically timed messages. Such messages may be placed in advertisements or communicated through other means, such as the television and/or radio. It is believed that limiting and/or delaying media access may interrupt communication patterns you may develop with the outside world, and ensure that the media is not used to communicate information that furthers terrorist, violent, and/or criminal activities.

These conditions are imposed by the USMS/BOP/DF at the request of the Attorney General, through his designated agent, the Deputy Assistant Attorney General.


Received: _____, 2024          _____
           (19 pages)                      Joaquin Guzman
                                           Reg. No. 89914-053

**"Sensitive But Unclassified"**

## ATTACHMENT A—PROHIBITED FAMILY CONTACTS

As provided for in Section 3 of the above SAM, you are not permitted to have telephone contact, in-persons visits, or mail correspondence with the following individuals:

1) Emma Coronel Aispuro (current wife);
2) Bernarda Guzman Loera (sister);
3) Armida Guzman Loera (sister);
4) Ivan Archivaldo Guzman Salazar (son);
5) Jesus Alfredo Guzman Salazar (son);
6) Ovidio Guzman Lopez (son);
7) Joaquin Guzman Lopez (son);
8) Rosa Alitzel Guzman-Paez (daughter);
9) Maria Alejandrina Salazar-Hernandez (first wife); and
10) Griselda Lopez-Perez (second wife)

**"Sensitive But Unclassified"**

## WRITING & READING MATERIALS

- $1.25 _____ ADDRESS BOOK (LIMIT 1)
- $0.65 _____ FLEX PENS (LIMIT 2)
- $0.25 _____ ENVELOPE 10" x 13" (LIMIT 20)
- $1.85 _____ NOTEBOOK 8.5" X 11" (LIMIT 2)
- $1.65 _____ LEGAL FOLDER VELCRO (LIMIT 2)
- $1.80 _____ ENVELOPES 50CT (LIMIT 2)
- $1.10 _____ NOTEPAD 8.5"x 11" (LIMIT 2)

## PERSONAL ACCESSORIES (POSSESSION LIMIT 1 EACH)

- $1.25 _____ AIR FRESHENER (LIMIT 2)
- $1.00 _____ BAND AIDS 10 PK
- $11.25 _____ BREATHE RIGHT STRIPS
- $2.45 _____ COFFEE MUG 22OZ
- $2.60 _____ PHOTO ALBUM
- $0.40 _____ EAR PLUGS
- $0.50 _____ PALM BRUSH
- $3.45 _____ WATER BOTTLE
- $1.30 _____ HEADPHONE ADAPTER
- $0.90 _____ HANDKERCHIEF
- $7.80 _____ EYE GLASSES STRAP
- $3.40 _____ BICYCLE PLAYING CARDS
- $0.60 _____ GREETING CARDS (LIMIT 6)
- $3.10 _____ HEADPHONE EXT CORD
- $3.60 _____ CLUB HAIR BRUSH
- $2.55 _____ BOWL (3 CUPS/750ML) (LIMIT 1)

## ELECTRONICS

- $3.25 _____ VELCRO WATCHBAND
- $2.60 _____ CASIO WATCH BATTERY
- $2.60 _____ GRT CLEAR WATCH BATTERY
- $35.70 _____ KOSS CL-20 HEADPHONES (LIMIT 1)
- $4.10 _____ EAR-BUD (stereo headphones)
- $18.50 _____ SKULLCANDY EARBUDS
- $10.40 _____ CLEAR WATCH

## OILS

- $4.95-5.50 _____ FRAGRANCE OIL (LIMIT 1)

- $4.95 _____ PRAYER OIL (LIMIT 1)

## CLOTHING (POSSESSION LIMITS; SWEATS - 2 SETS; SOCKS - 6 PAIR; GYM SHORTS - 2 PAIR; T-SHIRTS - 3)

- $17.55 _____ SWEAT SHIRT:  L, XL, 2XL

- $23.40 _____ SWEAT SHIRT: 3XL, 4XL, 5XL, 6XL, 7XL, 8XL

- $20.80 _____ SWEAT PANT: L, XL, 2XL, 3XL, 4XL

- $26.00 _____ SWEAT PANT  5XL, 6XL, 7XL, 8XL

- $11.50 _____ SHORTS   L, XL, 2XL, 3XL

- $17.50 _____ SHORTS   4XL, 5XL

- $10.15 _____ THERMAL TOP -  L   or   XL
- $14.30 _____ THERMAL TOP - 2XL, 3XL, 4XL
- $12.75 _____ THERMAL TOP 5XL, 6XL, 7XL
- $13.00 _____ THERMAL BOTTOM -  L   or   XL
- $14.30 _____ THERMAL BOTTOM - 2XL, 3XL, 4 XL,
- $16.90 _____ THERMAL BOTTOM  5XL, 6XL

- $2.95 _____ TUBE SOCKS (WHITE)
- $11.75 _____ CREW SOCKS 6 PAIR.

- $6.50 _____ ATHL. SUPPORTER-------------- M
- $6.50 _____ ATHL. SUPPORTER-------------- L
- $6.50 _____ ATHL. SUPPORTER-------------- XL

- $5.85 _____ T-SHIRT (1 PK):  L   or   XL

- $7.80 _____ T-SHIRT (1PK):  2XL, 3XL

- $9.50 _____ T-SHIRT (1PK):  4XL, 5XL

- $14.30 _____ T-SHIRT (1PK) 7XL

- $12.95 _____ A-SHIRTS (3 PK):  L, XL

- $14.30 _____ A-SHIRTS (3 PK):  2XL

- $16.20 _____ A-SHIRTS (3PK)   3XL

- $1.15 _____ COTTON GLOVES

- $6.50 _____ GRAY BEANIE (WATCH CAO)

- $8.45 _____ LIFTING GLOVES------- M
- $14.25 _____ LIFTING GLOVES  L ,  XL,  2XL

- $1.45 _____ SWEAT BAND (WHITE ONLY)

## RELIGIOUS ITEMS  - LIMIT 1
You can only purchase religious items that are in your religion per Religious Services
- $15.77 _____ PRAYER RUG
- $1.92 _____ BANDANA AZTEC RED
- $7.95 _____ JUMBO KUFI (WHITE) or (BLACK)
- $1.50 _____ MISWAK STICKS
- $3.95 _____ MUSLIM DHIKR PRAYER BEADS
- $12.96 _____ ROSEWOOD CROSS
- $11.95 _____ RASTA BEANIE
- $5.99 _____ THORS HAMMER

## J/K UNIT ONLY – LIMIT 1

- $131.00 _____ Score7C TABLET

- $3.45 _____ HEAVENLY TRAIL MIX

## OTC MEDICATIONS   LIMIT 1

- $4.50 _____ ADVANCED ULTREX PLUS
- $4.40 _____ CALCIUM
- $3.35 _____ VITAMIN C
- $4.30 _____ VITAMIN D
- $3.65 _____ VITAMIN E (400 MG)

- $2.30 _____ ACETAMINOPHEN
- $3.10 _____ PINK BISMUTH
- $1.80 _____ MUSCLE RUB
- $1.45 _____ ANESTHETIC ORAL GEL
- $2.50 _____ TUMS
- $2.10 _____ ARTIFICIAL TEARS EYE DROPS
- $1.50 _____ ASPIRIN 325MG
- $3.80 _____ HEMORRHOIDAL OINTMENT
- $1.80 _____ HYDROCORTISONE CREAM
- $2.80 _____ IBUPROFEN TABLETS 200MG
- $3.40 _____ MILK OF MAGNESIA
- $1.95 _____ LORATADINE ALLERGY TABLETS
- $1.40 _____ ALLERGY RELIEF (yellow pills)
- $6.00 _____ FIBER CARE PILLS
- $1.90 _____ SALINE NASAL SPRAY
- $1.15 _____ COUGH DROPS (LIMIT 2)
- $2.65 _____ FOOT POWDER (MEDICATED)
- $3.90 _____ NAPROXEN (LIKE ALEVE)
- $2.35 _____ TRIPLE ANTIBIOTIC OINTMENT
- $3.45 _____ ANTACID LIQUID
- $9.95 _____ OMEPRAZOLE 20MG
- $1.40 _____ CLEAR ZIT (ACNE TREATMENT)
- $1.50 _____ CLOTRIMAZOLE CREAM 1%
- $4.95 _____ HEARTBURN RELIEF (FAMOTIDINE)
- $18.25 _____ NASACORT
- $ 2.75 _____ STOOL SOFTENER
- $3.00 _____ COUGH SYRUP
- $2.60 _____ CORN PADS

## HOBBY CRAFT ITEMS

- $10.55 _____ TAG BOARD (limit 1)

- $0.80 _____ ART GUM ERASER (limit 1)

- $9.95 _____ DRAWING BOARD 20"x30" (limit 1)

- $7.10 _____ COLORED PENCILS 24pk (limit 1)

- $9.10 _____ ART PORTFOLIO (limit 2)

- $0.80 _____ EBONY PENCIL (limit 2)

- $4.25 _____ CROCHET HOOK 6 Pack (limit 1)

- $13.65 _____ Strathmore Bristol 11"x14" drawing pad

## DRAWING PAPER

- $3.50 _____ White (limit 3)
- $3.55 _____ Blue (limit 3)
- $3.55 _____ Cream (limit 3)

## YARN (limit 4) prices vary* -$14.05

- _____ Kelly Green (light green)
- _____ Dark Pink
- _____ Country Rose
- _____ Forest Green
- _____ Rose
- _____ Cream
- _____ Lavender
- _____ PUMPKIN (orange) *$8.10
- _____ Sunflower (yellow)
- _____ Espresso (brown)
- _____ White

## PHOTO  TICKET   (limit 10)

1.00  Amount: _____

NEW ITEMS (WRITE IN):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*INMATES ARE RESPONSIBLE FOR NOT EXCEEDING POSSESSION LIMITS OF ITEMS SOLD THROUGH THE COMMISSARY.*

*ALL PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE. NO SUBSTITUTIONS WILL BE MADE UNLESS REQUESTED ON SLIP!*

*ALL SALES ARE CONSIDERED FINAL ONCE AN INMATE HAS SIGNED THE SALES RECEIPT AND THE STAFF MEMBER HAS DEPARTED THE CELL FRONT. NO EXCHANGES ARE ALLOWED. ALL PRODUCT WARRANTIES ARE THAT OF THE MANUFACTURER AND ARE NOT OFFERED THROUGH THE COMMISSARY.*

*INMATES MUST HAVE AVAILABLE FUNDS ON THEIR ACCOUNT PRIOR TO PLACING THEIR ORDER. IF FUNDS ARE NOT AVAILABLE ON SELLING DAY, THEN THE COMMISSARY LIST CANNOT BE FILLED.*

*ALL ITEMS WILL COUNT AGAINST YOUR MONTHLY SPENDING LIMITATION WITH THE EXCEPTION OF STAMPS, VITAMINS, AND OVER-THE-COUNTER MEDICATIONS.*

*YOU MAY SUBMIT A REQUEST TO A STAFF MEMBER (COP-OUT) ADDRESSED TO THE COMMISSARY COMMITTEE TO MAKE SUGGESTIONS OR REQUEST CHANGES IN THE COMMISSARY.*

*(RC) - ITEMS MARKED WITH (RC) HAVE A RELIGIOUS CERTIFICATION.  PLEASE REVIEW ALL INGREDIENTS TO ENSURE THAT THEY COMPLY WITH YOUR RELIGIOUS DIETARY REQUIREMENTS.*

*WATCH THE CLOSED CIRCUIT NETWORK TV FOR INFORMATION ON NEW ITEMS, PRICE CHANGES AND OUT OF STOCK ITEMS.*

*THE COMMISSARY WILL ORDINARILY BE CLOSED FOR INVENTORY DURING THE LAST ACCOUNTING WEEK OF EACH QUARTER.*

**A. CIOLLI, COMPLEX WARDEN**
**January 29, 2024**



## UNITED STATES PENITENTIARY - ADMINISTRATIVE MAXIMUM, FLORENCE, CO    ** COMMISSARY LIST **
### ALL UNITS MAXIMUM SPENDING LIMIT - $310.00 PER MONTH

**POSTAGE STAMPS (POSSESSION LIMIT $40.80)**

- $0.01 _____ (SINGLE)
- $0.24 _____ (SINGLE)
- $0.68 _____ (SINGLE)
- $13.60 _____ (BOOK OF 20 $0.68 STAMPS)
- $1.00 _____ (SINGLE)

**TOILET PAPER – LIMIT 3**

- $0.75 _____ EARTH FIRST SINGLE ROLL TOILET PAPER

**TOILETRY ITEMS (LIMIT 2 on all items, except ones noted below)**

- $1.15 _____ ANTIBACTERIAL BAR SOAP
- $3.65 _____ 2/PK IRISH SPRING BAR SOAP
- $3.00 _____ AMBI COMPLEXION BAR SOAP
- $2.50 _____ DOVE BAR SOAP
- $4.35 _____ SUAVE MEN 3 IN 1
- $0.70 _____ SOAP DISH
- $1.80 _____ BODY GUARD DEODORANT
- $1.70 _____ DIAL ROLL-ON DEODORANT
- $2.05 _____ BABY POWDER (RC)
- $4.55 _____ SULFUR 8 SHAMPOO
- $4.00 _____ SULFER 8 CONDITIONER
- $5.10 _____ DANDRUFF SHAMPOO
- $2.60 _____ WHITE RAIN SHAMPOO
- $2.70 _____ COLGATE GEL
- $3.50 _____ CREST TOOTHPASTE
- $1.45 _____ DENTURE BRUSH
- $7.45 _____ COLGATE SENSITIVE TOOTHPASTE
- $1.80 _____ MOUTHWASH
- $1.60 _____ TOOTH BRUSH
- $0.40 _____ STIM-U-DENT TOOTH PICKS
- $3.05 _____ DENTAL FLOSS LOOPS 30PK
- $4.15 _____ FIXODENT CREAM
- $3.50 _____ DENTURE CLEANING PASTE
- $2.05 _____ DENTAL BATH (denture tray)
- $0.65 _____ FRESHSCENT BODY LOTION
- $4.15 _____ SUAVE COCOA BUTTER LOTION
- $4.70 _____ LUBRIDERM LOTION
- $5.60 _____ PALMERS LOTION
- $1.35 _____ STYLING GEL
- $2.20 _____ CHAPSTICK
- $2.85 _____ BLISTEX
- $1.70 _____ COTTON SWABS
- $4.35 _____ SUNSCREEN
- $5.00 _____ SHOWER SHOES (Put Size) _____
- $22.10 _____ DR. SCHOLL'S GEL INSOLES (limit 1)
- $2.25 _____ COCOA BUTTER STICK
- $0.15 _____ SHOWER CAP
- $2.50 _____ ROYAL CROWN
- $7.15 _____ AFRICAN PRIDE MAGICAL GRO (limit 1)
- $3.10 _____ MURRAYS POMADE
- $4.70 _____ SHAVE CREAM (BARBASOL)
- $1.25 _____ SHAVE GEL
- $1.85 _____ AJAX DISH SOAP (limit 1)

**COOKIES CANDY LIMIT 12**

- $2.15 _____ COOKIES (limit 3)
- $1.40 _____ GRANOLA BAR (limit 6)
- $1.40 _____ TWIX (limit 6)
- $1.50 _____ KITKAT (limit 6)
- $3.55 _____ HERSHEY CHOCOLAT BARS (limit 6)
- $2.20 _____ STARLIGHT MINTS sugar free (limit 6)
- $2.20 _____ GRACEY'S HARD CANDY sugar free (limit 6)
- $2.20 _____ ROOT BEER BARRELS sugar free (limit 6)
- $4.20 _____ JOLLEY RANCHERS sugar free (limit 6)
- $1.80 _____ BRIDGE MIX (Limit 6)

**CHIPS LIMIT 6**

- $1.85 _____ **DORITOS**
- $1.45 _____ PEPES PORK RINDS
- $1.35 _____ **POPCORN COY VAL**
- $2.20 _____ CHEETOS FLAME
- $2.70 _____ TORTILLA CHIPS
- $1.70 _____ **MOON LODGE CHIPS**

**DRINKS LIMIT 8**

- $2.60 _____ TEA BAGS (RC)
- $3.90 _____ DECAFFEINATED COFFEE (RC)
- $11.15 _____ TASTER'S CHOICE COFFEE (RC)
- $8.45 _____ FOLGER'S COFFEE
- $3.75 _____ KEEFE COFFEE
- $1.40 _____ SUMMER COLADA sugar free (limit 2)
- $1.40 _____ POLAR BLAST sugar free (Limit 2)
- $1.40 _____ PK STRAW/WATERMLN sugar free (Limit 2)

**SOUPS LIMIT 14**

- $0.55 _____ CAJUN SHRIMP
- $0.55 _____ RAMEN SPICY VEGETABLE
- $0.55 _____ RAMEN LOW SODIUM CHILI SOUP
- $0.55 _____ TEXAS BEEF

**Submit SPO form to Unit Team (prices vary per item) (limit 7)**
Cheese Tortellini (RC)
Vegetarian Stew (RC)
Florentine Lasagna (RC)
Pasta w/Garden Vegetables (RC)

**RICE LIMIT 6**

- $0.80 _____ SPANISH RICE (RC)
- $1.20 _____ WHITE RICE (halal)
- $2.35 _____ CHEESE RICE (RC)

**CRACKERS, TORTILLAS & CEREALS LIMIT 7**

- $5.10 _____ RAISIN BRAN (RC) (LIMIT 1)
- $4.75 _____ Honey Nut Scooters (LIMIT 1)
- $4.90 _____ CORN FLAKES (LIMIT 1)
- $3.10 _____ SNACK CRACKERS (RC) (LIMIT 2)
- $2.30 _____ CHEESE CRACKERS
- $2.15 _____ SALTINES (RC) (LIMIT 2)
- $2.65 _____ PESOS FLOUR TORTILLAS, 12PK (LIMIT 2) (RC)
- $3.00 _____ ROLLED OATS (RC)

**SEASONS, SPREADS & SAUCES LIMIT 8**

- $3.70 _____ HONEY sugar free (RC)
- $1.40 _____ SWEETMATE BLUE (LIMIT 1) (RC)
- $3.00 _____ PEANUT BUTTER, CRUNCHY (LIMIT 2) (RC)
- $3.00 _____ PEANUT BUTTER, CREAMY (LIMIT 2) (RC)
- $3.25 _____ MAYONNAISE (RC)
- $3.70 _____ SQUEEZE CHEESE 14OZ BOTTLE (LIMIT 1)
- $1.25 _____ SOY SAUCE (RC)
- $1.50 _____ VEGETABLE FLAKES (RC)
- $1.30 _____ ADOBO SEASONING (RC)
- $2.20 _____ GARLIC POWDER (RC)
- $1.80 _____ SALT & PEPPER
- $1.90 _____ SAZON W/ GOYA
- $7.65 _____ CHIPOTLE AIOLI
- $5.70 _____ BBQ SAUCE

**PACKETS LIMIT 12**

- $0.50 _____ RANCH PACKETS
- $0.80 _____ MUSTARD 12 PK STRIP
- $1.20 _____ PICANTE SAUCE 10/PK STRIP (LIMIT 1)

**MEAT & CHEESE ITEMS LIMIT 10**

- $1.25 _____ SMOKED SWISS
- $1.60 _____ SHARP CHEESE BAR
- $2.60 _____ BEEF SAUSAGE
- $3.15 _____ HALAL SAUSAGE
- $2.05 _____ TUNA (halal)
- $2.55 _____ PEPPERONI SLICES
- $1.40 _____ MACKEREL (RC)
- $3.50 _____ SALMON (RC)
- $1.25 _____ SARDINES (RC)
- $2.25 _____ DONA ADELA (PORK)
- $1.95 _____ BRUSHY CREEK CHILI WITH BEANS
- $7.00 _____ CHICKEN _____
- $1.60 _____ BEEF COMBO STICK
- $1.55 _____ SPAM SINGLES

**BEANS LIMIT 6**

- $1.95 _____ JALAPENO REFRIED BEANS (RC)

**FRUITS & NUTS LIMIT 6**

- $1.80 _____ OLIVES
- $3.90 _____ DATES
- $1.05 _____ KOSHER PICKLE (RC)
- $3.15 _____ PEANUTS (RC)
- $0.80 _____ SUNFLOWER SEEDS 2.5OZ
- $3.90 _____ KARS MIXED NUTS 8 OZ.

Resibir corta cuandomenor cada mes y mi familia abogada mis 2 hermanas mis hermanos mis hijos le e escrito a mis 2 niñas de escasos 12 años y a mi hermana que son las unicas que me dieron permiso de escribir duran asta 10 meses en Resibir corta lo mas Rapido que an llegado a Resibir son 5 meses la fiscal que esta al frente de las Reglas a tomado muy personal todo en mi contra y todo por la Rason que los Escritos que e echo llegar a la corte i exibido las annomalias que llevaron a cabo en mi contra los fiscales de mi caso y ella fue la que inicio el proceso me a mantenido en condiciones queles incomunicados asta el dia de oy intentando apollandose en los medios de Cumunicacion para no autorisar ni siquiera llamada telefonica con mi abogada todos los presos que estan en la comidad donde yo me incuentro estan Bajo las Reglas sams igual que yo y tienen llamada con su abogado y con su familia e una llamada telefonica cada semana el unico soy yo nada mas que nota me autorisan llamada demaciado personal no ay justificacion yo soy Respetoso con todo el personal le pido el gran favor que aplique el Reglamento de antemano le agradesco

Joaquin Guzman Jr.

2/6/2024

persona para poder tener actividades quiero estudiar para aprender ingles ya que los oficiales no me ablan en español los que saben español y yo no se ingles es una tortura muy grande las 24 horas de todo tipo no saber ingles no se lo que disen los oficiales y ber que los que ablan español no me ablan en español si yo les ablo ellos me contestan en ingles a sido demaciado dificil para mi asta el dia de oy el idioma si me dan algun escrito me lo dan en ingles no se que diga y nunca viene una persona de la istitucion a leermelo para yo saber que dise es una descriminacion sin precidente yo miro segido en la televicion en telemundo o en univicion que son los canales que me pusieron en español los demas canales que me pusieron estan en ingles y como no se ingles miro nada mas esos 2 canales y segido veo al señor precidente Baiden que abla en esos 2 canales refiriendose a la descriminacion al Rasismo que esta encontra de la descriminacion y del Rasismo estoy seguro que usted piensa igual que el señor precidente Baiden una persona umana eso me queda claro sino el señor precidente no la tubiera en su gabinete y le pido el gran favor que me ayude a como indica el Reglamento que lo aplique a mi persona para que mi familia pueda

U.S. Department of Justice

Federal Bureau of Prisons

# Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Joaquin Guzman L.      899l4053      H      onax
**LAST NAME, FIRST, MIDDLE INITIAL**      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** de la manera mas atenta le solicito por favor que
interbenga en mi situacion que me encuentro desde que llege a este lugar
me encuentro en condiciones quedes inunmanas sin actibidades nada
mas en la selda pasan meses para tener una llamada con mi abogada
porque no autorisan llamada con mis 7 niñas y mi permana el Juez
autoriso 7 llamadas al mes una cada 15 dias en mayo se cumple un
año que no me dan llamada con mi permana ya que ella esta
autorisada por el Juez de Resibir la llamada y pasarme las niñas
en desiembre me dieron una llamada con las niñas pero fue a traber
te mi abogada y asta el dia de oy no me an autorisado llamada con
mis niñas le pido el gran fabor que aplique el Regramento a mi

2/6/2024
DATE

Joaquin Guzman L.
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
MAR 06 2024
Administrative Remedies
Federal Bureau of Prisons

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE      CASE NUMBER: 1183606

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION
SUBJECT: _____

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

Case No. 1:24-cv-01842-GPG-MEH  Document 15  filed 10/03/24  USDC Colorado  pg 27 of 28

Name: Joaquin ~~~~~~~ J.
Reg No.: ~~~~~~~~~~
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500
cm 24-89914053-0926-mo-047



Correo Especial office of the clerk
united states district court
alfred A. arrag courthouse
901·19th st. Room A105
denver C.O. 80294:3589

de mi nariz y mis oidos le pido el gran
fabor que me autorise un Especialista en nariz
y oidos del Esterior para que me Rebise y el
Especialista ya diga que medicamento ay que
Comprar por lo que Cuesta la medicina y el
Especialista no ay problema mi abogada pagora
los gastos usted puede checar en la istitucion
y se dara cuenta que cada semana Estoy Comprando
medicamento para la alergia y aqui en la
istitucion tambien me an dado medicamento
para la alergia de la nariz y como ya tengo mucho
tiempo con la alergia ya se me iso Cronica

de antemano le agradesco
Joaquin Guzman L.

no le ago llegar Copias ni original de la P8
ni de la P9 ni de la P10 ni Copias por la Razon que no
me an entregado de la Region de Regreso ni Copias ni
original le pido el gran fabor que me autorice el
Especialista ya que me encuentro Bastante mal
de salud a Raiz de la alergia y mis oidos
gracias

7/8/2024

y en la noche me pongo los tapones en los oidos para poder dormir y para la alergia de la nariz compro medicamento en la comisaria pero no me ase probecho no me quita la alergia aqui en la istitucion me an dado medicamento pero no me ase probecho no me quita la alergia y como ya tengo mas de 7 años con la alergia ya me duele asta la frente parte de la cara mi nariz siempre me esta doliendo desde que llege a la pricion ya ase mas de 4 años e ablado tanto personal como por escrito con los jefes de la pricion que an estado en la pricion y el jefe actual tambien que por fabor me autorisen del esterior un especialista para que me venga a rebisar mis oidos y mi nariz que los gastos del especialista mi abogada los paga pero asta el dia de oy no me an autorisado un especialista en oidos y nariz del esterior por esa razon en agosto escribi la P8 y la P9 aqui en la istitucion como no tube respuesta escribi la P10 a la region a principios de octubre ase ya 4 meses y como no e tenido respuesta de la region por esa razon me beo abligado a escribir la P11 a Waschingtoy disculpe que lo moleste pero no me queda otra otra accion ya que estoy muy mal

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Joaquin Guzman Jr.          89914053          H          max
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL**

manifestarle lo siguiente de la manera mas atenta me dirijo a usted para manifestarle lo siguiente, enbie en agosto con la P.8 luego escribi la P.9 aqui en la istitucion y a principios octubre escribi a la Region en kanzas City la P.10 ya pasaron 4 meses y no tengo respuesta se trata que desde que llege a Estados unidos ase mas de 7 años me pego alergia en la naris y me comensaron a doler los oidos a raiz del ruido que producen aparatos de aire y el ruido del ducto por donde sale el aire en la suda para los oidos, compro tapones para los oidos en la comisoria

7/8/30 24
DATE

Joaquin Guzman Jr.
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

GENERAL COUNSEL

FIRST COPY: WASHINGTON FILE COPY

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN

BP-231(13)
JUNE 2002

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Joaquin Guzman Lc        89914053        4        man
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** de la manera mas atenta me dirijo a usted para manifestarle lo siguiente tengo en este lugar al rededor de 54 meses y asta el dia de oy no se a aplicado el Reglamento de la Aicion a ni persona esta el dia de oy la unica actividad que estoy resibiendo tres dias a la semana me sacan a Rec con duracion de 3 horas pero a donde me sacan no pega el sol por que las paredes estay muy altas y aparte pusieron Rejas que impiga el sol a donde me sacan tampoco pegaria el Sol bien a que las Rejillas lo impidirian tengo mas de 7 años que llege

1/3/2024
DATE

_Joaquin Guzman L_
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____        _____
DATE        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____        _____
DATE        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

mi proceso que ubo muchas anomalias de porte de ellos en mi contra y a Rais de eso la fiscal que esta al frente de las Reglas sanps a tomado Represalias en mi contra inbentando apollandose de los medios de comunicacion para Justificar las condiciones inumanas en las que me encuentro desde que llege a los estados unidos ase mas de 7 años desde mi llegada a los Estados unidos en este lugar tengo mas de 4 años y me an mantenido en condiciones inumanas una descriminacion sin presedente una tortura muy grande de todo tipo una cosa es que mi caso es demaciado politico a Rais de la muerte del Cardenal Juan Jesus posada Ocampo que el Gobierno de mexico asecino en 1993 culpando a Guzman de su muerte asiendole una campaña a traber de los medios de comunicacion asta combertirlo en un Villano asiendola ver ante el mundo entero el ombre mas malo del mundo y el narcotraficante mas grande del mundo luego sigio el gobierno de Estados unidos con el mismo cuento usando los medios de comunicacion existe la evidencia que asi a sido del testigo numero uno del Gobierno Vicente Zambada el dijo eso en el Juicio que los gobiernos de mexico y el de Estados unido le isieron una campaña a Guzman para aselo grande y asi poder detenerlo demaciado politico mi caso le pido de Jabor que se base en el comportamiento de Guzman no lo que ablen los medios yo e sido Respetoso con todo el personal de la pricion no ay una Justificacion para que me mantengan en estas condiciones queles inumanas le pido de Jabor que aplique el Reglamento a mi persona de antemano le agradesco

11/28/2023

Extraditado a Estados Unidos y asta el dia de oy no me a dado el sol a todos los presos que se encuentran en este lugar todos los dias de la semana los sacan a donde da el sol y a mi nada mas tres dias a la semana me sacan y a donde me sacan no da el sol usted sabe que todo ser de la tierra si no le da el sol se Enferma sea una planta o cualquier ser de la tierra es una descriminacion sentenele a mi persona al no darme ninguna actividad no se ingles y los oficiales que ablan Español no me ablan en Español y yo no se ingles una tortura muy grande las 24 horas sicologicamente Emocionalmente mentalmente y fisica ya que cuando me sacan a Quieta me ponen unas Esposas que son duras no tienen cadena como las Esposas que son comunes y las Esposas que me ponen me lastiman las manos cuando tengo que firmar algun documento a mi abogada es un problema a Rais de las Esposas que me lastiman las manos y cuando tengo que Repisar documentos de mi situacion juridica es un problema a Rais de las Esposas que me ponen todos los presos que se encuentran en la unidad donde yo me encuentro cuando llegan a tener visita cuando llegan al cubiculo de visita les quitan las Esposas de las manos y cuando los Regresan a su selda ya se las Vuelben a poner al Regreso y las Esposas que les ponen a los demas presos no lastiman las manos ya que son Esposas comunes y todo esto es a Rais de la fiscal que esta al frente de las Reglas somos ya que ella lo a tomado demaciado personal a mi persona ya que ella inicio mi proceso y yo en las mociones que e echo llegar a la corte de mi mayor e exhibido a los fiscales que llevaron acabo

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Joaquin Guzman Lo                89914053              H          max
  LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.           UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** de la manera mas atenta me dirijo a usted para
manifestarle lo siguiente tengo en este lugar al rededor de 53 meses
y asta el dia de oy no se a aplicado el Reglamento de la precion a
mi persona esta el dia de oy la unica actividad que estoy
Resibiendo tres dias a la semana me sacan a Rec con
duracion de 2 horas pero a donde me sacan no pega el sol
porque las paredes estan muy altas y aparte pusieron Rejas que
si pegora el sol a donde me sacan tampoco pegaria el sol bien
ya que las Rejillas lo impiden tengo mas de 7 años que llege

11/28/2023
  DATE                                    Joaquin Guzman L.
                                          SIGNATURE OF REQUESTER

---

**Part B - RESPONSE**

DEC 08 2023

---

DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

**ORIGINAL: RETURN TO INMATE**

REGIONAL DIRECTOR

CASE NUMBER: **1183606-R1**

---

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT:_____

---

DATE                              SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                          BP-230(13)

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Joaquin Guzman Jr.   89914053   H   max
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A- INMATE REQUEST**

manifestarle que de la manera mas atenta me dirijo a usted para el día de oy no tengo labor para que aplique el Reglamento ya que esta dias a la semana que me sacan a Rec. pero a donde me sacan ora da el sol ya que las paredes estan muy altas y el lugo muy Reducido mide al Rededor de 7 pies de ancho por aproximadamente 8 o 9 pies de largo a todos los presos de esta unidad H donde me encuentro los sacan a Rec. todos los dias y a donde los sacan les da el sol y el lugar mide al Rededor de 10 pies de ancho por al Rededor de 18 pies de largo y tienen llamada con su abogado cada semana y a mí pasan meses y no me autorisan llamada por favor aplique el Reglamento

8/22/2023
DATE

Joaquin Guzman Jr.
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE _____   WARDEN OR REGIONAL DIRECTOR _____

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE   CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

_Notice to Inmate:  Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._

Inmate Name: _Joaquin Guzmán Jr_  Reg. No.: _89914053_

Unit: _H_  Date: _8/12/2023_

NOTICE TO INMATE:  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor.  Please follow the steps listed below:

1.  State your complaint (single complaint or a reasonable number of closely related issues):

_De la manera mas atenta le solicito se aplique el Reglamento de la prision a mi persona ya que todo preso tiene ese derecho ya que es la Jefa del preso en la prision_

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2.  State what resolution you expect:  _Espero que se my aplique el Reglamento ya que asta el dia de oy no se a aplicado sigo como el dia que llege sin actividades quiero estudiar_

Inmate's Signature: _Joaquin Guzmán Jr_  Date: _8/12/2023_

Counselor's Signature: _____  Date: _____

Department Involved: _____  Date Assigned: _____  Due Date: _____

Department's Response regarding Complaint: _____

_____

Department Head Signature: _____  Date: _____
Unit Manager's Review: _____  Date: _____
Informally Resolved: _____  Date: _____

| | | | | | |
|---|---|---|---|---|---|
| DATE | _6/20/23_ | | | | |
| TIME | | | | | |
| COUNSELOR | | | | | |

FLX 1330.18E  Administrative Remedy Program  Attachment 1





**1.** Look in your dictionary. Write the dates.

    **a.** The student got feedback from another student.       *Oct. 1*

    **b.** The teacher gave a writing assignment.       _____

    **c.** The student turned in his composition.       _____

**2.** Read the composition. **True** or **False**? Write a question mark (**?**) if the information isn't in the composition.

> I arrived in this country in 1997. I c~~o~~me *a* with my parents, my brother, and my little sister. At first I wasn't very happy. I didn't know anyone beside*s* my family, and I missed my friends a lot. My mother told me, "Don't worry! Things will get better."
>
> When I began ~~the~~ school, things improved a little. I made some friends right away. We studied together and spent time together on the weekends. Since we were all from different countries we had to speak English. That really helped a lot! Now I can even write a composition in English. I guess my mother was ~~write~~. *right*

    **a.** Someone edited the paper.       *True*

    **b.** This is a first draft.       _____

    **c.** There are two paragraphs in this composition.       _____

    **d.** There are only six sentences in the second paragraph.       _____

    **e.** The student used question marks.       _____

    **f.** The student used three apostrophes in the first paragraph.       _____

    **g.** The student used a semicolon.       _____

    **h.** There is a colon before the quotation marks.       _____

    **i.** The period comes *before* the last quotation marks.       _____

    **j.** The last sentence of the second paragraph ends with an exclamation mark.       _____

    **k.** There are two commas in the second sentence of the first paragraph.       _____

    **l.** The student turned in his paper late.       _____

**3.** What about you? Check (✓) the things you usually do when you write a composition.

    ☐ write a first draft     ☐ edit it     ☐ get feedback     ☐ rewrite the paper before I turn it in

**Challenge** Write a composition of three paragraphs about how you felt when you came to this country or started this school. Write a first draft, edit it, get feedback, rewrite it, and turn it in to your teacher.

SEND: 11-11-24 ESL 112-113



GUZMAN
H-510

## Types of Schools



1. Look in your dictionary. Read the teachers' comments and write the type of school the student is attending.

   a. Carrying that heavy book paid off. Good luck in college.  ____high school____

   b. You'll be a great mechanic, Marcia.  _____

   c. Your English has improved a lot this semester, Ms. Rivera.  _____

   d. José enjoys playing with blocks.  _____

2. Complete the school directory. You can use your dictionary for help.

| Name and Type of School | Public/Private/Parochial |
|---|---|
| a. Baychester ___High School___ (Grades 9–12) <br> 966 students • free | ___public___ |
| b. Berg County _____ (Continuing Education) <br> ESL, Citizenship classes • 147 students • free | _____ |
| c. Country Day _____ (Ages 3–5) <br> 874 students • $6,000/yr. | _____ |
| d. EMI _____ (Computer Training) <br> 235 students • $670 per semester | _____ |
| e. Gale _____ (Undergraduate, Graduate) <br> 8,230 students • $6,000 per semester | _____ |
| f. Hartwood _____ (Grades 1–5) <br> 830 students • free | _____ |
| g. St. Mary's _____ (Grades 6–8) <br> 267 students • $1,125/yr. | _____ |

3. Write the letter of the school from Exercise 2 that each person attends.

   a. Our 13-year-old son needs small classes, but we can't pay much.  __a__

   b. I work in a fast food restaurant during the day, and I get job training at night.  ____

   c. I graduated from college in my country. I study English at night.  ____

   d. My granddaughter is only four. She loves going to school.  ____

   e. We have two children in elementary school. Our taxes pay for their education.  ____

   f. I plan to go to law school after I graduate.  ____

4. What about you? What types of schools did you attend for each level? What did you like or dislike about them? Write sentences. Use your own paper.

   **Example:** *I attended a public preschool. I liked it because we went on a lot of trips.*

**Challenge** Look at the pie chart on page 184 in this book. Answer the questions.

SEND: 11-14-24 ESL 112-113

*Gizman*
d. OEB-510

# *BOMB* _____ *IN OKLAHOMA CITY KILLS 170*

**OKLAHOMA CITY, Apr. 19**—A car bomb went off outside a federal office building killing 169 people. A member of the _____ also died while trying to save the victims. The bomb destroyed most of the nine-story building and damaged many other buildings in the area.

e.

# High Winds in Jamaica

**KINGSTON, Sept. 18**— _____ Gilbert, the most powerful Atlantic storm ever recorded, struck the island of Jamaica and Mexico's Yucatan Peninsula leaving more than 200 dead. Winds reached 218 miles an hour. Whole trees flew through the air.

f.

# THE _____ OF '93

**BOSTON, Mar. 22**—Described as a "hurricane with snow," the giant storm hit the eastern third of the United States. The winds created snow drifts as high as 14 feet in New England.

g.

# *A Long Dry Winter*

**SANTA BARBARA, March 23**—As a result of 73% less rain than usual over the last year, California is experiencing its worst _____ since the 1930s. The state is going to stop water deliveries to farms in an effort to save water.

**Challenge** Write a paragraph about an emergency or a natural disaster.

Go to page 175 for Another Look (Unit 7).

SEND: 10-7-24 ESL 102-103



## Emergencies and Natural Disasters

*Guzman*
*H-510*

**1.** Look in your dictionary. Which disaster is the news reporter talking about?

a. "The same mountain erupted five years ago." <u>volcanic eruption</u>

b. "All homes near the beach were destroyed by the water." _____

c. "The two vehicles were badly damaged, but luckily, the drivers were not hurt in the crash at the intersection of Tenth and Elm." _____

d. "Store detectives found the little girl sitting on the floor." _____

e. "The twister destroyed several farms in its path." _____

**2.** Complete the newspaper articles. Use the words in the box.

| | | | | |
|---|---|---|---|---|
| airplane crash | blizzard | drought | ~~earthquake~~ | explosion |
| fire | firefighters | hurricane | search and rescue team | |

**a.**

# Disaster Strikes Kobe, Japan

**TOKYO, Jan. 17**—An ____earthquake____ measuring 7.1 on the Richter scale hit the city of Kobe, Japan, killing more than 5,000 people and injuring 26,500 others. More than 100,000 buildings were destroyed.

**b.**

# _____ KILLS 109

**MIAMI, May 11**—A DC-9 jet en route to Atlanta went down in the Florida Everglades just a few minutes after takeoff from Miami. All 109 passengers were killed. The cause of the disaster is not yet known.

**c.**

# INFERNO IN LONDON UNDERGROUND

**LONDON, Nov. 17**—Thirty died and 21 were seriously injured in a _____ in one of the busiest subway stations in the world. "As soon as I got on the escalator, I could smell burning," said one witness. Seconds later she saw the red flames and dark smoke. _____ rushed to the scene.

SEND: 10-7-24-ESL 102-103

GUZMAN H-510

## A Plane Trip



**1.** Look in your dictionary. **Before** or **After**? Circle the correct word.

a. The passenger went through security before /(after) he checked his bags.

b. He fastened his seat belt before / after he looked for the emergency exit.

c. He requested a blanket before / after they experienced turbulence.

**2.** Look at the flight information. **True** or **False**? Write a question mark (**?**) if the information isn't there.



**HAPPY TRAVELS**

ORTIZ/VILMA  PAGE 1 OF 1 FILE #142-34-02-54-2

RECONFIRM RESERVATIONS 72 HRS PRIOR TO EACH FLIGHT. FAILURE TO DO SO MAY RESULT IN MISSING YOUR FLIGHT OR HAVING THE SPACE CANCELED BY THE AIRLINE.

| AIRWAY AIRLINES | | FLIGHT 613 | 10MAR SUN | |
|---|---|---|---|---|
| DEPART | 0755A | NEW YORK LGA | | CHECK-IN REQUIRED |
| ARRIVE | 1048A | MIAMI MIA | | MEALS: SNACK |

| AIRWAY AIRLINES | | FLIGHT 695 | 10MAR SUN | |
|---|---|---|---|---|
| DEPART | 1115A | MIAMI MIA | | SEAT 23D NON-SMOKING |
| ARRIVE | 0155P | SAN JUAN SJU | | MEALS: SPECIAL LOW-SALT |

a. The passenger bought her ticket from Happy Travels. ___True___

b. This is a boarding pass. _____

c. Her destination is New York. _____

d. The arrival time in Miami is 11:15 A.M. _____

e. The departure time from New York is 7:55 A.M. _____

f. Passengers will board flight 613 at 7:35 A.M. _____

g. Passengers can have two carry-on bags. _____

h. Flight 613 takes off Sunday morning. _____

i. It lands on Sunday afternoon. _____

j. There's a stopover of about 30 minutes. _____

k. The passenger has to change planes in San Juan. _____

l. She doesn't have to check in for flight 613. _____

m. She is in seat 23D on flight 695. _____

n. The seat is next to an emergency exit. _____

o. The passenger requested a special meal. _____

p. Passengers will claim their baggage at carousel 4. _____

**Challenge**  Write a paragraph about a plane trip you (or someone you know) took.

▶ Go to page 177 for Another Look (Unit 8).

SEND: 11-4-24 ESL 110-111



# An Airport

1. Look in your dictionary. Who's speaking? About what?

   a. "My other bag isn't on it!"     passenger          carousel

   b. "Number 24 is to your right."    _____     _____

   c. "You didn't sign it."            _____     _____

   d. "Put it over your face."         _____     _____

2. Circle the correct words to complete the travel tips.

## ESL International Travel Tips

### Before Your Flight

★ Arrive at customs /(the airline terminal) at least two hours before your flight.
   a.

★ Check the departure monitor / control tower for information about your flight.
   b.

★ After going through security, go to the check-in counter / baggage claim area.
   c.

   Show your ticket to the pilot / airline representative.
   d.

★ Go to your gate / carousel.
   e.

★ Wait in the cockpit / boarding area.
   f.

### On the Plane

★ Put your carry-on bags in the luggage carrier / overhead compartment.
   g.

★ Pay attention as your airline representative / flight attendant shows you how to
   h.

   put on your oxygen mask / helicopter and gives you other safety information.
   i.

★ Keep your seat belt / tray table fastened around your waist in case of turbulence.
   j.

★ Fill out a declaration form / an arrival monitor before you land.
   k.

### After You Land

★ Go to the check-in counter / baggage claim area to get your luggage from the
   l.

   luggage carrier / carousel.
   m.

★ Take your bags through customs / the boarding area.
   n.

*Have an enjoyable trip, and thanks for flying ESL Airlines!*

**Challenge** Find out about a job in an airport. Would you like this job? Why or why not?
Write a paragraph.

**4.** Look in your dictionary. Write the season.

a. Tim's birthday _____ spring _____   c. the man and woman's anniversary _____

b. Easter _____   d. the man's vacation _____

**5.** Read the information. Write the season next to each holiday.

### Legal Holidays—U.S. 2006

| a. | _____ winter _____ | Christmas | 12/25 | |
|---|---|---|---|---|
| b. | _____ | Columbus Day | 10/9 | *(2nd Mon. of the month)* |
| c. | _____ | Independence Day | 7/4 | |
| d. | _____ | Labor Day | 9/4 | *(1st Mon. of the month)* |
| e. | _____ | Martin Luther King Jr.'s Birthday | 1/16 | *(3rd Mon. of the month)* |
| f. | _____ | Memorial Day | 5/29 | *(last Mon. of the month)* |
| g. | _____ | New Year's Day | 1/1 | |
| h. | _____ | Thanksgiving Day | 11/23 | *(4th Thurs. of the month)* |
| i. | _____ | Veterans Day | 11/11 | |
| j. | _____ | President's Day | 2/20 | *(3rd Mon. of the month)* |

**6.** Look at the chart in Exercise 5. Put the holidays in the correct time order in the columns below. Write the seasons and the months in words.

_____ Winter _____

| Date | Holiday |
|---|---|
| January 1 | New Year's Day |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

_____

| Date | Holiday |
|---|---|
| _____ | _____ |
| _____ | _____ |

_____

| Date | Holiday |
|---|---|
| _____ | _____ |

_____

| Date | Holiday |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**7.** Look at the chart in Exercise 5. Which months do not have any legal holidays?

_____ March _____, _____, _____, _____

**Challenge** Look at the chart on **page 182** in this book. Follow the instructions.

SEND: 12-11-23 ESL 0X INT

19



# Tools and Building Supplies  Guzman Luis   H509

1. Look in your dictionary. Cross out the word that doesn't belong. Then write the section of the hardware store.

a. ___hardware___   nail        bolt      ~~outlet~~    screw
b. _____      ax          plunger   pipe          fittings
c. _____      circular saw hammer   router        electric drill
d. _____      brush       roller    spray gun     chisel
e. _____      wire stripper drill bit wire         extension cord
f. _____      hacksaw     flashlight wrench        mallet

2. Complete the conversations with the correct words from the box.



yardstick   masking tape   flashlight   ~~extension cord~~
plunger   vise   level   tape measure
electrical tape   roller

a. **Ty:**  I want to plug in this electric drill, but it doesn't reach the outlet.
   **Jade:** No problem. Use this ___extension cord___.

b. **Ian:**  I've been painting for hours and I still have three more walls to do.
   **Tina:** Why don't you use this _____? It's faster than a paintbrush.

c. **Lily:** Oh, no. The toilet is stopped up again.
   **Dan:**  Here. Use this _____. It always works.

d. **Kim:**  Do you know how long the shelf in the dining room is?
   **Lian:** No. Use the _____ or _____ to find out.

e. **Eva:**  Help! I could use a third hand here!
   **Jana:** Use the _____ to hold the wood in place.

f. **Jules:** Don't get paint on the glass.
   **Lyle:** I won't. I put _____ around the panes before I started.

g. **Nico:** That wire doesn't look very safe.
   **Iris:**  Don't worry. I'll put some of this _____ on before using it.

h. **Olga:** Does this shelf look straight?
   **Boris:** Hmm. I'm not sure. Let's use the _____. Then we'll know for certain.

i. **Enzo:** It's so dark behind here. I can't see what I'm doing!
   **Pia:**  Give me the _____. I'll hold it for you.

SEND: 6-12-23  ESL OX INT
150

**The Calendar**



1. Look at **page 19** in your dictionary. Compare June to December 2001. Which month…?

   a. has more days _____

   b. begins on a weekday _____

2. Read Eva's e-mail. Then complete her calendar for April.

> Subj: your visit
> Date: 4-10-99 12:07:11 EST
> From: EvaL@uol.com
>
> Hi Dania! It's Saturday night. I just returned to Miami yesterday. There were no classes for a week so I flew to Chicago last Saturday to visit my parents. Classes begin again on Monday. It's a busy semester. I have English three times a week (Mondays, Wednesdays, and Fridays). I usually have language lab every Thursday, too. Next week, however, there's no language lab—I go to computer lab instead. In addition to English, I'm studying science. Science meets twice a week on the days that I don't have English. And there's science lab on Tuesdays.
>
> Last Sunday, daylight saving time began. Do you have that in Canada? I like it a lot. The days seem much longer.
>
> I'm glad it's the weekend. Tomorrow I'm seeing Tom. (I told you about him in my last letter.) I've got to go now. On Saturdays I go to the gym to work out. We can go together when you come! I'm really looking forward to your visit. Just two weeks from today!
>
> Eva
> P.S. Bring your appetite! On Sunday there's a cake sale at the school cafeteria.

| 1999 | | | *April* | | | 1999 |
| --- | --- | --- | --- | --- | --- | --- |
| S | M | T | W | T | F | S |
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 Return to Miami | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |  |

3. What about you? Write a letter to a friend. Describe your weekly schedule. Use your own paper.

SEND: 12-11-23 ESL OX INT

18

CLAIM SIX: Defendants are violating my Constitutional Rights by Making it impossible for me to finish or successfully complete the Administrative Remedy Program

Supporting facts:

I have tried repeatedly to use the Administrative Remedy Program, but the Defendants Holbrooks, Defendant Ciolli and BOP staff at ADMAX have made it irrational for me to pursue this path.

I have started grievance processes for all the issues raised here, but I have not gotten responses for some BP-8 or BP-9 or BP-10.

As previously indicated, I do not speak English. The BOP prison staff members working on my unit do not or will not speak Spanish to me. Therefore, I often find myself struggling so that they can understand me, and I alone cannot make use of the Administrative Remedy Program. This has frustrated my first Amendment right to petition the government for redress of grievances.

My attorney does and has helped me in the past with some of these, however she does not come every week and by the time she comes again, so that she can translate the responses to me, the deadline has passed for me to timely file another form or continue the next step in the process. I need to wait for her because the Defendants purposely reply to my BP-8 and BP-9 forms in English and I do not understand, so I must wait for her to come to translate, and by then, it is too late.

I have asked for translations of these to Defendants, but they always ignore my requests.

I am suffering from severe sleep deprivation as a result of being woken up repeatedly throughout the night, every night by this hot air. This is concerning because I have been treated for high blood pressure, a well-known symptom of sleep deprivation. This ailment, in turn, could also increase the risk of a heart attack or a stroke. And beyond these physical effects, I have been experiencing depression and memory loss, which are also symptoms of severe sleep deprivation.

Defendants are violating my Eight Amendments Rights to safe and humane conditions and are subjecting me to cruel and unusual punishment. The government acts with deliberate indifference when it knowingly exposes an individual in its custody to a substantial risk of serious harm. The Defendants here know of the risks of serious harm that they are subjecting me but are disregarding those risks by failing to take reasonable measures to abate it.

CLAIM FIVE: Defendants are violating my Eight Amendment Rights to medical care and safe and humane conditions by Refusing for me to get treated by a mental Health professional

Supporting facts:

Defendants have made me wait up to five weeks to speak to someone from the mental health department at ADMAX. I have no access to group therapy. Therefore, I have no one to help me cope with the effects and trauma of solitary confinement. Defendant Colli and Defendant Holbrooks and BOP Staff at ADMAX have ignored all of my requests for regular visits from a mental Health professional.

All the prisoners at ADMAX are visited regularly by someone from the psychology department, except me. I have not seen a mental health professional in over a year, and the few times that someone from the mental health department has come to see me, the visit doesn't last more than five minutes.

CLAIM THREE : Defendants violated my Eight Amendment right to Medical Care and to humane and safe conditions

Supporting facts:

I have asked multiple times to Defendant Ciolli, Defendant Holbrooks and BOP staff at ADMAX to be seen by an ENT (ear, nose and throat specialist) to treat an allergy that I have had for over 3 years now and it won't go away and my ears, nose and throat are constantly hurting. The medical department has given me medicine for it, but it doesn't work. I have purchased over the counter medicine at the commissary, but it doesn't work either. At this point, I need a specialist to see me. I have told these Defendants through cop outs and through my attorney about this issue, and we have requested for a specialist to see me, but Defendants have ignored my requests. I even have filed BP forms addressing this issue. I have even told the prison staff that if they cannot get one, that my attorney or family could pay for one to come see me and treat me. However, this issue has landed on deaf ears.

It is critical that I see an ENT specialist, as this is affecting my quality of life tremendously, and it only gets worse. My face and ears are constantly hurting. I sleep with small pieces of toilet paper inside of my ears to try to alleviate the pain, but it doesn't work much.

I have tried to use the Administrative Remedy Program regarding this issue, but Defendants and BOP staff at ADMAX have made it impossible for me to pursue this path.

For example, I started a grievance process for this issue. On February 8th of 2024, I finally submitted a Central Office Remedy Appeal (BP-11) form, but I have yet to receive a response (I attached this BP 11 form as proof). Quite frankly, I don't think I will get a response either, as I never got responses for the BP-9 or BP-10 either.

Most weeks I do not get any exercise time at all. Defendants have decided this.

Also, According to ADMAX Admission and Orientation Handbook, at p.18, a variety of educational programs and opportunities are offered at the facility. Some of these programs are Adult Basic Education, General Equivalency Diploma, and English as a Second Language. English classes are important to me, because I want to learn it. Only by learning English I can avail myself of other programmatic services, and basic education classes.

Almost all education at ADMAX consists of self-directed study in one's cell, by watching pre-recorded videos on the in-cell tv. There are channels for educational programming. However, the channels broadcast in English only, and therefore, I cannot understand anything that is being said.

I have made repeated requests to Defendant Golli, Defendant Holbrooks and BOP staff at ADMAX to address this situation, but nothing has been done and therefore, I cannot participate in any of these programs.

According to the ADMAX Admission and Orientation Handbook, at p. 13, "an inmate has the right to a "wide range of reading materials for educational purposes". I wish to take advantage of some of these programs. However, Defendants and their agents are depriving me of my right to participate in these programs by refusing to provide Spanish translations or subtitles.

For example, English as a Second Language is one course offerred to inmates at ADMAX. Since my arrival to ADMAX, I have requested personally and through my lawyer to be enrolled in ESL course. BOP staff members and Defendant Holbrooks told my lawyer that this program would be available to me through the in-cell tv. However, this is a lie. The Educational Dept at ADMAX has me enrolled as if I were taking English classes, but that is a lie. The only thing I get is papers in English that I do not know what they say.

Periodically, I receive papers in English with English instructions from the Educational Dept and they say that those papers are Homework for the ESL program, but I do not understand them as the instructions are in English; the very language I am trying to learn. The papers provide no spanish explanation and no one comes to explain them to me. I have included copies of these papers here. It is therefore, impossible for me to learn English by way of these papers.

# D: Statement of Claims

## CLAIM ONE: continue

Supporting facts:

Since my extradition, ~~the~~ the defendants have not allowed me to speak to my wife, and say it is because of the SAMs. I have not been able to speak to her through phone, visits or by a letter.

The defendants' imposition of the SAMs ignore the dangers that solitary confinement poses to a person's dignity and sanity.

The defendants have not tailored the SAMs to me specifically. They must be prisoner specific in that each prisoner upon whom SAMs are imposed has a set of SAMs issued for a particular prisoner, based on the circumstances of that prisoner's case. However, the SAMs imposed on me are not specific to me. In fact, many of the measures imposed on me by the government seem designed for a defendant charged with terrorism related offenses.

The ~~government's~~ defendant's allegations in the SAMs, perpetuate the myths and legends that have surrounded me for years. But the government has never offerred any concrete examples of violence toward witnesses or continued criminal activity while in custody.

I have behaved in an exemplary manner in the years that I have been incarcerated in the U.S. The defendants have not provided sufficient justification to public safety to continue subjecting me to these conditions of confinement.

The SAMs isolate me as much as a person could be isolated inside a prison and severly limit my communication with the world. The measures have devastated my relationship with my family in every way.

I have not been able to speak to my wife since 2017. I am no longer allowed to speak to my sister. I ~~have not been~~ am not allowed to speak to my other sister, Armidas, since 2017. I am not allowed to receive letters from them either. I only get two 15-minute phone calls a month with 2 of my daughters (my twin daughters). And I can only see them when they can come visit me with my attorney. And even then, I cannot even hug them. The visits with my daughters are through a glass. And I cannot hug them. And the entire visit I have shackles.

# B. Defendant(s) Information

Defendant 4: Merrick Garland; Attorney General of the U.S.

Address: U.S. Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Defendant #4 is being sued in his official capacity.

## G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1) I am requesting that the Court vacates or modify the SAMs imposed on me.

2) I am requesting that the Court orders Defendants to allow an ENT to come treat me.

3) I am requesting that the Court orders Defendants to have a mental Health professional come see me more regularly (at least once a week). And to for that person to speak spanish.

4) I am requesting that the Court orders Defendants to stop blowing hot air into my cell at all hours of the night.

5) I also ask that this Court orders Defendants to assign me a tutor to beable to successfully participate in the ESL Program or to give me the homework with spanish instructions.

6) I also ask that this Court orders Defendants to allow me to bypass the Administrative Remedy Program. 7)

## H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

9/9/24
_____
(Date)

(Revised November 2022)

6

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Special Administrative Measures (SAMs) imposed on me violate my constitutional rights</u>

Claim one is asserted against these Defendant(s):
Warden Gollij Counselor Holbrooks; Merrick Garland; Colette Peters

Supporting facts:

I am a Mexican national, who was extradited from Mexico to the U.S on January 2017, to face multiple criminal charges. Following a 3 month trial in the EDNY, I was found guilty and on July 17, 2019, I was sentenced to life in prison. I was then transferred to USP Florence ADMAX, where I am currently incarcerated.

Since my extradition, I have been and continue to be under the SAMs (Special Administrative Measures). Since I was extradited more than seven years ago, the American government has kept me in solitary confinement without being able to speak to anyone and under SAMs. I am not permitted to have any verbal contact or communication with other inmates.

The then Attorney General of the U.S. (back in 2017) requested the imposition of the SAMs on me and said that it was necessary to restrict my access to the media, mail, telephone, visitors (essentially to restrict my access to the world). The government claimed that there was a risk that my contact with other people could result in death or injury to others, or that I could continue conspiring to commit additional criminal activity.

The SAMs restrict my access to mail, telephone, media, visitors, and limit my recreation and exercise time. The SAMs violate my right to associate with the community. The defendants, by imposing the SAMs on me, are violating my right to family integrity by severely restricting my ability to maintain relationships with my family, and the right to family integrity is a right that is recognized in the U.S Constitution and protected by International human rights law.

(look at the additional papers attached)

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? __✓__ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    Warden B True; Holbrooks; Merrick Garland; Michael Carvajal

Docket number and court:    Case No. 21-2794

Claims raised:    same as this new action

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)    Dismissed without prejudice

Reasons for dismissal, if dismissed:    not sure

Result on appeal, if appealed:    Not appealed

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

__✓__ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

__✓__ Yes ___ No (*check one*)

Defendant 2: _Counselor Holbrooks; counselor at USP Florence ADMAX_
(Name, job title, and complete mailing address)

_PO BOX 8500 Florence, CO 81226_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓Yes ___ No (*check one*). Briefly explain:

_At the time of the claims, he was and continues_

_being my counselor at Florence ADMAX_

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: _Colette Peters; Director of the Bureau of Prisons_
(Name, job title, and complete mailing address)

_320 First St NW Washington, DC 20534_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓Yes ___ No (*check one*). Briefly explain:

Defendant 3 is being sued in his/her ___ individual and/or ✓ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ State/Local Official (42 U.S.C. § 1983)

✓ Federal Official
As to the federal official, are you seeking:
   ✓ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
   ✓ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

✓ Other: (*please identify*) _Any other remedy available that this court deems just._

3

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Joaquín Guzman Loera 89914-053  PO BOX 8500 Florence, CO 81226
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
_✓_ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  Warden Golli; Warden at USP Florence ADMAX
                 (Name, job title, and complete mailing address)

PO BOX 8500 Florence, CO 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*).  Briefly explain:

At the time of the claims, he was the Warden at USP Florence ADMAX, where I am incarcerated.

Defendant 1 is being sued in his/her ___ individual and/or _✓_ official capacity.

Original
Jury

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 03 2024

JEFFREY P. COLWELL
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____1: 24-CV-01842-STV_____

(To be supplied by the court)

_Joaquin Guzman Loera_____, Plaintiff

v.

**Jury Trial requested:**
(please check one)
____ Yes ✓ No

_Warden Cirilli USP Florence ADMAX._____,

_Counselor Holbrooks, counselor at USP Florence ADMAX_____

_Colette Peters - Director of BOP_____,

_Merrick Garland - Attorney General of the US._, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**



U.S. DEPARTMENT OF JUSTICE

**Matthew T. Kirsch**
*Acting United States Attorney*
*District of Colorado*

---

*Thomas A. Isler*
*Assistant United States Attorney*

*1801 California Street, Suite 1600*
*Denver, CO 80202*

November 22, 2024

**<u>VIA HAND DELIVERY</u>**

Mr. Joaquin Guzman Loera
#89914-053
U.S. Penitentiary – Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

Re: ***Guzman Loera v. Ciolli*, No. 24-cv-01842-GPG-MEH (D. Colo.)**

Dear Mr. Guzman Loera,

I represent the United States government in your lawsuit, *Guzman Loera v. Ciolli*, No. 24-cv-01842-GPG-MEH (D. Colo.). I am writing to notify you that the Amended Complaint that you filed in this case, ECF No. 15 (filed 10/03/24), appears to be missing pages. For example, the Amended Complaint contains headings for "Claim One," Claim Three," "Claim Five," and "Claim Six," but it does *not* contain any headings for "Claim Two" or "Claim Four." A copy of the Amended Complaint as filed with the Court is attached.

If you agree that the Amended Complaint is missing pages, you may want to alert the Court to this issue (to include sending a complete version of the Amended Complaint to the Court).

Thank you,

*/s/ Thomas Isler*
Thomas Isler

Attachment: Amended Complaint (ECF No. 15)

4

derecho emparcial sin importar que
mi casa se demaciado politico
que no porque el Jobierno able y able sin
aportar ebidencia que demueste que su
dicho es berdad ya que siempre a sido asi
sido por ejemplo al Jerato de mi Juicio
asi paso su pero dicho y la ebidencia
que presentaron era fraudulenta y sigo
peleando en las cortes para demostrarlo
por esa Razon an estado estaculisando
a sido un gran problema ya que no
dan casi bisitara mi abogada ni
llamadas por telefono me a sido
casi imposible defenderme a Rais de
estaculisar la comunicacion con mi
abogada le pido el gran fabor que no
permita que sigan bialen mis derechos
fundamentar mis derechos humanos
como lo espesifica la ley

                de antemano le agradesco
                Joaquin Guzman L.

3

Cuesado culpando a guzman de la muerte del cardenal diciendo a los medios de comunicacion lo peor de guzman si abia decomisos de droga era de guzman si abia gerras era guzman fue tanto la publicacion mala que le dieron a guzman asta conseptelo en un villano luego surgio Estados unidos usando los medios de comunicacion que guzman toda la droga que llegaba a Estados unidos era de guzman y asta el dia de oy se apoyan con los medios de comunicacion inventando lo peor de guzman sin tener evidencia nada mas su puro dicho le escribo un poco para que se de una idea porque es demaciado politico el caso de guzman un dia antes de que el gobierno asecinara al cardenal en mexico guzman no existia otro dia que murio el Cardenal ese dia dijieron que guzman era el hombre mas peligroso y el narcotraficante mas grande del mundo las pruebas estan que asi es pero un caso politico como el de guzman ay demaciado cuento guzman le pide de fabor que resuelba la nacion conforme a

por fabor autorise a mi esposa a que me visite ya que las Reglas sams le proiben que me visite no ay una justificacion para que me mantegan en condiciones crueles enumanas yo soy Respetuoso con todo el personal quien esta al frente de las Reglas sams deben de basarse en el comportamiento del preso no lo que digan los medios de comunicacion apoyando en ellas para dañar a guzman una cosa es que mi caso es demaciado politico a Raiz de la muerte del cardenal Juan Jesus posadas ocampo que el 24 de mayo de 1993 lo asesino el gobierno de mexico ese dia guzman bigoba a puerto ballarta y guzman llego al aeropuerto se baja de su carro a baja el equipaje cuando guzman sacaba su equipaje se paro un carro muy serca al de guzman y luego se escucharon detonaciones de arma guzman miro a 2 personas que le disparaba a los ocupantes del carro toda la gente echo a correr asustada lo mismo que guzman a guzman se le quedo su edentificacion en el carro el gobierno la cogio al dia seguiente el gobierno daba a conoser que guzman se dio de balasos con un grupo Rebal y que el cardenal murio en un fuego

Onorable Juez Alfred A arraj

1

de la manera mas atenta le escribo para manifestarle lo sigiente le ago llegar la evidencia con la que cuento aqui en la prisicion que es las reglas sams y la lista de comisaria y algunos de los papeles que me dejan debajo de la puerta de porte del departamento de Educacion usted los vera que estan en ingles y nadie viene a desirme algo a enseñarme al español le pedi oy que tube llamada con mi abogada que por fabor me aga llegar por correo a la corte algunos correos electronicos donde se demuestra que no me dan llamadas telefonicas casi de marzo a la ficha me an autorisado 7 llamadas asta el dia de oy con mi abogada lo mismo con mes pasados pasa es una descriminacion muy grande sin precedente a mi persona las reglas sams las utelisay nada mas para torturarme sicologicamente mental emocional fisicamente por fabor retire las reglas sams antes que me de un enforto minimo me agan loco de antemano le agadesco

Name: Joaquín Guzmán L.

Reg No: 89914053

U.S. Penitentiary MAX

P.O. Box 8500

Florence, CO. 81226-8500

CM-24-89914053-1205-mo-066

Cerro Especial,

Office of the clerk

United States District Court

Alfred A. Array Courthouse

901-19th St., Room A105

Denver CO 80294-3589