0IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 24-cv-01842-GPG-CYC

JOAQUIN GUZMAN LOREA,

    Plaintiff,

v.

MISTELLE J. STARR, Warden of ADX, in her official capacity,
COUNSELOR JOHN HOLBROOKS, in his official capacity,

    Defendants.
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

    Reid Allison of the law firm of KILLMER LANE, LLP, an attorney duly licensed to practice and appear before this Court, hereby enters his appearance on behalf of the Plaintiff, Joaquin Guzman Loera.

    DATED this 8th day of August 2025.

                                           KILLMER LANE, LLP

                                           *s/ Reid Allison*
                                           _____
                                           Reid Allison
                                           1543 Champa Street, Suite 400
                                           Denver, CO 80202
                                           (303) 571-1000
                                           (303) 571-1001 fax
                                           rallison@killmerlane.com

                                           ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas A. Isler
Assistant United States Attorney
1801 California Street, Ste. 1600
Denver, Colorado 80202
(303) 454-0336
thomas.isler@usdoj.gov
*Counsel for Defendants*

                                                                            KILLMER LANE, LLP

                                                                            *s/ Jesse Askeland*
                                                                            _____
                                                                            Jesse Askeland, paralegal