**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher**

Civil Action No. 24-cv-01842-GPG-CYC

JOAQUIN GUZMAN LOREA,

 Plaintiff,

v.

MISTELLE J. STARR, Warden of ADX, in her official capacity,
COUNSELOR JOHN HOLBROOKS, in his official capacity,

 Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rule of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order entered June 9, 2026 [D. 74] by Judge Gordon P. Gallagher, it is

ORDERED that Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [D. 62] is GRANTED. It is further

ORDERED that judgment is entered in favor of Defendants against Plaintiff. It is further

ORDERED that this case is closed.

Dated at Denver, Colorado this 30th day of June, 2026

<div style="margin-left:50%">

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/D. Clement
  Donald Clement,
  Deputy Clerk

</div>